Gmail

Aaron Maduff <abmaduff@madufflaw.com>

# Wireless

1 message

**Aaron Maduff** <abmaduff@madufflaw.com> Tue, May 25, 2021 at 9:57 AM
To: Rosa Franco <Rosa_Franco@ilnd.uscourts.gov>, Bradley Levison <brad@hlhlawyers.com>, Dan Gajda <dsgajda@madufflaw.com>, Antoinette Choate <annechoate@gmail.com>, Mohammad Owaynat <mohammad@owaynatlaw.com>

You just received a phone message from Mr. Levison with which we disagree. Mr. Levison began from the start trying to make the witness uncomfortable. I specifically asked that we continue the deposition on other subjects without interfering with the rest of the deposition.

Aaron Maduff
Aaron B. Maduff
Maduff & Maduff, LL
(Temporary Pandemic Address)
3295 Arlington Heights Rd., Suite 104
Arlington Heights, Illinois 60004
312/276-9000
www.madufflaw.com