Gmail **Aaron Maduff <abmaduff@maduflaw.com>**

# RE: Wireless

1 message

**Rosa Franco** <Rosa_Franco@ilnd.uscourts.gov> Tue, May 25, 2021 at 11:07 AM
To: Aaron Maduff <abmaduff@madufflaw.com>, Bradley Levison <brad@hlhlawyers.com>, Dan Gajda <dsgajda@madufflaw.com>, Antoinette Choate <annechoate@gmail.com>, Mohammad Owaynat <mohammad@owaynatlaw.com>

Good Morning,

In response to the parties' inquiries concerning today's deposition, Magistrate Judge Jantz has advised that the deponent need not provide their home address, and the parties must proceed with the deposition.

Counsel is strongly encouraged to review and adhere to the Standards for Professional Conduct within the Seventh Federal Judicial Circuit located at: https://www.ilnd.uscourts.gov/_assets/_documents/_rules/spc_pg2.pdf

Further communications with this Court during depositions are strongly discouraged.

*Rosa Franco*

*Courtroom Deputy to the Honorable Beth W. Jantz*

219 South Dearborn

Chicago, IL 60604

(312) 408-7768

---

**From:** Aaron Maduff <abmaduff@madufflaw.com>
**Sent:** Tuesday, May 25, 2021 9:57 AM
**To:** Rosa Franco <Rosa_Franco@ilnd.uscourts.gov>; Bradley Levison <brad@hlhlawyers.com>; Dan Gajda <dsgajda@madufflaw.com>; Antoinette Choate <annechoate@gmail.com>; Mohammad Owaynat <mohammad@owaynatlaw.com>
**Subject:** Wireless

**CAUTION - EXTERNAL:**

You just received a phone message from Mr. Levison with which we disagree. Mr. Levison began from the start trying to make the witness uncomfortable. I specifically asked that we continue the deposition on other subjects without interfering with the rest of the deposition.

Aaron Maduff

Aaron B. Maduff

Maduff & Maduff, LL

(Temporary Pandemic Address)

3295 Arlington Heights Rd., Suite 104

Arlington Heights, Illinois 60004

312/276-9000

www.madufflaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.