**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DATISHA HUNTER, LATRICIA HUNTER, and WILFREDO RIVERA, AS THE COLLECTIVE REPRESENTATIVES UNDER FAIR LABOR STANDARDS ACT IN A COLLECTIVE ACTION, and as CLASS REPRESENTATIVES FOR PLAINTIFFS' STATE AND LOCAL LAW CLAIMS,<br><br>Plaintiffs,<br><br>v.<br><br>WIRELESSPCS CHICAGO LLC, SKY NET WIRELESS IL LLC, HAMAD BROTHERS, INC., MOHAMMED GHABEN, individually, MOEEN HASAN KHALIL, individually, and SAED HASAN KHALIL, individually,<br><br>Defendants. | Case No. 1:18-cv-980<br><br>Magistrate Judge Beth Jantz<br><br>**Jury Demanded**<br><br>EXHIBIT<br>2 |

**AFFIDAVIT OF ANTOINETTE CHOATE**

Antoinette Choate, being first duly sworn and under oath, states as follows:

1. I am counsel of record for Plaintiffs along with Bradley Levison.

2. Moeen Khalil and Saed Khalil were each deposed on November 9, 2021. At the conclusion of the depositions, Plaintiffs ordered standard delivery of each transcript.

3. Plaintiffs first notified Defendants about issues related to Moeen Khalil and Saed Khalil's depositions on November 16, 2021.

4. Saed Khalil's transcript was first available on December 4, 2021 while Moeen Khalil's transcript was first available on December 5, 2021.

5. On December 6, 2021, at approximately 1:39 p.m., Mr. Levison emailed Defendants' counsel detailing Moeen Khalil and Saed Khalil's failure to comply with the October 5, 2021 Order.

That December 6 email included pin cites to the relevant testimony and offered a proposed solution. Mr. Levison further requested that the parties discuss this failure on December 8, 2021 which was the date that parties had already agreed to conduct a LR37.2 meet and confer about other matters in this lawsuit.

6. During the December 8 phone call, I asked attorney Daniel Gajda if it was Defendants' position that Judge Jantz ordered Moeen Khalil and Saed Khalil to answer questions about their personal finances. Mr. Gajda refused to answer stating that he never agreed to discuss either Moeen Khalil or Saed Khalil during the call. Mr. Levison pressed for an answer, but Mr. Gajda would not respond reiterating that he would only discuss Defendants' issues with Datisha Hunter's deposition.

7. Because Mr. Gajda refused to respond to any questions regarding the Khalil deposition deficiencies during the December 8 call, Mr. Levison emailed Defendants' counsel immediately following the call to request a LR37.2 meet and confer for December 13, 2021 at 10:00 a.m. Mr. Levison also sent Defendants' counsel a calendar invite for December 13, 2021 at 10:00 a.m. with dial in instructions.

8. When Defendants failed to respond, Mr. Levison sent two follow up emails trying to confirm that Defendants would be participating in the December 13, 2021 LR37.2 meet and confer.

9. Mr. Gajda waited until Friday, December 10, 2021, at 7:08 p.m. to respond and confirm that he would be participating in the December 13, 2021 LR37.2 meet and confer.

10. Then, on Sunday, December 12, 2021, at 7:36 p.m. Mr. Gajda retracted his agreement stating he would only participate in the December 13, 2021 LR37.2 meet and confer on the condition that the call was limited to issues related to Moeen Khalil and Saed Khalil.

11. The parties then exchanged emails during which Plaintiffs refused to limit the topics

reminding Defendants that Plaintiffs had been unsuccessfully trying for over a month to schedule the initial call about the October 5, 2021 sanction award [Doc. 257] and that the parties need to meet and confer about the upcoming joint status report due December 16, 2021.

12. Mr. Levison and I joined the conference on December 13, 2021 at 10:00 a.m. and remained on the line until approximately 10:22.

13. Neither Mr. Gajda nor attorney any of Defendants' attorneys joined the conference on December 13, 2021.

14. I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Dated: December 14, 2021

/s/ *Antoinette Choate*
One of the attorneys for plaintiffs

Antoinette Choate
Choate Law
1932 S. Louie Parkway
Chicago, IL 60616