UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Hunter, et al.,

Plaintiffs,

vs. Case Number 1:2018cv00980

WirelessPCS Chicago LLC et al.,

Defendants.

Continued Remote Videoconference Deposition of
Moeen Hasan Khalil
Tuesday
November 9th, 2021

-Video Recorded Remotely by-

In Demand Video Court Reporting
216 South Jefferson Street
Suite 103
Chicago, Illinois 60661



APPEARANCES

For the Plaintiffs:

Bradley S. Levison
Herschman Levison Hobfoll, PLLC
401 South LaSalle Street
Suite 1302G
Chicago, Illinois 60605-1061

Antoinette Choate
Choate Law
1932 South Louie Parkway
Chicago, Illinois 60616

For the WirelessPCS Defendants, SkyNet Defendants, Khalil Defendants:

Aaron B. Maduff
Daniel S. Gajda
Maduff & Maduff, LLC
3295 Arlington Heights Road
Suite 104
Arlington Heights, Illinois 60004



APPEARANCES (Continued)

Also present:

Fatin Ittayem

EXHIBIT
3



EXAMINATION INDEX

| DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|
| 225 | -- | -- | -- |

CERTIFIED QUESTION INDEX

| PAGE NUMBER | LINE NUMBER |
|---|---|
| 224 | 1 |

EXHIBIT INDEX

| EXHIBIT NUMBER | PAGE NUMBER |
|---|---|
| 1 - | 225 |
| 2 - | 284 |

THE RECORDER: Good morning. We are now on record on Monday, November 9th, 2021. The time is 10:03 a.m. By agreement of all parties, we are convened via remote videoconference for the video-recorded deposition in the matter of Hunter, et al., versus WirelessPCS Chicago, LLC, et al., Case No. 2018cv00980, before the United States District Court for the Northern District of Illinois, Eastern Division. 0:00:29

This deposition is being recorded remotely by In Demand Court Reporting, located at 216 South Jefferson Street, Chicago, Illinois 60661, on behalf of the plaintiff and being taken at the instance of the plaintiff. The witness today is Moeen Hasan Khalil. 0:00:43

Mr. Khalil, my name is Christina Kollintzas. I'm a notary public and the video-recording device operator for this deposition. At this time, would you please raise your right hand for the oath? 0:00:50

(Witness sworn.)

THE RECORDER: Thank you.

Would the attorneys please state their appearances for the record? 0:01:03

MR. MADUFF: Aaron Maduff on behalf of the witness and on behalf of the corporate defendants.

MR. GAJDA: Daniel Gajda on behalf of the



same. 0:01:11

MR. LEVISON: Bradley Levison on behalf of plaintiffs.

MS. CHOATE: Antoinette Choate on behalf of plaintiffs.

THE RECORDER: Also present? Your -- 0:01:19

MR. MADUFF: Oh. Fatin Ittayem, who is the corporate representative.

THE RECORDER: Thank you. That completes the required information. We can now proceed. 0:01:26

MR. LEVISON: Let the record reflect that this is the continued deposition of Moeen Hasan Khalil taken pursuant to the Court order. 0:01:36

DIRECT EXAMINATION

BY MR. LEVISON:

**Q. Good morning, Mr. Khalil.**

A. Good morning.

**Q. I'm going to show you what we will mark as Exhibit 1, which I will represent to you is a Court order dated October 5, 2021, as Document 257. 0:01:57**

**(Exhibit No. 1 marked for identification.)**

BY MR. LEVISON:

**Q. Are you aware of this Court order from early October 2021?**

A. Yes. I think. 0:02:09



**Q. Have you read this order before today?**

A. Yes.

**Q. When did you first read it? 0:02:22**

A. Is this what you guys -- well, what you sent us to -- to read for this deposition right here, correct?

**Q. No, sir. This is the Court order that compelled today's deposition. 0:02:36**

**Have you read that order?**

A. I didn't read it all through. I mean, I --

THE RECORDER: I'm sorry. Can you repeat that? 0:02:47

THE WITNESS: I don't read -- I don't read it all through. I didn't read it all through.

BY MR. LEVISON:

**Q. What portions of it did you read? 0:02:57**

A. I know there would be some questions asked, so I just went through the questions.

**Q. Okay. Sir, between May 27th, 2021, and today, have you spoken with either Aaron Maduff and/or Dan Gajda? 0:03:14**

A. Between May 27 and now? Yes, I spoke.

**Q. Since May 27th, 2021, how many times have you spoken with Aaron Maduff? 0:03:26**

A. Hmm. Many times. I don't recall exactly.



**Q. Were these by telephone, videoconference, or in person?**

A. Some -- some conference, some with videos, some with phones. 0:03:48

THE RECORDER: I'm sorry. I didn't understand that. Can you repeat that?

THE WITNESS: That's -- some -- some with phone calls, some with videos. 0:03:55

BY MR. LEVISON:

**Q. When you say many times, is this more than five conversations?**

A. Probably. Something like that. Yeah, more. I think more than five. 0:04:06

**Q. More than ten conversations?**

A. I don't -- I don't think it was more than ten.

THE RECORDER: Repeat?

THE WITNESS: Hello?

THE RECORDER: Yes. Can you please repeat? And slow down for me a little bit I -- so I can hear you clearer. Thank you. 0:04:23

THE WITNESS: The --

THE RECORDER: Can you repeat?

THE WITNESS: The -- I -- I'm not sure if it's more than ten. I'm not sure. 0:04:31

BY MR. LEVISON:
**Q. Okay. Approximately how long did each of these phone calls or videoconferences last?**
A. I don't recall them. 0:04:40
**Q. Were any of them more than ten minutes?**
A. Probably.
**Q. Any of them more than a half an hour? 0:04:47**
A. Probably.
**Q. Any of them more than an hour?**
A. Maybe. Yeah. 0:04:57
**Q. And what did you discuss with Mr. Maduff during these conversations since May 21, 2021?**
MR. MADUFF: All right. I'm going to object to form and I'm going to object to privileged communications. 0:05:11
And I'm going to instruct the witness not to answer anything unless it relates directly to this deposition.
BY MR. LEVISON:
**Q. In your conversations since May 21, 2020 -- sorry. Since May 27th, 2021, with Mr. Maduff, have you had any conversations related to this deposition? 0:05:32**
A. Yes.
**Q. And what did you discuss with him about this deposition since May 27th, 2021?**

228

A. He explained to me there's going to be some more questions asked. And only an hour or so for the -- you know. And you know that's pretty much what asked me. 0:05:54
**Q. And -- and what other -- what other specific things, type of questions, did he ask you?**
A. So he asked me -- I don't recall any specific thing he asked me.
**Q. And what did you tell him? 0:06:09**
A. About what?
**Q. In --**
A. I --
**Q. -- response --**
A. -- asked --
**Q. -- to the Court order?**
THE RECORDER: Sorry. You're speaking -- 0:06:16
THE WITNESS: Yeah, I --
THE RECORDER: One moment. Please -- please don't speak over each other.
Brad, can you repeat?
And Mr. Khalil, can you repeat? 0:06:24
MR. LEVISON: I will -- I'll -- I'll rephrase my question.
BY MR. LEVISON:
**Q. During the -- these conversations with Aaron**

229

**Maduff related to these deposition, who else participated in those conversations? 0:06:37**
A. It was me, was Fatin.
THE RECORDER: Repeat, please.
THE WITNESS: Me, Fatin.
BY MR. LEVISON:
**Q. Was Dan Gajda involved in those conversations? 0:06:52**
A. No.
**Q. Was there more than one conversation related to this deposition since May 27, 2021, with Mr. Maduff? 0:07:09**
A. Yes.
**Q. How many?**
A. Few. I'm not sure exactly how many.
**Q. Did you discuss any documents during those conversations? 0:07:23**
A. Any documents. I'm not sure what you mean to that documents. Like what?
**Q. Any documents.**
A. Don't recall. 0:07:42
**Q. Did you review any documents in preparation for today?**
A. Just what you -- what you -- the Court sent.
**Q. And -- and what -- the -- what is that specifically? Can you explain to me, what your**

230

**understanding of the document was? 0:08:01**
A. The questions and the exhibit that's maybe sometime is attached to it or something like that.
**Q. Okay. And what was your understanding of what today -- the purpose of today's deposition is? 0:08:13**
A. What -- understand you have questions I need to answer. That's my -- my -- my understanding.
THE RECORDER: I'm sorry --
BY MR. LEVISON:
**Q. And what did -- 0:08:21**
THE RECORDER: -- please repeat that. I -- and slow down for me, please. I'm so sorry. I need to catch every word you say. 0:08:27
THE WITNESS: Okay. I said my understanding that you guys have questions and I need to answer the questions to my -- best of -- of my knowledge. 0:08:37
BY MR. LEVISON:
**Q. And -- and what questions specifically are you supposed to be answering today?**
A. The questions you had sent. 0:08:48
**Q. Okay. Since May 27th, 2021, have you had any conversations with Dan Gajda?**
A. Dan Gajda. I don't even know him. Who is Dan Gajda? 0:09:02
MR. GAJDA: Just real --

231

THE WITNESS: What --
MR. GAJDA: -- quick, Brad, my last name's pronounced Gajda. And that -- that could be the confusion here, knowing he's talking about me. 0:09:10
THE WITNESS: No, I don't think I spoke to you. I don't recall I spoke to you.
THE RECORDER: I'm sorry. Repeat that? 0:09:20
THE WITNESS: I don't recall speaking to him.
BY MR. LEVISON:
**Q. Have you paid for any portion of your legal fees in this case from your personal bank account or personal money? 0:09:34**
A. Have I paid from my personal money?
THE RECORDER: I -- I'm sorry. Repeat that, please. I -- I need you to --
THE WITNESS: No --
THE RECORDER: -- speak clearly and loudly please --
THE WITNESS: -- no. I'm just saying his question. I'm just thinking about it. Directly, no. 0:09:55
BY MR. LEVISON:
**Q. How have the legal fees for your defense in this matter been paid?**
A. From the company. 0:10:10
**Q. And what is the company you're referencing?**

232

A. I think Sky Net. I'm not sure. And accounting do the payment.
**Q. When you say Sky Net, are you talking about Sky Net Wireless, LLC, the Florida company? 0:10:31**
A. Yes.
**Q. Not -- so you believe that Sky Net Wireless, LLC, the Florida company, has been paying your legal fees in this matter. 0:10:42**
A. Paying the legal --
THE RECORDER: Sorry. Can you repeat that? You're shuffling.
THE WITNESS: I said paying their legal fees, yes. 0:10:52
BY MR. LEVISON:
**Q. No. Who's paying your -- I'm asking only about your legal fees. You are a defendant in this. 0:10:58**
**Who is paying your portion of the legal fees?**
MR. MADUFF: All right. I'm going to object as -- as calling for legal confusion -- a legal -- strike that -- legal conclusion.
But it's also apparent to me, Brad, that there's confusion.
MR. LEVISON: Okay.
BY MR. LEVISON:
**Q. Who's paying your legal fees? 0:11:17**

233

A. Who paying my legal fees. I think I'm pay -- I'm paying them. I don't know. It's paid out the company for now.
THE RECORDER: I'm -- I'm sorry. I don't mean to jump in here. Is there a radio or something in the background, Mr. Khalil? 0:11:35
THE WITNESS: No. There's nothing in the background.
THE RECORDER: Okay.
THE WITNESS: I'm sorry. No. There's no sound happening here. 0:11:42
THE RECORDER: I'm sorry.
THE WITNESS: So I -- okay --
THE RECORDER: I'm sorry --
THE WITNESS: -- again.
THE RECORDER: -- I didn't hear what you said. 0:11:48
THE WITNESS: Is -- to my knowledge, it's paid from the company. From Sky Net.
BY MR. LEVISON:
**Q. And that's -- and what about -- is ACO Wireless, LLC, contributing to the legal defense in this matter? 0:12:01**
A. I'm not sure.
**Q. Who would know?**

234

A. The accountant.
**Q. And who is the accountant? 0:12:14**
A. The accountant in the office, part of the accounts payable.
THE RECORDER: Okay. I'm -- I'm so sorry. Mr. Khalil, you're moving, and it's shuffling, so it's cutting out your testimony. 0:12:26
Can you repeat?
THE WITNESS: The account payable in the office most likely. You know, maybe Jennifer, you know.
BY MR. LEVISON:
**Q. And what is Jennifer's last name? 0:12:38**
A. I don't know.
**Q. And -- and where is this office you're talking about?**
A. In Delray.
THE RECORDER: Where? 0:12:48
BY MR. LEVISON:
**Q. And what --**
THE RECORDER: Repeat?
THE WITNESS: Delray.
THE RECORDER: I -- I --
BY MR. LEVISON:
**Q. Delray Beach, Florida? Is that it? 0:12:55**

235

A. Correct.
**Q. And what companies are located at this office in Delray Beach, Florida?**
A. Company is located -- 0:13:10
MR. MADUFF: I'm going --
THE WITNESS: Not --
MR. MADUFF: -- to object to the line of questioning as so far beyond the scope of the 13 or 14 questions for which -- which were suspended that the Court ordered to -- to go forward. That this is -- 0:13:23
MR. LEVISON: Well, I --
MR. MADUFF: -- taking advantage of the fact that the deposition's being reopened to harass the defendant and seek information that is not properly before. 0:13:34
MR. LEVISON: Do you just want to have a standing objection so we can just move on past this so we can just -- just continue this entire line of questioning? Is that fine? 0:13:41
MR. MADUFF: Yeah.
BY MR. LEVISON:
**Q. So sir, what companies are located at this office in Delray Beach that you speak about? 0:13:50**
A. What companies. Well, Sky Net Wireless company.

236

**Q. Are there other businesses there?**
A. No. It's -- it's -- it's the office. Yeah. 0:14:10
**Q. Where is ACO Wireless, LLC, located?**
A. I'm not sure.
**Q. What's -- why is Sky Net Wireless, LLC, paying for your defense in this matter? 0:14:24**
MR. MADUFF: Objection. Assumes inaccurate facts.
MR. LEVISON: Christina, will you repeat my -- repeat my question, please? 0:14:37
THE RECORDER: One moment.
(Recording replayed.)
MR. LEVISON: I -- I don't see the witness on the screen. Did we lose him? 0:15:00
THE RECORDER: No, he's there.
THE WITNESS: I'm here.
MR. LEVISON: I'm -- yeah. Got it. 0:15:04
THE WITNESS: Yeah.
BY MR. LEVISON:
**Q. Did you -- do you understand the question?**
A. Okay.
**Q. Why --**
A. Well --
**Q. -- is Sky Net Wireless at -- why are they paying your legal fees in this matter? 0:15:14**

237

A. Well, in the end, the calculation, how it will be, is it from Sky Net or from me, the -- the -- you know, our accountant will decide that. The money coming from Sky Net for now, it could be from, you know, how -- how it will be in the end from me, from them is based on the accountant, the way he see it. 0:15:37
**Q. Okay. What is the connection between Sky Net Wireless, LLC, the Florida company, and the defendants named in this lawsuit? 0:15:48**
A. No explanation. I'm a investor.
THE RECORDER: I'm sorry. You're cutting out. Can you repeat?
THE WITNESS: I'm investor.
THE RECORDER: Please repeat again. 0:16:00
THE WITNESS: I'm investor in the company.
BY MR. LEVISON:
**Q. Correct. You're -- so you're an investor in Sky Net Wireless -- 0:16:07**
A. Yeah.
**Q. -- LLC, correct?**
A. Correct.
**Q. What does Sky Net Wireless, LLC, have to do with this lawsuit? 0:16:13**
MR. MADUFF: Objection. Legal conclusion.
THE WITNESS: Do I need to answer this?

238

MR. MADUFF: If you can. 0:16:27
THE RECORDER: Sorry. Repeat that?
THE WITNESS: What -- what you said, Aaron?
MR. MADUFF: If you can answer it, you need to answer it. 0:16:34
THE WITNESS: Okay. What does this have to do with? I'm not sure.
BY MR. LEVISON:
**Q. What does ACO Wireless, LLC, have to do with this lawsuit? 0:16:45**
A. I'm not sure. I'm -- I'm -- I'm -- I'm not -- all this connection of legal terms and questions. You know, I'm not sure.
**Q. Who would know these answers? 0:16:58**
A. I don't know. Have to sit down and figure out maybe with my lawyer or somebody to answer these questions, you know.
**Q. Before today's dep, have -- deposition, did you make any effort to figure out the relationship between ACO Wireless, LLC, Sky Net Wireless, LLC, and the two corporate defendants named in this lawsuit? 0:17:25**
A. Can you repeat that, please?
MR. LEVISON: Christina?
(Recording replayed.)
(Certified)

239

MR. MADUFF: I'm going to object to the question as well beyond the scope of the questions asked, unpredictable, and this isn't a 30(b)(6). 0:18:01
But there's no way the witness would have known that you would ask these questions as they were not among those suspended for which this deposition was reopened. 0:18:09
MR. LEVISON: Aaron, please keep --
MR. MADUFF: You can answer the question --
MR. LEVISON: -- your speaking -- please keep your speaking objections to a minimum, and you already have a standing objection to this entire line of questioning. 0:18:17
So I'd ask that you refrain from doing that unless you want to withdraw your standing objection to all the former questions.
MR. MADUFF: I'm sorry. My standing objection is to the fact that you are way beyond the scope. 0:18:30
This objection is the fact that this is not a 30(b)(6) deposition. And because this witness did not know the questions, because you're surprising the witness with questions that are beyond the scope, he can't answer them. 0:18:42
But to the extent that he can answer them, he

240

should answer.
MR. LEVISON: Christina, let's certify that objection, please. 0:18:48
BY MR. LEVISON:
**Q. Sir, do you own a house?**
A. I don't know what this got to do with -- with what's going on here, you know. 0:19:02
**Q. Are you refusing to answer my question?**
A. Yes.
**Q. Okay. Sir, do you have a mortgage -- do you own any residential property? 0:19:14**
A. I'm not going to answer.
**Q. Are you refusing to answer my question about residential property?**
A. Yes. 0:19:23
**Q. Sir, other than yourself, those people that you consider to be a household member, do any of them have income that contributes to the household's income? 0:19:36**
A. Has nothing to do with that. Not going to answer that.
**Q. You're refusing to answer about household income?**
MR. MADUFF: You're now -- 0:19:43
THE WITNESS: Yeah.
MR. MADUFF: -- on a different subject, but I

241

will again put on my objection that you're well beyond the scope. 0:19:48
MR. LEVISON: And -- and I just want to make sure, Christina, you have his refusal clearly on the record? Thank you.
BY MR. LEVISON:
**Q. Sir, in 2020, did you receive any W-2 wages? 0:20:03**
A. Metro PCS.
**Q. From what --**
A. Yes.
**Q. -- company -- from what companies did you receive W-2 wages in 2020? 0:20:13**
A. I get W-2 from I think Smart Net Wireless, from me managing the Metro relation, stuff like that to the company. Managing Fatin and them. So yeah, from Smart Net Wireless, I get W-2. 0:20:31
**Q. And that's Smart Tech Wireless?**
A. Smart Net Wireless.
**Q. Smart Net Wireless.**
A. Yes.
THE RECORDER: I tried to say it a few times. It was going in and out a -- a bit. It was choppy. Please repeat your whole statement. Thank you. 0:20:47
THE WITNESS: Smart Net Wireless.
THE RECORDER: No, your --

242

THE WITNESS: The --
THE RECORDER: -- whole -- your whole answer. Can you please repeat -- 0:20:52
THE WITNESS: Oh.
THE RECORDER: -- it?
THE WITNESS: Yes.
THE RECORDER: Thank you. 0:20:54
THE WITNESS: Smart Net Wireless, for me managing -- the managing and the relation with T-Mobile and Metro PCS.
BY MR. LEVISON:
**Q. Where is Smart Net Wireless incorporated? 0:21:15**
MR. MADUFF: Objection. Form.
THE WITNESS: In Florida.
BY MR. LEVISON:
**Q. What is the relationship between Smart Net Wireless and WirelessPCS Chicago, LLC? 0:21:25**
A. Nothing.
**Q. What is the relationship between Smart Net Wireless and Sky Net Wireless IL, LLC?**
A. Nothing. 0:21:37
**Q. What is the relationship between Smart Net Wireless and Sky Net Wireless, LLC?**
A. The relation that we use Smart Net Wireless employees for Sky Net. 0:21:57

243

And we pay Smart Net for the employees.
THE RECORDER: I'm sorry. "We," and then it cut out.
THE WITNESS: Okay. We use -- you know, Smart Net providing the employees for Sky Net. 0:22:12
And Sky Net paying Smart Net for the employee.
BY MR. LEVISON:
**Q. How much did Smart Net pay Sky Net Wireless in 2020 for its employees? 0:22:25**
MR. MADUFF: Objection --
THE WITNESS: I don't --
MR. MADUFF: -- assumes facts --
THE WITNESS: -- I don't know --
MR. MADUFF: -- not in evidence. 0:22:28
THE RECORDER: Can you repeat your answer, please?
THE WITNESS: I don't know.
BY MR. LEVISON:
**Q. Are you married, sir? 0:22:37**
A. Yes.
**Q. Does your wife work outside the home?**
A. No. 0:22:47
**Q. Has your wife in the last five years ever worked outside the home?**

244

MR. MADUFF: Standing objection to the -- the line of questioning. It's outside of what is in the order. 0:23:02
It is irrelevant and oppressive.
THE WITNESS: Okay. Do I need to answer? 0:23:14
MR. MADUFF: Yes.
BY MR. LEVISON:
**Q. Are you --**
MR. MADUFF: To the extent that you can.
THE WITNESS: No. I don't think she was working. 0:23:20
BY MR. LEVISON:
**Q. Does your --**
THE RECORDER: I'm sorry -- I'm so sorry --
THE WITNESS: I don't recall my wife working outside the home. 0:23:24
BY MR. LEVISON:
**Q. Has your wife received any W-2 wages in -- since 2014?**
MR. MADUFF: Same objections. 0:23:35
THE WITNESS: I -- I don't -- I'm -- I'm not sure that time.
BY MR. LEVISON:
**Q. Has your -- has your wife received any profits from any business in which you're an investor**

245

**since 2014? 0:23:49**
A. Don't think so.
**Q. Have you received any profits in 2020 from any business that you invested in? 0:24:01**
A. 2020. Yes.
**Q. Which businesses did you receive profits from in 2020?**
A. It looks like Sky Net Wireless. 0:24:11
**Q. What does Sky Net Wireless do to generate those profits?**
A. Sky Net Wireless has retail locations. And we sell telephones. 0:24:32
**Q. In what states are these retail locations located?**
A. Florida.
**Q. In 2019, did you receive any W-2 wages? 0:24:48**
A. Yes.
**Q. From what companies did you receive W-2 wages in 2019?**
A. It should be Smart Net Wireless again. For same, you know. 0:25:05
**Q. How much were you paid in 2019 in W-2 wages from Smart Net Wireless?**
A. I don't recall exactly.
**Q. Who set your salary at Smart Net Wireless? 0:25:17**

246

MR. MADUFF: I'm sorry. Could you repeat the question or read it back?
BY MR. LEVISON:
**Q. Who set your salary at Smart Net Wireless -- 0:25:24**
MR. MADUFF: His --
BY MR. LEVISON:
**Q. -- in 2019?**
MR. MADUFF: -- salary. Okay. Thank you. 0:25:28
THE WITNESS: Who set my salary?
BY MR. LEVISON:
**Q. Correct.**
A. Oh, I set my salary. 0:25:35
**Q. So what did you set your salary in 2019?**
A. I don't -- I don't recall.
**Q. Was it more than a hundred thousand dollars? 0:25:43**
A. I'm not sure.
**Q. Was it more than $200,000?**
A. I'm not sure. If you had --
**Q. Was it more --**
A. -- form I'd have an answer for you. But you know, I can't. 0:25:57
**Q. Do you review your tax returns before signing them?**
A. Yes.
**Q. What was your income that you stated on your**

247

**2019 tax return? 0:26:06**
A. I'm not sure exactly. I don't want to answer the question.
**Q. You're refusing to tell me what your income was on your tax return in 2019? 0:26:15**
A. Yes.
MR. MADUFF: Objection. I believe he told you he couldn't.
BY MR. LEVISON:
**Q. You refused. So please -- 0:26:21**
A. I told you -- I told you I don't know first. I'm not -- you know, if you go back say I'm not sure, you know. 0:26:29
**Q. I -- sir, how --**
A. I'm not sure what my income is --
**Q. -- much --**
A. -- I'm not sure what my income is -- was exactly. 0:26:36
**Q. Can you give me an approximate number what your income was in 2019?**
A. I'm not sure. I'm not sure. 0:26:42
**Q. Did you review your tax returns in preparation for today's date -- deposition?**
A. No.
**Q. When was the last time you reviewed your 2019**



**tax returns? 0:26:53**
A. Maybe when I signed it.
**Q. What were your 2020 income reported on your tax return?**
A. You know, 2020 just to mention that. 2020. What I was making for 2020. I'm not sure exactly how much. 0:27:12
**Q. Can you give me approximate range?**
A. I'm not sure about this.
**Q. How much of your 2020 income was from your W-2 versus income from your investments? 0:27:27**
A. I'm not sure.
**Q. Would all this stuff be reported on your tax returns?**
MR. MADUFF: Objection. Form. 0:27:38
THE WITNESS: What was the questions again?
BY MR. LEVISON:
**Q. Would all this information be contained on your tax returns? 0:27:45**
MR. MADUFF: Objection. Form.
THE WITNESS: What -- what information all on my tax --
BY MR. LEVISON:
**Q. Your income. 0:27:51**
THE RECORDER: I'm sorry. Repeat what you



just said, Mr. Khalil.
THE WITNESS: Should -- should be.
BY MR. LEVISON:
**Q. Where do you presently bank for your personal finances? 0:28:02**
A. My bank account, personal bank accounts.
THE RECORDER: I'm sorry. Repeat that?
THE WITNESS: Personal -- my personal bank account. 0:28:10
BY MR. LEVISON:
**Q. What's the name of the institution where those accounts are held?**
A. Chase. 0:28:17
**Q. For how long have you used Chase for your personal finances?**
A. I don't know, for years. Ten years maybe. I'm not sure exactly on that. 0:28:30
THE RECORDER: I -- I'm sorry. I didn't understand that. Can you repeat?
THE WITNESS: I said -- I said maybe -- you know, I'm not sure exactly. Maybe ten years, something like that. Maybe more. Longer. 0:28:39
BY MR. LEVISON:
**Q. Were you using Chase for your personal finances in 2015?**



A. Most likely, yes. 0:28:48
**Q. Do you have any mortgages outstanding with Chase presently?**
MR. MADUFF: Objection. This is meant to oppress the witness. And it's not relevant. 0:29:02
You can answer the question.
THE WITNESS: No.
BY MR. LEVISON:
**Q. Do you have any loans out from Chase Bank? 0:29:08**
MR. MADUFF: Same objection.
THE WITNESS: No.
BY MR. LEVISON:
**Q. Do you have any personal outstanding loans today? 0:29:23**
MR. MADUFF: Same objection.
THE WITNESS: I'm not going to answer that.
BY MR. LEVISON:
**Q. You're refusing to answer that question? 0:29:30**
A. Yes.
**Q. Do you have any personal mortgages today?**
MR. MADUFF: Same objection. 0:29:40
THE WITNESS: No, I'm not going to answer that.
THE RECORDER: I'm sorry --
BY MR. LEVISON:

**Q. Do you refuse -- 0:29:44**
THE RECORDER: -- repeat that?
THE WITNESS: I'm not -- I'm not answering that question.
BY MR. LEVISON:
**Q. You're refusing to answer that question. 0:29:49**
A. Yes.
MR. MADUFF: To be clear --
BY MR. LEVISON:
**Q. Do you own --**
MR. MADUFF: -- I just want to make clear here, Moeen. I'm not instructing you not to answer. I can't do that. 0:29:59
THE WITNESS: Okay.
BY MR. LEVISON:
**Q. Sir, do you own any properties in your name or your wife's name? 0:30:09**
MR. MADUFF: Objection. Form.
THE WITNESS: Any property --
MR. MADUFF: Also objection, relevance and oppressive. 0:30:25
THE WITNESS: Yeah, I'm not answering the question.
BY MR. LEVISON:
**Q. You're refusing to tell me if your own any properties. Is --**
MR. MADUFF: To be --
BY MR. LEVISON:
**Q. -- that correct? 0:30:31**
MR. MADUFF: -- clear -- to be clear again, I'm not instructing you not to answer, Mike.
THE WITNESS: I -- I understand, Aaron. Okay. No. I -- I want to make sure I answer the right -- I'm not sure of that, no. No.
BY MR. LEVISON:
**Q. Again, my question is, are you refusing to tell me if you own any properties?**
A. Yes. It has nothing to do with the case we are in that's why I was asking. 0:30:53
**Q. So you're refusing to answer the question.**
A. Yes, I am refusing. You know, I don't feel too good and -- and -- and you just keep working on me like that. 0:31:07
You know, this is like -- anyway, continue. Hopefully I -- you know.
**Q. Sir, if you're not feeling good, then we will -- we will pause this deposition and recontinue at a better time, if you're telling me that you're -- 0:31:20**
A. This -- this --
**Q. -- you're physically unable.**
MR. MADUFF: Okay. Wait, let me --
THE WITNESS: Well --
MR. MADUFF: -- let me address this. Wait a minute. Moeen. 0:31:24
So Brad, here's the situation. The man's been hospitalized. The man is in bad shape. Unquestionably. 0:31:29
But he is not going to get better. His health is deteriorating. So there isn't going to be another time that we can schedule that he's going to be better. 0:31:36
He's simply in and out of the hospital for his health.
MR. LEVISON: Okay. So this is the first time this has ever been brought to my attention. We're going to -- 0:31:42
MR. MADUFF: You didn't ask --
MR. LEVISON: -- take --
THE WITNESS: What the -- what the --
MR. LEVISON: We're going to take a -- we're going to take a break here, Aaron. I would like to -- can we have a separate side call, because if he's having health issues, I would've thought you would've brought that to my attention. 0:31:56
MR. MADUFF: I brought --
MR. LEVISON: On that one.
MR. MADUFF: -- that to your attention the last time we were in deposition. I brought it to your attention again and again. 0:32:01
I'm going to --
MR. LEVISON: You --
MR. MADUFF: -- put it all on the record. I don't need to take a break. The fact is that the -- 0:32:05
MR. LEVISON: What --
MR. MADUFF: -- man is having serious health conditions. He's been in and out of the hospital. 0:32:09
You've known this --
MR. LEVISON: Well --
MR. MADUFF: -- back since May. And I can't do --
MR. LEVISON: Yeah.
MR. MADUFF: -- anything about it. 0:32:15
MR. LEVISON: Aaron, that is not true. There's nothing in the deposition. This is the first time. Anne, correct me if I'm wrong, we have never been told about any health conditions. 0:32:24
And I did in my last --
MS. CHOATE: Never.
MR. LEVISON: -- deposition --
MR. MADUFF: Okay. You are wrong. We have

had that discussion. 0:32:29
MR. LEVISON: We have not.
BY MR. LEVISON:
**Q. What is the --**
**MS. CHOATE: No.**
BY MR. LEVISON:
**Q. -- health condition that you're suffering from, sir? 0:32:34**
A. I have -- I have a kidney failure. I go to dialysis three times a week. That's why I don't feel good today and I was all last night. 0:32:43
I had surgery last week. You know, I'm -- I'm -- I'm -- you know. I really hate to talk about that, but this part is -- 0:32:53
**Q. And I -- and I appreciate that. I don't want to talk about that, but the only reason why is because I can see that you're -- you seem to be visibly in pain. 0:33:01**
**And I -- I just need to know, are you on any medications today as you sit there that could impact your ability to testify or recall? 0:33:10**
A. No, no. I don't take medication. I want to make sure I can through -- go through the --
THE RECORDER: I'm sorry. I didn't understand that. 0:33:18

256

THE WITNESS: I do not take the medication this morning because I want to make sure I can go through this. You know, I -- so I want to get this out of my way, so I take my medication after I finish with you. 0:33:28
BY MR. LEVISON:
**Q. So you haven't taken your prescribed medication and because -- to take this --**
A. I --
**Q. -- dep. Is that what I'm -- 0:33:37**
A. No.
**Q. -- understanding?**
A. I -- I didn't take my -- yeah, my -- my pain medication so I'll be able to focus with you on answering questions because I want to be able to finish this deposition. 0:33:50
**Q. For how long have you been on pain medications?**
A. I'm not really on pain medication. I take it as needed. But I had really, really rough week. 0:34:01
I had two surgeries last week.
MR. MADUFF: All right --
THE WITNESS: And --
MR. MADUFF: -- let's not go into last week's surgeries or the surgeries coming up. I don't want to

257

go into your medical history. 0:34:10
It's enough to know that you have carefully not taken the medication today so that you would have a clear mind to answer questions. 0:34:17
THE WITNESS: Correct.
BY MR. LEVISON:
**Q. Were you taking pain medications in May 2021?**
A. I've been taking pain medication -- oh, that date? 0:34:28
**Q. No. Just back in that month.**
A. I -- I -- I took it when I need it.
THE RECORDER: I -- I'm sorry. Can you repeat that? You fell off the -- 0:34:36
THE WITNESS: I said I take it based when I need it, so I don't know the month, you -- you know, what I took the month, but most likely when I need it, I take it. 0:34:45
BY MR. LEVISON:
**Q. Sir, have you ever received W-2 wages from Sky Net Wireless IL, LLC?**
A. From Sky Net Wireless, IL. No. I don't think so. 0:35:13
THE RECORDER: Oh, he cut off the screen --
Oh, there you are.
THE WITNESS: Somebody was calling in.

258

THE RECORDER: I'm sorry. Repeat that? You cut out. 0:35:20
THE WITNESS: No, no, no. I said somebody was calling in. That's why I -- I -- I --
Okay, yeah, no. I did not get -- I don't -- I don't -- I don't get Sky Net Wireless, LLC. 0:35:29
Sky Net IL you said, correct?
BY MR. LEVISON:
**Q. Correct.**
A. No. 0:35:33
**Q. Have you ever received W-2 wages from WirelessPCS Chicago, LLC?**
A. I think I'll say no for both answers, but I'm not a hundred percent sure, you know. It's been a while. 0:35:46
But I don't think so. I don't recall.
**Q. In 2015, were you receiving W-2 wages from any company? 0:35:54**
A. Most likely, yes. Have to be from Sky Net Wireless, yeah, probably. Or Smart Net. One of the two. 0:36:04
**Q. So it's your recollection that in 2015, you were receiving W-2 wages either from Sky Net Wireless, LLC, a Florida corporation, or Smart Net, LLC, also a Florida corporation. Correct? 0:36:20**

259

A. Yes. This is the -- what I know it to be.
**Q. Do you recall how much you were being paid in W-2 wages in --**
A. No. 0:36:28
**Q. -- 2015?**
MR. MADUFF: Wait --
THE WITNESS: No, I don't.
MR. MADUFF: -- a minute. Wait, wait, wait. Let him finish the question before you answer it. Because I didn't hear the whole question. 0:36:34
Brad, could you --
THE WITNESS: Okay.
MR. MADUFF: -- please reask the question?
MR. LEVISON: Can you play it back? 0:36:38
(Recording replayed.)
MR. LEVISON: It was -- there was a question after that. That was -- 0:37:12
THE RECORDER: I -- I'm sorry.
MR. MADUFF: I agree with Brad. That was the prior question. That got answered. I -- it was the question after that, I think. 0:37:18
THE RECORDER: Well --
MR. MADUFF: The witness jumped.
THE RECORDER: I was getting the witness's clarification because I didn't understand his answer.

260

And then you guys jumped into the next one, so -- 0:37:27
MR. LEVISON: Fine. Move on.
(Recording replayed.)
THE RECORDER: This one.
MR. LEVISON: It's fine. Move on. 0:37:35
(Recording replayed.)
MR. LEVISON: That was the question.
THE RECORDER: Okay.
MR. MADUFF: I -- I still didn't hear it. I apologize. 0:37:45
MR. LEVISON: I'll -- I'll ask it again.
BY MR. LEVISON:
**Q. Do you recall how much you were receiving in W-2 wages in 2015? 0:37:53**
MR. MADUFF: Objection. Form.
THE WITNESS: Do I answer or not anything?
MR. MADUFF: Answer to the best of your ability. If you remember -- 0:38:05
THE WITNESS: No, I don't -- I don't know. I -- I thought I already answered. No, I didn't -- I don't recall what it was. How much or whatever. 0:38:14
BY MR. LEVISON:
**Q. For -- what did you do with the $135,000 from the sale of the Chicago stores?**
A. I don't recall. Maybe had some debts on it,

261

like maybe some -- my -- my expectation. I'm not sure exactly. 0:38:37
But usually we have open line for the --
**Q. So when this --**
MR. MADUFF: Wait. Let him finish his answer. 0:38:42
MR. LEVISON: He froze. It isn't -- not letting him finish. He -- his -- his Internet says unstable, so I --
THE RECORDER: Oh --
MR. LEVISON: -- it stopped on me. 0:38:49
THE RECORDER: Well, I didn't see that. I'm sorry. I didn't see that, Brad. So I would've said something as well. I don't know where that's coming from. 0:38:57
Can -- can you just repeat your answer --
MR. LEVISON: Yeah. So I didn't -- I wasn't cutting him off. It -- he just froze, his first words. 0:39:03
THE WITNESS: Okay. I said usually the -- I said I'm not sure a hundred percent but usually when we close the company or to sell company, somebody would have some debts on it like from Metro, T-Mobile, like open invoices, stuff like that. 0:39:20
We -- we probably paid some of that. I'm not sure exactly, but you know. But that's what probably

262

would be other -- we paid other debts with it. For the company. 0:39:31
BY MR. LEVISON:
**Q. And once the debts were paid off, did all that money go to you and your brother personally?**
MR. MADUFF: Objection. Assumes facts not in evidence, contradicts testimony. 0:39:42
Answer if you can.
THE WITNESS: I'm -- I'm not sure with the -- the debts -- I don't think there was any money left anyway, but I'm not sure. 0:39:54
BY MR. LEVISON:
**Q. Have you ever attended an annual meeting of directors, managers, and officers for Sky Net Wireless, LLC?**
MR. MADUFF: Objection. Calls for a legal conclusion. 0:40:07
THE WITNESS: Did I ever attend?
THE RECORDER: I'm --
THE WITNESS: Can you repeat the question, please? 0:40:12
BY MR. LEVISON:
**Q. Have you ever attended an annual meeting of directors, managers, and officers for Sky Net Wireless, LLC?**

263

MR. MADUFF: Same objection. 0:40:21
THE WITNESS: Annual meeting. Annual. No. I won't say annual meeting. No. 0:40:35
BY MR. LEVISON:
**Q. Have you ever attended any meeting of directors, managers, and officers for Sky Net Wireless, LLC?**
MR. MADUFF: Objection --
THE WITNESS: I --
MR. MADUFF: Wait a minute.
THE WITNESS: No -- 0:40:43
MR. MADUFF: Objection. Calls for a legal conclusion. Vague and ambiguous.
Go ahead. 0:40:48
THE WITNESS: No, best of my knowledge.
BY MR. LEVISON:
**Q. Have you ever attended an annual meeting of directors, managers, and officers for WirelessPCS Chicago, LLC? 0:40:59**
MR. MADUFF: Standing objection. Both to legal conclusions and to well beyond the scope. 0:41:05
THE WITNESS: No, best of my knowledge. Manager's --
BY MR. LEVISON:
**Q. Have you -- 0:41:10**



THE RECORDER: Sorry. Repeat that?
THE WITNESS: No, to best of my knowledge.
BY MR. LEVISON:
**Q. Have you ever attended any meeting of directors, managers, and officers for WirelessPCS Chicago, LLC? 0:41:21**
MR. MADUFF: Same objections.
THE WITNESS: Well, meetings -- again, I'm not sure what to tell you. I mean, I meet probably with Fatin before to discuss profit and loss, you know, stuff like that. 0:41:35
I mean, the -- that -- that's -- that. A meeting, you know.
BY MR. LEVISON:
**Q. Is there a secretary for WirelessPCS Chicago, LLC, that would be recording these meetings? 0:41:49**
MR. MADUFF: Same --
THE WITNESS: No.
MR. MADUFF: -- objection.
MR. LEVISON: You can -- Aaron, you just have standing objections. You don't have to keep cutting in. You -- you put that on the record. 0:41:56
MR. MADUFF: No, you've asked different questions. And at this point, they're the same objections but they're not on the same line, so -- 0:42:03



MR. LEVISON: Aaron, we'll have a standing objection to all of these corporate questions. Please stop interrupting me. 0:42:09
BY MR. LEVISON:
**Q. Sir, is there a corporate secretary for WirelessPCS Chicago, LLC, that's recording these meetings?**
MR. MADUFF: Same -- 0:42:16
THE WITNESS: No.
MR. MADUFF: -- objections.
BY MR. LEVISON:
**Q. Is there a corporate secretary for Sky Net Wireless, LLC, that would be recording any meetings of the directors, managers, officers? 0:42:26**
MR. MADUFF: Same --
THE WITNESS: No.
MR. MADUFF: -- objections.
BY MR. LEVISON:
**Q. Is there a corporate officer or secretary for Sky Net Wireless, IL, LLC, that would be recording the meetings of the directors, managers, and officers? 0:42:41**
MR. MADUFF: Objection --
THE WITNESS: No.
MR. MADUFF: -- compound, vague, and ambiguous. 0:42:45



MR. LEVISON: Christina, did you get his answer?
THE RECORDER: No.
THE WITNESS: No.
THE RECORDER: No? 0:42:51
THE WITNESS: No. Yeah, no.
MR. LEVISON: Did you get his answers to any of the previous questions or was Aaron -- okay.
THE RECORDER: They were "no." 0:42:58
BY MR. LEVISON:
**Q. At -- is there a corporate secretary that records the meetings for ACO Wireless, LLC's meeting of directors, managers, and officers? 0:43:08**
MR. MADUFF: Objection. Form.
THE WITNESS: No.
BY MR. LEVISON:
**Q. Is there a written contract between Smart Net Wireless and Sky Net Wireless relating to how much Sky Net Wireless pays to Smart Net? 0:43:26**
A. No. To my --
**Q. How is --**
A. -- knowledge.
**Q. How is --**
A. No. 0:43:31
**Q. -- it -- how is it determined what Sky Net**

**Wireless is paying Smart Net Wireless, LLC?**
A. Well, it depends based how much -- how much the employee -- how much from the employees would equals and how much the -- the pay was and we -- we pay them that. 0:43:55
THE RECORDER: I'm sorry. The -- please repeat.
THE WITNESS: Okay. Well, it's determined by I think the -- the -- how much payout is on the employee's payroll --
THE RECORDER: I'm -- 0:44:07
THE WITNESS: -- that they're provided --
THE RECORDER: It's still cutting --
THE WITNESS: -- from Smart Net.
THE RECORDER: No. It's still cutting out on my end. Please -- 0:44:10
THE WITNESS: Okay.
THE RECORDER: -- repeat it all over again.
THE WITNESS: Based on the -- the payroll, we have two things from Smart -- Smart Net, the employees, so if we use maybe 50,000 a month the payroll from the -- the employees provides, we will pay them 50,000 and whatever expense. 0:44:32
THE RECORDER: I didn't get the last word.
THE WITNESS: Yeah. Just -- just -- there's



no last word. The -- so whatever the payroll was for them, we would pay them. That's what we provide to our employees. 0:44:45
THE RECORDER: There's just a bit of feedback and I just -- it's get -- it's really get -- making it hard for me. So I don't know where the feedback is coming -- 0:44:52
MR. MADUFF: I'm --
THE RECORDER: -- from --
MR. MADUFF: -- hearing it clearly. Would you like me to tell you what he said? 0:44:55
MR. LEVISON: No.
THE RECORDER: I heard it now, but I'm just -- this is why I'm jumping in, because I am hearing a little feedback. So my apologies if I'm not getting it clear the first time. 0:45:03
We can continue.
BY MR. LEVISON:
**Q. Sir, was Smart Net Wireless ever providing employees for Sky Net Wireless IL, LLC? 0:45:18**
A. No.
**Q. Was any company other than Sky Net Wireless IL, LLC, providing employees for it?**
A. Repeat the question, please. 0:45:33
MR. LEVISON: Can you play it back,



Christina?
(Recording replayed.)
THE WITNESS: I'm not understanding the question again. Can you -- can you -- if other company providing different than Sky Net IL for IL is not providing. 0:46:03
BY MR. LEVISON:
**Q. Who ran payroll for Sky Net Wireless IL, LLC?**
MR. MADUFF: Objection. Form. 0:46:10
THE WITNESS: Who ran payroll. I think it was the payroll company. We used --
BY MR. LEVISON:
**Q. And -- and -- and who determined the hours for the employees that worked in Chicago locations? 0:46:25**
MR. MADUFF: Objection --
THE WITNESS: I --
MR. MADUFF: -- form.
THE WITNESS: -- don't know about this. I don't -- I don't -- I don't go to this detail in this business. I don't get involved in employees. I don't get involved. Managers know this area of operations.
BY MR. LEVISON:
**Q. Who -- who -- who would be the person who got involved in that? 0:46:42**
A. I don't know. I think maybe the managers or



area managers.
**Q. And those would be the area managers actually in Illinois? 0:46:50**
A. I said I think. I'm not sure. I don't -- detail. I deal with Fatin. I told you before. You know, it would be around the same subject. 0:47:01
I deal with Fatin and, you know, the -- and Ahmed and you know, the -- you know --
**Q. With --**
A. -- because I would --
THE RECORDER: Sorry. I didn't get the end, and you're off the screen, Mr. Khalil. 0:47:13
THE WITNESS: Okay. That was again because I got a call, okay. Yeah, I said I -- I don't know. I only deal with Fatin. 0:47:21
And you know, the management company in the top.
BY MR. LEVISON:
**Q. Were you a director, manager, or officer for Sky Net Wireless IL, LLC? 0:47:33**
MR. MADUFF: Objection. Form. Objection --
THE WITNESS: The --
MR. MADUFF: -- to beyond the scope.
THE RECORDER: Sorry. It was -- I'm sorry. Repeat the -- your objection? 0:47:42

MR. MADUFF: Beyond scope.
THE WITNESS: If I am -- was a officer or -- or -- what the question one more time. 0:47:51
BY MR. LEVISON:
**Q. Were you a director, manager, and/or officer of Sky Net Wireless IL, LLC?**
MR. MADUFF: Same objections. 0:47:58
THE WITNESS: Director or manager. I don't know what director or manager. I know I was investor. That's all I know.
BY MR. LEVISON:
**Q. How much money did you make as an investor on Sky Net Wireless IL, LLC, from 2014 until the businesses were sold in 2018? 0:48:18**
A. I don't recall. But I know the companies was losing money, so most likely nothing.
THE RECORDER: I'm sorry -- 0:48:24
BY MR. LEVISON:
**Q. How much --**
THE RECORDER: -- I didn't get the end. Repeat?
THE WITNESS: I said the -- I know the area Florida companies was losing money, so I don't think there was any money that I made from them. 0:48:37
THE RECORDER: From -- it's cutting out. The



last word?
THE WITNESS: The -- any money I made from them, from the companies in Florida. 0:48:44
BY MR. LEVISON:
**Q. And I asked about a single company. What companies --**
A. Okay.
**Q. -- are you mentioning?**
A. Okay. The company -- the companies that, you know -- that I'm -- the company I mentioned. And I don't know it's Sky Net Wireless. I don't know it. 0:49:01
**Q. Who came up with the decision to create these different corporations for your investments?**
MR. MADUFF: Objection, scope. Objection, form. 0:49:13
THE WITNESS: I'm not sure. I do not understand the question.
BY MR. LEVISON:
**Q. Why is -- did -- strike that. 0:49:22**
**Did Fatin ever work -- strike that.**
**Was Fatin ever on payroll for Sky Net Wireless IL, LLC?**
MR. MADUFF: Objection -- 0:49:33
THE WITNESS: I don't think so.
THE RECORDER: I didn't get --



THE WITNESS: I'm not --
THE RECORDER: -- your objection, Mr. Maduff. 0:49:37
MR. MADUFF: Objection. Scope.
THE RECORDER: Can you repeat your answer? I spoke over you.
THE WITNESS: I don't think so. But I'm not sure. 0:49:45
BY MR. LEVISON:
**Q. Do you pay Fatin Ittayem any money from your personal accounts?**
A. No. 0:49:57
**Q. How -- strike that.**
MR. MADUFF: Standing --
BY MR. LEVISON:
**Q. Did you --**
MR. MADUFF: -- objection. 0:50:03
BY MR. LEVISON:
**Q. -- pay --**
MR. LEVISON: Do you -- did you want to interrupt, Aaron?
BY MR. LEVISON:
**Q. Did you pay Ms. Ittayem for her services related to Sky Net Wireless IL, LLC? 0:50:24**
A. What do you mean when -- did you pay? Me -- me personally?



**Q. Yes. You personally. 0:50:31**
A. No.
**Q. How was she paid for the services that she provided to Sky Net Wireless IL, LLC? 0:50:41**
A. How she get paid. Well, she getting paid from the management company I think at the time, which was managing more than one company. 0:50:56
So she used to get paid from -- from -- I'm not even sure which company she was getting paid from. But that was the company to manage all of the companies, because we have multi companies. 0:51:09
And that's who was paying Fatin. I'm not --
**Q. Was it the same management company that was also managing WirelessPCS Chicago, LLC? 0:51:21**
A. At that time, yes, I think.
**Q. Did you ever receive any payroll, W-2 wages, from that management company that was overseeing Sky Net Wireless IL, LLC, and WirelessPCS Chicago, LLC? 0:51:39**
A. I don't recall. I'm not sure.
**Q. How -- did Sky Net Wireless IL, LLC, or WirelessPCS Chicago, LLC, pay any money to that management company? 0:51:56**
MR. MADUFF: Objection. Form.
THE WITNESS: Well, if they would have money to pay. They were always behind -- I don't think they

paid anything. 0:52:04
THE RECORDER: Sorry. Can you repeat that?
It --
THE WITNESS: I said the company was losing money. They never have money to pay their part of the management fee to my recording or to my knowledge. 0:52:17
BY MR. LEVISON:
**Q. Is there a written document which would lay out the management fees that were owed by either Sky Net Wireless IL, LLC, or WirelessPCS Chicago, LLC? 0:52:28**
MR. MADUFF: Objection --
THE WITNESS: I'm --
MR. MADUFF: -- form.
THE WITNESS: I'm not sure. 0:52:32
BY MR. LEVISON:
**Q. Who would know if there was a written agreement laying out those management fees?**
MR. MADUFF: Objection. Form. 0:52:37
THE WITNESS: I'm not sure who would know that time.
BY MR. LEVISON:
**Q. Do you --**
A. But --
**Q. -- own any --**
A. There's no -- there's no agreement. You

276

know, but there is probably track record of money making. I'm not sure. 0:52:55
**Q. So if I understand your answer correctly, there's no written agreement. It's just you -- you made the -- 0:53:00**
A. Correct.
**Q. -- decision at the time.**
A. Correct.
**Q. And what factors did you consider in making that determination at the time? 0:53:08**
A. We used to -- we used to look at the what it costs for the management team and divide it by the stores and each store will be like, you know, will come with a number so the company have ten store, multiply that by the -- you know, whatever each store will cost to manage. 0:53:29
That's where the number comes from.
**Q. And if the business was making no money, how would that work? 0:53:35**
A. It made no difference. It's still money they owe.
**Q. Who'd they owe it to?**
A. To the management company. 0:53:43
**Q. And would this be one of the debts that was repaid from the sale in --**

277

A. No.
**Q. -- the 135,000? 0:53:49**
A. No.
**Q. Do you own any commercial properties?**
MR. MADUFF: Objection. Scope. 0:53:57
THE WITNESS: And I'm not answering.
BY MR. LEVISON:
**Q. You're refusing to answer about commercial -- 0:54:00**
A. Yeah.
**Q. -- properties.**
MR. MADUFF: Let me clear, Mike. I can't instruct you not to answer the question. I think you should answer the questions. 0:54:06
THE WITNESS: Well, nothing but commercial property.
MR. MADUFF: I am going to object to form, though. 0:54:18
THE WITNESS: No. Personally? You're asking about personally?
BY MR. LEVISON:
**Q. Personally. 0:54:25**
A. No.
**Q. Do any of your businesses that you invest in own commercial property?**
A. Do any of my business I invest in own

278

property. 0:54:39
MR. MADUFF: Standing objection to scope.
THE WITNESS: Yes. Probably. 0:54:50
BY MR. LEVISON:
**Q. Can you provide me the addresses of those commercial properties?**
MR. MADUFF: Objection. Not relevant, oppressive, beyond scope. 0:55:01
Go ahead and answer.
THE WITNESS: I don't -- I don't even know the addresses if I have.
BY MR. LEVISON:
**Q. Can you tell me what city and state these properties would be located? 0:55:10**
A. You know what? My answer will be -- I would see what property owned by the business I --
THE RECORDER: Sorry? 0:55:32
THE WITNESS: Okay, no, and I'm just thinking -- I'm just thinking about something. Just give me a second, please. 0:55:36
You know, was he asking me about -- I'm not sure if I answered the first question right. Business I owned. 0:55:45
THE RECORDER: Just speak up clearly, though, even if you're speaking to yourself. You have to speak

279

clearly. 0:55:49
MR. MADUFF: Christina, I think there may be something wrong with your connection, because I can hear everything just fine.
THE RECORDER: Okay. He's mumbling, thinking -- 0:55:57
THE WITNESS: Yeah, but I'm thinking -- I'm thinking just loud that -- I don't want to think loud. Yeah, let me think, just one second. Because I think the question I answered wrong, the first one, when he asked me. 0:56:07
So I'm trying to recall -- I'm trying to recall something in my head.
Okay. If it will be -- it would be in Florida. I'm not sure even of the -- 0:56:23
BY MR. LEVISON:
**Q. Who would know that information?**
A. Okay. Who would know it? I'll -- I'll -- I can -- I can get it when I need to from my records. 0:56:31
**Q. So you possess records which would show you what properties the businesses own?**
MR. MADUFF: Objection --
THE WITNESS: Yeah.
MR. MADUFF: -- form. 0:56:40
THE WITNESS: I probably can look that up.



BY MR. LEVISON:
**Q. Have you made any loans or personal undertakings to the investments? 0:56:50**
MR. MADUFF: Objection, form. Objection, vague, ambiguous.
THE WITNESS: Do I make loan to the investment?
BY MR. LEVISON:
**Q. To your investments, yes, the companies you invest in. 0:57:02**
MR. MADUFF: Objection. Form.
THE WITNESS: Yes. Both probably.
BY MR. LEVISON:
**Q. Do you currently have any outstanding loans to your companies that you invest in? 0:57:15**
MR. MADUFF: Objection. Form.
THE WITNESS: Don't recall. No. I don't think --
BY MR. LEVISON:
**Q. You don't --**
A. -- so. 0:57:23
**Q. -- recall or no?**
A. I'll say no.
**Q. What is your Social Security number? 0:57:36**
A. Oh, wow.



MR. MADUFF: Objection, oppressive. Objection, not relevant.
THE WITNESS: I'm not -- 0:57:44
MR. MADUFF: And beyond scope. Well beyond scope.
MR. LEVISON: Are you instructing --
MR. MADUFF: But I can't instruct you not to answer.
I'm not instructing -- 0:57:50
MR. LEVISON: We --
MR. MADUFF: -- him not to answer. It's -- it's an inappropriate question, but I'm not instructing him not to answer. 0:57:52
BY MR. LEVISON:
**Q. We can -- if you feel more comfortable, sir, we can go off the record to provide your Social Security number. 0:57:58**
A. Yeah, I don't want to provide it.
**Q. Are you refusing to provide your Social Security on and/or off the record? 0:58:07**
A. Yes.
**Q. Do you currently have any outstanding loans in your personal capacity?**
MR. MADUFF: Standing objection to scope. 0:58:26
THE WITNESS: Outstanding loans that I have



loans from me or do I have loans --
THE RECORDER: I'm sorry. That cut out on my end. Can you please repeat? 0:58:37
THE WITNESS: I try to ask him -- outstanding loans. You mean like me owe somebody or somebody owe me money? Which one?
BY MR. LEVISON:
**Q. You owe someone money. 0:58:48**
A. I owe somebody money. Personally?
**Q. Correct.**
A. Not right now. 0:59:03
**Q. Did you have any outstanding loans that you owed somebody in 2015, '16, '17, or '18?**
A. Probably, yes. 0:59:14
**Q. Does anyone owe you money personally right now?**
MR. MADUFF: Objection. Scope.
THE WITNESS: No. 0:59:24
BY MR. LEVISON:
**Q. How much have -- did you invest in Sky Net Wireless IL, LLC?**
MR. MADUFF: Objection. Form. 0:59:35
THE WITNESS: Don't recall.
BY MR. LEVISON:
**Q. How much did you invest in WirelessPCS**

**Chicago, LLC? 0:59:44**
MR. MADUFF: Objection. Form.
THE WITNESS: I don't recall either.
BY MR. LEVISON:
**Q. I'm going to show you what we're going to mark as Exhibit 2. 0:59:54**
**(Exhibit No. 2 marked for identification.)**
BY MR. LEVISON:
**Q. I'm going to represent to you that this is a -- a joint motion for approval of parties' settlement and agreement that was sent with plaintiff's demand in May 2021 and again in October 2021. 1:00:19**
**Have you ever seen this document before?**
MR. MADUFF: Could you scroll up to the top of the document so we can see it, please? 1:00:24
BY MR. LEVISON:
**Q. Have you seen this document before?**
A. I'm not sure it's the same -- I don't -- I don't -- I -- I don't -- you know, how do you explain -- 1:00:46
**Q. Do you recall being told about a settlement demand in October 2021?**
MR. MADUFF: Objection. Form. 1:00:54
THE WITNESS: Settlement demand?
BY MR. LEVISON:

284

**Q. Correct.**
A. I'm not sure. I -- I'm not that good in -- in the legal term, so... 1:01:08
**Q. Do you remember being -- you've settled other lawsuits, correct?**
A. Correct.
MR. MADUFF: Objection. Form. 1:01:14
BY MR. LEVISON:
**Q. So you understand what a settlement demand is, correct?**
A. So -- well, settlement demand? I'm not sure what demand means in terms of -- I know settlement. 1:01:25
**Q. Have you recalled the plaintiffs making -- asking for a specific number in October 2021 to settle this case?**
MR. MADUFF: Brad, we are now over an hour. 1:01:35
THE WITNESS: October '21? This year? Last -- last month?
BY MR. LEVISON:
**Q. Correct.**
A. I don't recall what did they do. 1:01:46
MR. MADUFF: All right. We are done. We have --
MR. LEVISON: Well --
MR. MADUFF: -- be going an hour.

285

MR. LEVISON: -- I -- I -- I don't -- I -- I don't think we have been at -- we've had multiple stops where the court reporter -- 1:01:55
MR. MADUFF: You have spent time on stuff well beyond the scope. We can take that up with the Court if you want. But you've got a witness who's sick and you've gone over an hour. We're done. 1:02:02
MR. LEVISON: Christina, how long have we been on questioning and how much time was spent on issues related to, you -- you know, communication? 1:02:13
THE RECORDER: That exact breakdown we don't have. We are -- from the beginning, very beginning of the swear-in until now, we're at an hour. Right on an hour. 1:02:23
MR. MADUFF: Can we have the exact --
MR. LEVISON: Well, I want the record to reflect that there have been multiple instances where the witness could not be understood, was breaking up. 1:02:36
But we can conclude.
MR. MADUFF: Thank you.
MR. LEVISON: We'll -- subject to that, we will conclude and our reservation rights to pursue this as necessary in Court. 1:02:45
MR. MADUFF: Very good. What time are we -- let's go off record. What time, Brad --

286

THE RECORDER: One moment. 1:02:50
Off the record, 11:05 a.m.
(Off the record.)

287

CERTIFICATION

I, Christina Kollintzas, do hereby certify that the foregoing transcript of said deposition is a true, complete and correct report of the entire testimony so given by said witness, together with such other matters and things as counsel for the parties present at the taking of said deposition desire to have appear of record.

I further certify that on November 9, 2021 said witness, MOEEN HASAN KHALIL was first duly sworn to testify to the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then was recorded by audio/visual recording device, by me in the presence of said witness and thereafter transcribed into typewriting under my direction and control.

I further certify that I am not counsel for, nor attorney for any of the parties to the aforesaid cause, nor am I related to any of the parties to the aforesaid cause, nor am I interested in any manner in the said cause or in its outcome.

288

I further certify that the signature to the foregoing deposition was reserved by the witness.

IN TESTIMONY WHEREOF: I have hereunto set my hand and affixed my notarial seal:

Christina Kollintzas

December 5, 2021

289

A
**a.m** 224:3 287:2
**Aaron** 221:19 224:23 226:20 226:24 229:25 239:3 240:8 253:7 254:21 255:18 265:20 266:1 267:8 274:20
**ability** 256:21 261:18
**able** 257:14,15
**account** 232:11 235:9 250:6,9
**accountant** 235:1,2,3 238:3,6
**accounting** 233:2
**accounts** 235:4 250:6,12 274:10
**ACO** 234:21 237:3 239:9,20 267:12
**address** 254:3
**addresses** 279:5,11
**advantage** 236:12
**affixed** 289:4
**aforesaid** 288:12,18,20
**agree** 260:19
**agreement** 224:3 276:17,25 277:4 284:11
**ahead** 264:14 279:9
**Ahmed** 271:8
**al** 220:5,11 224:6,6
**ambiguous** 264:13 266:25 281:5
**and/or** 226:20 272:5 282:20
**Anne** 255:20
**annual** 263:13,23 264:2,2,3,17
**answer** 228:17 231:7,15 238:25 239:4,5,16 240:9,24,25 241:1,8 241:12,13,20,21 243:2 244:16 245:5 247:20 248:2 251:6 251:16,18,22 252:6 252:12 253:6,8,15 258:4 260:9,25 261:16,17 262:6,16 263:8 267:2 274:4 277:3 278:8,12,13 279:9,15 282:8,11,13
**answered** 260:20 261:20 279:22 280:10
**answering** 231:19 252:3,22 257:15 278:6
**answers** 239:14 259:13 267:7
**Antoinette** 221:11 225:4
**anyway** 253:19 263:11
**apologies** 269:15
**apologize** 261:10
**apparent** 233:21
**appear** 288:8
**appearances** 221:1 222:1 224:22
**appreciate** 256:15
**approval** 284:10
**approximate** 248:19 249:8
**Approximately** 228:2
**area** 270:21 271:1,2 272:22
**Arlington** 221:22,24
**asked** 226:17 229:2,4,7,8,14 240:3 265:23 273:5 280:11
**asking** 233:15 253:14 278:18 279:21 285:14
**assumes** 237:7 244:13 263:6
**attached** 231:3
**attend** 263:18
**attended** 263:13,23 264:5,17 265:4
**attention** 254:15,24 255:2,4
**attorney** 288:18
**attorneys** 224:21
**audio/visual** 288:13
**aware** 225:23

B
**B** 221:19
**back** 247:2 248:12 255:14 258:10 260:14 269:25
**background** 234:6,8
**bad** 254:6
**bank** 232:11 250:4,6,6,8 251:9
**based** 238:6 258:14 268:2,19
**Beach** 235:25 236:3,23
**beginning** 286:12,12
**behalf** 224:12,23,24,25 225:2 225:4
**believe** 233:6 248:7
**best** 231:16 261:17 264:15 264:22 265:2
**better** 253:23 254:8,11
**beyond** 236:8 240:2,18,23 242:1 264:21 271:23 272:1 279:8 282:4,4 286:5
**bit** 227:20 242:22 269:4
**Brad** 229:20 232:2 233:21 254:5 260:11,19 262:13 285:16 286:25
**Bradley** 221:5 225:2
**break** 254:21 255:8
**breakdown** 286:11
**breaking** 286:18
**brother** 263:5
**brought** 254:15,24,25 255:3
**business** 245:25 246:4 270:20 277:18 278:25 279:16,22
**businesses** 237:1 246:6 272:14 278:23 280:21
**by-** 220:20

C
**calculation** 238:1
**call** 254:22 271:14
**calling** 233:19 258:25 259:4
**calls** 227:8 228:3 263:16 264:12
**capacity** 282:23
**carefully** 258:2
**case** 220:9 224:6 232:11 253:13 285:15
**catch** 231:13
**cause** 288:12,19,20,21
**CERTIFICATION** 288:1
**Certified** 223:6 239:25
**certify** 241:2 288:2,9,17 289:1
**Chase** 250:13,14,24 251:3,9
**Chicago** 220:11,25 221:9,14 224:6,12 243:17 259:12 261:24 264:19 265:6,15 266:6 270:14 275:14 275:18,21 276:10 284:1
**Choate** 221:11,12 225:4,4 255:23 256:5
**choppy** 242:22
**Christina** 224:15 237:9 239:23 241:2 242:4 267:1 270:1 280:2 286:8 288:2 289:7
**city** 279:13
**clarification** 260:25
**clear** 252:8,11 253:5,5 258:4 269:16 278:11
**clearer** 227:21
**clearly** 232:17 242:4 269:10 279:24 280:1
**close** 262:21
**come** 277:13
**comes** 277:17
**comfortable** 282:15
**coming** 238:4 257:25 262:14 269:7
**commercial** 278:4,8,14,24 279:6
**communication** 286:10
**communications** 228:15
**companies** 236:2,22,24 242:11 246:18 272:15,23 273:3,6,9 275:11,11 281:9,15
**company** 232:24,25 233:4,7 234:3,19 236:4,25 238:8,15 242:11,15 259:18 262:21,21 263:2 269:22 270:4 270:11 271:16 273:5 273:9,10 275:6,7,9 275:10,13,17,22 276:4 277:14,23
**compelled** 226:8
**complete** 288:4
**completes** 225:9
**compound** 266:24
**conclude**
286:19,22
**conclusion** 233:20 238:24 263:17 264:13
**conclusions** 264:21
**condition** 256:7
**conditions** 255:11,21
**conference** 227:3
**confusion** 232:4 233:19,22
**connection** 238:7 239:12 280:3
**consider** 241:17 277:9
**contained** 249:18
**continue** 236:18 253:19 269:17
**continued** 220:15 222:1 225:12
**contract** 267:17
**contradicts** 263:7
**contributes** 241:18
**contributing** 234:22
**control** 288:16
**convened** 224:4
**conversation** 230:10
**conversations** 227:11,14 228:12,20 228:22 229:25 230:2 230:8,16 231:22
**corporate** 224:24 225:8 239:21 266:2,5,12,19 267:11
**corporation** 259:24,25
**corporations** 273:13
**correct** 226:6 236:1 238:17,20 238:21 247:11 253:4 255:20 258:5 259:7,9 259:25 277:6,8 283:10 285:1,5,6,10 285:20 288:4
**correctly** 277:3
**cost** 277:15
**costs** 277:12
**counsel** 288:6,17
**court** 220:1,22 224:7,11 225:13,19,23 226:7 229:15 230:23 236:10 286:3,6,23
**create** 273:12
**CROSS** 223:3
**currently** 281:14 282:22
**cut** 244:3 258:23 259:2 283:2
**cutting** 235:7 238:11 262:18 265:21 268:13,15 272:25

D
**Dan** 226:21 230:7 231:22 231:23,24
**Daniel** 221:20 224:25
**date** 248:23 258:9
**dated** 225:20
**deal** 271:5,7,15
**debts** 261:25 262:22 263:1,4 263:10 277:24
**December** 289:8
**decide** 238:3
**decision** 273:12 277:7
**defendant** 233:16 236:14
**defendants** 220:13 221:16,16,17 224:24 238:8 239:21
**defense** 232:22 234:22 237:6
**Delray** 235:17,22,25 236:3,23
**demand** 220:22 224:11 284:11 284:22,24 285:9,11 285:12
**dep** 239:18 257:10
**depends** 268:2
**deposition** 220:15 224:5,10,17 225:12 226:5,8 228:18,22,25 230:1 230:11 231:5 239:18 240:6,21 248:23 253:22 255:3,19,24 257:16 288:3,7 289:2
**deposition's** 236:13
**desire** 288:7
**detail** 270:19 271:5
**deteriorating** 254:9
**determination** 277:10
**determined** 267:25 268:8 270:13
**device** 224:16 288:14
**dialysis** 256:10
**difference**

277:20
**different**
241:25 265:23 270:5 273:13
**DIRECT**
223:3 225:14
**direction**
288:16
**directly**
228:17 232:20
**director**
271:19 272:5,8,9
**directors**
263:14,24 264:6,18 265:5 266:14,21 267:13
**discuss**
228:11,24 230:15 265:10
**discussion**
256:1
**District**
220:1,2 224:7,8
**divide**
277:12
**Division**
220:3 224:9
**document**
225:20 231:1 276:8 284:13,15,17
**documents**
230:15,17,18,19,21
**doing**
240:14
**dollars**
247:15
**duly**
288:10

**E**

**early**
225:23
**Eastern**
220:3 224:8
**effort**
239:19
**either**
226:20 259:23 276:9 284:3
**employee**
244:7 268:3
**employee's**
268:10
**employees**
243:25 244:1,5,10 268:3,20,22 269:3,20 269:23 270:14,20
**entire**
236:18 240:12 288:4
**equals**
268:4
**et**
220:5,11 224:5,6
**evidence**
244:15 263:7
**exact**
286:11,15
**exactly**
226:25 230:14 246:24 248:2,18 249:6 250:17,21 262:2,25
**EXAMINATION**
223:1 225:14
**exhibit**
223:10,11 225:19,21 231:2 284:6,7
**expectation**
262:1
**expense**
268:23
**explain**
230:25 284:19
**explained**
229:1
**explanation**
238:10
**extent**
240:25 245:9

**F**

**fact**
236:12 240:18,20 255:8
**factors**
277:9
**facts**
237:8 244:13 263:6
**failure**
256:9
**far**
236:8
**Fatin**
222:5 225:7 230:3,5 242:15 265:10 271:5 271:7,15 273:20,21 274:9 275:12
**fee**
276:6
**feedback**
269:4,6,15
**feel**
253:16 256:10 282:15
**feeling**
253:21
**fees**
232:11,22 233:8,12,16 233:17,25 234:1 237:25 276:9,17
**fell**
258:13
**figure**
239:15,19
**finances**
250:5,15,25
**fine**
236:19 261:2,5 280:4
**finish**
257:4,15 260:9 262:5,8
**first**
226:3 248:11 254:14 255:19 262:18 269:16 279:22 280:10 288:10
**five**
227:11,13 244:24
**Florida**
233:4,7 235:25 236:3 238:8 243:14 246:15 259:24,25 272:23 273:3 280:15
**focus**
257:14
**foregoing**
288:3 289:2
**form**
228:14 243:13 247:20 249:15,20 252:18 261:15 267:14 270:9 270:17 271:21 273:15 275:23 276:13,18 278:16 280:24 281:4,11,16 283:22 284:2,23 285:7
**former**
240:16
**forward**
236:10
**froze**
262:7,18
**further**
288:9,17 289:1

**G**

**Gajda**
221:20 224:25,25 226:21 230:7 231:22 231:23,24,25 232:2,3
**generate**
246:9
**getting**
260:24 269:15 275:5,9
**give**
248:19 249:8 279:19
**given**
288:5
**go**
236:10 248:12 256:9 256:23 257:2,24 258:1 263:5 264:14 270:19 279:9 282:16 286:25
**going**
225:18 228:13,14,16 229:1 233:18 236:5 240:1 241:7,12,19 242:22 251:16,22 254:8,9,10,16,20,21 255:5 278:16 284:5,5 284:9 285:25
**good**
224:1 225:16,17 253:17,21 256:11 285:2 286:24
**guys**
226:4 231:15 261:1

**H**

**half**
228:7
**hand**
224:18 289:4
**happening**
234:11
**harass**
236:13
**hard**
269:6
**Hasan**
220:16 224:14 225:12 288:10
**hate**
256:13
**head**
280:13
**health**
254:9,13,23 255:10,21 256:7
**hear**
227:20 234:16 260:10 261:9 280:4
**heard**
269:13
**hearing**
269:10,14
**Heights**
221:22,24
**held**
250:12
**Hello**
227:18
**hereunto**
289:3
**Herschman**
221:6
**history**
258:1
**Hmm**
226:25
**Hobfoll**
221:6
**home**
244:22,25 245:16
**Hopefully**
253:20
**hospital**
254:12 255:11
**hospitalized**
254:6
**hour**
228:7,9 229:2 285:16 285:25 286:7,13,14
**hours**
270:13
**house**
241:5
**household**
241:17,21
**household's**
241:18
**hundred**
247:15 259:14 262:20
**Hunter**
220:5 224:5

**I**

**identification**
225:21 284:7
**IL**
243:20 258:20,21 259:7 266:20 269:20 269:23 270:5,5,8 271:20 272:6,13 273:22 274:23 275:4 275:18,20 276:10 283:21
**Illinois**
220:2,25 221:9,14,24 224:8,12 271:3
**impact**
256:20
**inaccurate**
237:7
**inappropriate**
282:12
**income**
241:18,18,22 247:25 248:4,15,17,20 249:3 249:10,11,24
**incorporated**
243:12
**INDEX**
223:1,6,10
**information**
225:10 236:14 249:18 249:21 280:17
**instance**
224:13
**instances**
286:17
**institution**
250:11
**instruct**
228:16 278:12 282:7
**instructing**
252:12 253:6 282:6,9 282:12
**interested**
288:20
**Internet**
262:8
**interrupt**
274:20
**interrupting**
266:3
**invest**
278:23,25 281:10,15 283:20,25
**invested**
246:4
**investment**
281:7
**investments**
249:11 273:13 281:3,9
**investor**
238:10,13,15,17 245:25 272:9,12
**invoices**
262:23
**involved**
230:7 270:20,21,24
**irrelevant**
245:4
**issues**
254:23 286:10
**Ittayem**
222:5 225:7 274:9,22

**J**

**Jefferson**
220:23 224:12
**Jennifer**
235:10
**Jennifer's**
235:13
**joint**
284:10
**jump**
234:5
**jumped**
260:23 261:1
**jumping**
269:14

**K**

**keep**
240:8,10 253:17 265:21
**Khalil**
220:16 221:17 224:14 224:15 225:12,16 229:21 234:6 235:6 250:1 271:12 288:10
**kidney**
256:9
**know**
226:17 229:3,3 231:23 234:2,25 235:10,11 235:14 238:3,5 239:13,14,15,17 240:22 241:6,7 244:4 244:14,18 246:21 247:21 248:11,12,13 249:5 250:16,21 253:16,19,20 256:12 256:13,19 257:3 258:2,15,15 259:14 260:1 261:19 262:14 262:25 265:10,13 269:6 270:18,21,25 271:6,7,8,8,14,16 272:9,9,10,15,22 273:10,11,11 276:16 276:19 277:1,13,15 279:10,15,21 280:17 280:18 284:19 285:12 286:10
**knowing**
232:4
**knowledge**
231:16 234:18 264:15 264:22 265:2 267:22 276:6
**known**
240:5 255:12
**Kollintzas**
224:15 288:2 289:7

**L**

**LaSalle**
221:7
**Law**
221:12
**lawsuit**
238:9,23 239:10,21
**lawsuits**
285:5
**lawyer**
239:16
**lay**
276:8
**laying**
276:17
**left**
263:10
**legal**
232:10,22 233:7,9,12 233:16,17,19,19,20 233:25 234:1,22 237:25 238:24 239:12 263:16 264:12,21 285:3
**let's**
241:2 257:24 286:25
**letting**
262:8
**Levison**
221:5,6 225:2,2,11,15 225:22 226:15 227:9 228:1,19 229:22,24 230:6 231:9,17 232:9 232:21 233:14,23,24 234:20 235:12,19,24 236:11,16,21 237:9 237:13,17,19 238:16 239:8,23 240:8,10 241:2,4 242:3,6 243:11,15 244:8,19

245:7,12,17,23 247:3 247:6,10 248:9 249:17,23 250:3,10 250:23 251:8,12,17 251:25 252:5,9,15,24 253:3,10 254:14,18 254:20 255:1,6,9,13 255:16,18,24 256:2,3 256:6 257:6 258:6,18 259:8 260:14,16 261:2,5,7,11,12,22 262:7,11,17 263:3,12 263:22 264:4,16,24 265:3,14,20 266:1,4 266:11,18 267:1,7,10 267:16 269:12,18,25 270:7,12,22 271:18 272:4,11,18 273:4,18 274:8,14,17,19,21 276:7,15,21 278:7,20 279:4,12 280:16 281:1,8,13,19 282:6 282:10,14 283:7,19 283:24 284:4,8,16,25 285:8,19,24 286:1,8 286:16,21
**line**
223:7 236:7,18 240:12 245:2 262:3 265:25
**little**
227:20 269:15
**LLC**
220:11 221:21 224:6 233:4,7 234:22 237:3 237:5 238:8,20,22 239:9,20,20 243:17 243:20,23 258:20 259:6,12,24,24 263:15,25 264:7,19 265:6,16 266:6,13,20 268:1 269:20,23 270:8 271:20 272:6 272:13 273:22 274:23 275:4,14,18 275:18,20,21 276:10 276:10 283:21 284:1
**LLC's**
267:12
**loan**
281:6
**loans**
251:9,13 281:2,14 282:22,25 283:1,1,5 283:12
**located**
224:11 236:2,4,22 237:3 246:14 279:14
**locations**
246:11,13 270:14
**long**
228:2 250:14 257:17 286:8
**Longer**
250:22
**look**
277:11 280:25
**looks**
246:8
**lose**
237:14
**losing**
272:16,23 276:4
**loss**
265:10
**loud**
280:8,8
**loudly**
232:17
**Louie**
221:13

**M**

**Maduff**
221:19,21,21 224:23 224:23 225:7 226:20 226:24 228:11,13,21 230:1,11 233:18 236:5,7,12,20 237:7 238:24 239:1,4 240:1 240:9,17 241:23,25 243:13 244:11,13,15 245:1,6,9,20 247:1,5 247:8 248:7 249:15 249:20 251:4,10,15 251:21 252:8,11,18 252:20 253:2,5 254:1 254:3,17,25 255:2,7 255:10,14,17,25 257:22,24 260:6,8,13 260:19,23 261:9,15 261:17 262:5 263:6 263:16 264:1,8,10,12 264:20 265:7,17,19 265:23 266:8,10,15 266:17,22,24 267:14 269:8,10 270:9,15,17 271:21,23 272:1,7 273:14,23 274:2,3,13 274:16 275:23 276:11,13,18 278:5 278:11,16 279:2,7 280:2,22,24 281:4,11 281:16 282:1,4,7,11 282:24 283:17,22 284:2,14,23 285:7,16 285:22,25 286:4,15 286:20,24
**making**
249:6 269:5 277:2,9,18 285:13
**man**
254:6 255:10
**man's**
254:5
**manage**
275:10 277:16
**management**
271:16 275:6,13,17,22 276:6,9,17 277:12,23
**manager**
271:19 272:5,8,9
**Manager's**
264:23
**managers**
263:14,24 264:6,18 265:5 266:14,21 267:13 270:21,25 271:1,2
**managing**
242:14,15 243:9,9 275:7,14
**manner**
288:20
**mark**
225:18 284:6
**marked**
225:21 284:7
**married**
244:20
**matter**
224:5 232:23 233:8 234:23 237:6,25
**matters**
288:6
**mean**
226:10 230:17 234:5 265:9,12 274:24 283:5
**means**
285:12
**meant**
251:4
**medical**
258:1
**medication**
256:22 257:1,4,8,14,19 258:3,8
**medications**
256:20 257:18 258:7
**meet**
265:9
**meeting**
263:13,23 264:2,3,5,17 265:4,13 267:12
**meetings**
265:8,16 266:7,13,21 267:12
**member**
241:17
**mention**
249:5
**mentioned**
273:10
**mentioning**
273:8
**Metro**
242:8,14 243:10 262:22
**Mike**
253:6 278:11
**mind**
258:4
**minimum**
240:11
**minute**
254:4 260:8 264:10
**minutes**
228:5
**Moeen**
220:16 224:14 225:12 252:12 254:4 288:10
**moment**
229:18 237:11 287:1
**Monday**
224:2
**money**
232:12,13 238:3 263:5 263:10 272:12,16,23 272:24 273:2 274:9 275:21,24 276:5,5 277:1,18,20 283:6,8 283:9,15
**month**
258:10,15,16 268:21 285:18
**morning**
224:1 225:16,17 257:2
**mortgage**
241:10
**mortgages**
251:2,20
**motion**
284:10
**move**
236:17 261:2,5
**moving**
235:6
**multi**
275:11
**multiple**
286:2,17
**multiply**
277:14
**mumbling**
280:5

**N**

**name**
224:15 235:13 250:11 252:16,17
**name's**
232:2
**named**
238:9 239:21
**necessary**
286:23
**need**
231:6,12,15 232:15 238:25 239:4 245:5 255:8 256:19 258:11 258:15,16 280:19
**needed**
257:20
**Net**
233:1,3,4,6 234:19 236:24 237:5,24 238:2,4,7,18,22 239:20 242:13,16,18 242:19,24 243:8,12 243:16,19,20,22,23 243:24,25 244:1,5,5 244:6,6,9,9 246:8,9 246:11,20,23,25 247:4 258:20,21 259:6,7,19,20,23,24 263:14,24 264:6 266:12,20 267:17,18 267:19,19,25 268:1 268:14,20 269:19,20 269:22 270:5,8 271:20 272:6,13 273:11,21 274:23 275:4,18,20 276:10 283:20
**never**
255:20,23 276:5
**night**
256:11
**Northern**
220:2 224:8
**notarial**
289:4
**notary**
224:16
**November**
220:18 224:2 288:9
**number**
220:9 223:7,7,11,11 248:19 277:14,17 281:24 282:17 285:14

**O**

**oath**
224:18
**object**
228:13,14 233:18 236:7 240:1 278:16
**objection**
236:17 237:7 238:24 240:12,15,18,20 241:3 242:1 243:13 244:11 245:1 248:7 249:15,20 251:4,10 251:15,21 252:18,20 261:15 263:6,16 264:1,8,12,20 265:19 266:2,22 267:14 270:9,15 271:21,21 271:25 273:14,14,23 274:2,3,16 275:23 276:11,18 278:5 279:2,7 280:22 281:4 281:4,11,16 282:1,2 282:24 283:17,22 284:2,23 285:7
**objections**
240:11 245:20 265:7 265:21,25 266:10,17 272:7
**October**
225:20,24 284:12,22 285:14,17
**office**
235:3,10,15 236:2,23 237:2
**officer**
266:19 271:19 272:2,5
**officers**
263:14,24 264:6,18 265:5 266:14,21 267:13
**oh**
225:7 243:4 247:12 258:8,23,24 262:10 281:25
**okay**
226:19 228:2 231:4,14 231:21 233:23 234:9 234:13 235:5 237:21 238:7 239:6 241:10 244:4 245:5 247:8 252:14 253:8 254:1 254:14 255:25 259:5 260:12 261:8 262:19 267:8 268:8,17 271:13,14 273:7,9 279:18 280:5,14,18
**once**
263:4
**open**
262:3,23
**operations**
270:21
**operator**
224:17
**oppress**
251:5
**oppressive**
245:4 252:21 279:8 282:1
**order**
225:13,20,23 226:1,7,9 229:15 245:3
**ordered**
236:10
**outcome**
288:21
**outside**
244:22,25 245:2,16
**outstanding**
251:2,13 281:14 282:22,25 283:4,12
**overseeing**
275:17
**owe**
277:21,22 283:5,5,8,9 283:15
**owed**
276:9 283:13
**owned**
279:16,23

**P**

**PAGE**
223:7,11
**paid**
232:10,13,23 234:2,19 246:22 260:2 262:24 263:1,4 275:3,5,5,8,9 276:1
**pain**
256:18 257:13,17,19 258:7,8
**Parkway**
221:13
**part**
235:3 256:14 276:5
**participated**
230:2
**parties**
224:3 288:6,18,19
**parties'**
284:10
**pause**
253:22
**pay**
234:1 244:1,9 268:4,4 268:22 269:2 274:9 274:18,22,24 275:21 275:25 276:5
**payable**
235:4,9
**paying**
233:7,9,12,15,17,25 234:1,2 237:6,25 244:6 268:1 275:12
**payment**
233:2
**payout**
268:9
**payroll**
268:10,19,21 269:1 270:8,10,11 273:21 275:16
**pays**
267:19
**PCS**
242:8 243:10
**people**
241:16
**percent**
259:14 262:20
**person**
227:2 270:23
**personal**
232:11,12,13 250:4,6,8 250:8,15,24 251:13

251:20 274:10 281:2 282:23
**personally**
263:5 274:25 275:1 278:18,19,21 283:9 283:15
**phone**
227:8 228:3
**phones**
227:4
**physically**
253:25
**plaintiff**
224:13,14
**plaintiff's**
284:11
**plaintiffs**
220:7 221:3 225:3,5 285:13
**play**
260:14 269:25
**please**
224:18,21 227:19 229:18,18 230:4 231:11,12 232:15,18 237:10 238:14 239:22 240:8,10 241:3 242:23 243:3 244:17 248:10 260:13 263:21 266:2 268:6,16 269:24 279:20 283:3 284:15
**PLLC**
221:6
**point**
265:24
**portion**
232:10 233:17
**portions**
226:16
**possess**
280:20
**preparation**
230:21 248:23
**prescribed**
257:7
**presence**
288:14
**present**
222:3 225:6 288:7
**presently**
250:4 251:3
**pretty**
229:3
**previous**
267:8
**prior**
260:20
**privileged**
228:14
**probably**
227:12 228:6,8 259:20 262:24,25 265:9 277:1 279:3 280:25 281:12 283:14
**proceed**
225:10
**profit**
265:10
**profits**
245:25 246:3,6,10
**pronounced**
232:3
**properly**
236:14
**properties**
252:16 253:1,12 278:4 278:10 279:6,14 280:21
**property**
241:11,14 252:19 278:15,24 279:1,16
**provide**
269:2 279:5 282:16,18 282:19
**provided**
268:12 275:4
**provides**
268:22
**providing**
244:5 269:19,23 270:5 270:6
**public**
224:16
**purpose**
231:5
**pursuant**
225:13
**pursue**
286:22
**put**
242:1 255:7 265:22

**Q**

**question**
223:6 229:23 232:20 237:10,20 240:2,9 241:8,13 247:2 248:3 251:6,18 252:4,6,23 253:11,15 260:9,10 260:13,16,20,21 261:7 263:20 269:24 270:4 272:3 273:17 278:12 279:22 280:10 282:12
**questioning**
236:8,19 240:13 245:2 286:9
**questions**
226:17,18 229:2,6 231:2,6,15,16,18,20 236:9 239:12,17 240:2,5,16,22,23 249:16 257:15 258:4 265:24 266:2 267:8 278:13
**quick**
232:2

**R**

**radio**
234:5
**raise**
224:18
**ran**
270:8,10
**range**
249:8
**read**
226:1,3,5,9,10,13,13 226:14,16 247:2
**real**
231:25
**really**
256:13 257:19,20,20 269:5
**reask**
260:13
**reason**
256:16
**recall**
226:25 228:4 229:7 230:20 232:6,8 245:15 246:24 247:14 256:21 259:16 260:2 261:13 261:21,25 272:15 275:19 280:12,13 281:17,22 283:23 284:3,21 285:21
**recalled**
285:13
**receive**
242:7,12 246:6,16,18 275:16
**received**
245:18,24 246:3 258:19 259:11
**receiving**
259:17,23 261:13
**recollection**
259:22
**recontinue**
253:22
**record**
224:2,22 225:11 242:5 255:7 265:22 277:1 282:16,20 286:16,25 287:2,3 288:8
**recorded**
220:20 224:10 288:13
**RECORDER**
224:1,20 225:6,9 226:11 227:5,17,19 227:23 229:16,18 230:4 231:8,11 232:7 232:14,17 233:10 234:4,9,12,14,16 235:5,18,21,23 237:11,15 238:11,14 239:2 242:21,25 243:2,5,7 244:2,16 245:14 249:25 250:7 250:18 251:24 252:2 256:24 258:12,23 259:1 260:18,22,24 261:4,8 262:10,12 263:19 265:1 267:3,5 267:9 268:6,11,13,15 268:18,24 269:4,9,13 271:11,24 272:17,20 272:25 273:25 274:2 274:4 276:2 279:17 279:24 280:5 283:2 286:11 287:1
**recording**
237:12 239:24 260:15 261:3,6 265:16 266:6 266:13,20 270:2 276:6 288:13
**records**
267:12 280:19,20
**RECROSS**
223:3
**REDIRECT**
223:3
**referencing**
232:25
**reflect**
225:11 286:17
**refrain**
240:14
**refusal**
242:4
**refuse**
252:1
**refused**
248:10
**refusing**
241:8,13,21 248:4 251:18 252:6,25 253:11,15,16 278:8 282:19
**related**
228:22 230:1,10 274:23 286:10 288:19
**relates**
228:17
**relating**
267:18
**relation**
242:14 243:9,24
**relationship**
239:19 243:16,19,22
**relevance**
252:20
**relevant**
251:5 279:7 282:2
**remember**
261:18 285:4
**remote**
220:15 224:4
**remotely**
220:20 224:10
**reopened**
236:13 240:7
**repaid**
277:25
**repeat**
226:11 227:6,17,19,23 229:20,21 230:4 231:11 232:7,14 233:10 235:8,21 237:9,10 238:12,14 239:2,22 242:23 243:3 244:16 247:1 249:25 250:7,19 252:2 258:13 259:1 262:16 263:20 265:1 268:7,18 269:24 271:25 272:21 274:4 276:2 283:3
**rephrase**
229:22
**replayed**
237:12 239:24 260:15 261:3,6 270:2
**report**
288:4
**reported**
249:3,13
**reporter**
286:3
**Reporting**
220:22 224:11
**represent**
225:19 284:9
**representative**
225:8
**required**
225:10
**reservation**
286:22
**reserved**
289:2
**residential**
241:11,14
**response**
229:13
**retail**
246:11,13
**return**
248:1,5 249:4
**returns**
247:22 248:22 249:1 249:14,19
**review**
230:21 247:22 248:22
**reviewed**
248:25
**right**
224:18 226:5 228:13 233:18 253:8 257:22 279:22 283:11,15 285:22 286:13
**rights**
286:22
**Road**
221:22
**rough**
257:20

**S**

**S**
221:5,20
**salary**
246:25 247:4,8,9,12,13
**sale**
261:24 277:25
**saying**
232:19
**says**
262:8
**schedule**
254:10
**scope**
236:8 240:2,19,23 242:2 264:21 271:23 272:1 273:14 274:3 278:5 279:2,8 282:4 282:5,24 283:17 286:5
**screen**
237:14 258:23 271:12
**scroll**
284:14
**seal**
289:4
**second**
279:20 280:9
**secretary**
265:15 266:5,12,19 267:11
**Security**
281:24 282:17,20
**see**
237:13 238:6 256:17 262:12,13 279:16 284:15
**seek**
236:14
**seen**
284:13,17
**sell**
246:12 262:21
**sent**
226:4 230:23 231:20 284:11
**separate**
254:22
**serious**
255:10
**services**
274:22 275:3
**set**
246:25 247:4,9,12,13 289:3
**settle**
285:14
**settled**
285:4
**settlement**
284:10,21,24 285:9,11 285:12
**shape**
254:6
**show**
225:18 280:20 284:5
**shuffling**
233:11 235:6
**sick**
286:6
**side**
254:22
**signature**
289:1
**signed**
249:2
**signing**
247:22
**simply**
254:12
**single**
273:5
**sir**
226:7,19 236:22 241:5 241:10,16 242:7 244:20 248:14 252:16 253:21 256:8 258:19 266:5 269:19 282:15
**sit**
239:15 256:20
**situation**
254:5
**Sky**
233:1,3,4,6 234:19 236:24 237:5,24 238:2,4,7,18,22 239:20 243:20,23,25 244:5,6,9 246:8,9,11 258:20,21 259:6,7,19 259:23 263:14,24 264:6 266:12,20 267:18,18,25 269:20 269:22 270:5,8 271:20 272:6,13 273:11,21 274:23 275:4,17,20 276:9 283:20
**SkyNet**
221:16
**slow**
227:20 231:12
**Smart**
242:13,16,17,18,19,24 243:8,12,16,19,22,24

244:1,5,6,9 246:20 246:23,25 247:4 259:20,24 267:17,19 268:1,14,20,20 269:19
**Social**
281:24 282:16,19
**sold**
272:14
**somebody**
239:16 258:25 259:3 262:21 283:5,5,9,13
**sorry**
226:11 227:5 228:21 229:16 231:8,12 232:7,14 233:10 234:4,10,12,14 235:5 238:11 239:2 240:17 244:2 245:14,14 247:1 249:25 250:7 250:18 251:24 256:24 258:12 259:1 260:18 262:13 265:1 268:6 271:11,24,24 272:17 276:2 279:17 283:2
**sound**
234:11
**South**
220:23 221:7,13 224:11
**speak**
229:19 232:17 236:23 279:24,25
**speaking**
229:16 232:8 240:10 240:11 279:25
**specific**
229:5,7 285:14
**specifically**
230:25 231:18
**spent**
286:4,9
**spoke**
226:22 232:5,6 274:5
**spoken**
226:20,24
**standing**
236:17 240:12,15,17 245:1 264:20 265:21 266:1 274:13 279:2 282:24
**state**
224:21 279:13
**stated**
247:25
**statement**
242:23
**states**
220:1 224:7 246:13
**stop**
266:3
**stopped**
262:11
**stops**
286:2
**store**
277:13,14,15
**stores**
261:24 277:13
**Street**
220:23 221:7 224:12
**strike**
233:20 273:19,20 274:12
**stuff**
242:14 249:13 262:23 265:11 286:4
**subject**
241:25 271:6 286:21
**suffering**
256:7
**Suite**
220:24 221:8,23
**supposed**
231:19
**sure**
227:24,25 230:14,17 233:1 234:24 237:4 239:7,11,13 242:4 245:22 247:16,18 248:2,12,15,17,21,21 249:6,9,12 250:17,21 253:8,9 256:23 257:2 259:14 262:1,20,25 263:9,11 265:9 271:4 273:16 274:7 275:9 275:19 276:14,19 277:2 279:22 280:15 284:18 285:2,11
**surgeries**
257:21,25,25
**surgery**
256:12
**surprising**
240:22
**suspended**
236:9 240:6
**swear-in**
286:13
**sworn**
224:19 288:10

**T**

**T-Mobile**
243:9 262:22
**take**
254:18,20,21 255:8 256:22 257:1,4,8,13 257:19 258:14,17 286:5
**taken**
224:13 225:13 257:7 258:3
**talk**
256:13,16
**talking**
232:4 233:3 235:16
**tax**
247:22 248:1,5,22 249:1,4,13,19,22
**team**
277:12
**Tech**
242:17
**telephone**
227:1
**telephones**
246:12
**tell**
229:9 248:4 252:25 253:12 265:9 269:11 279:13
**telling**
253:23
**ten**
227:14,16,25 228:5 250:16,21 277:14
**term**
285:3
**terms**
239:12 285:12
**testify**
256:21 288:11
**testimony**
235:7 263:7 288:5,13 289:3
**Thank**
224:20 225:9 227:21 242:5,23 243:7 247:8 286:20
**thing**
229:8
**things**
229:6 268:20 288:6
**think**
225:25 227:13,15 232:5 233:1 234:1 242:13 245:10 246:2 258:22 259:13,16 260:21 263:10 268:9 270:10,25 271:4 272:23 273:24 274:6 275:6,15,25 278:12 280:2,8,9,9 281:18 286:2
**thinking**
232:20 279:18,19 280:5,7,8
**thought**
254:23 261:20
**thousand**
247:15
**three**
256:10
**time**
224:2,17 245:22 248:25 253:23 254:10,15 255:3,20 269:16 272:3 275:6 275:15 276:20 277:7 277:10 286:4,9,24,25
**times**
226:23,25 227:10 242:21 256:10
**today**
224:14 226:1,20 230:22 231:5,19 251:14,20 256:11,20 258:3
**today's**
226:8 231:5 239:18 248:23
**told**
248:7,11,11 255:21 271:5 284:21
**top**
271:17 284:14
**track**
277:1
**transcribed**
288:15
**transcript**
288:3
**tried**
242:21
**true**
255:18 288:4
**truth**
288:11,11,12
**try**
283:4
**trying**
280:12,12
**Tuesday**
220:17
**two**
239:21 257:21 259:21 268:20
**type**
229:6
**typewriting**
288:15

**U**

**unable**
253:25
**understand**
227:6 231:6 237:20 250:19 253:7 256:25 260:25 273:17 277:3 285:9
**understanding**
231:1,4,7,14 257:12 270:3
**understood**
286:18
**undertakings**
281:3
**United**
220:1 224:7
**unpredictable**
240:3
**Unquestionably**
254:7
**unstable**
262:9
**use**
243:24 244:4 268:21
**usually**
262:3,19,20

**V**

**vague**
264:13 266:24 281:5
**versus**
224:6 249:11
**Video**
220:20,22
**video-recorded**
224:5
**video-recording**
224:16
**videoconference**
220:15 224:4 227:1
**videoconferences**
228:3
**videos**
227:3,8
**visibly**
256:17
**vs**
220:9

**W**

**W-2**
242:7,12,13,16 245:18 246:16,18,22 249:11 258:19 259:11,17,23 260:3 261:14 275:16
**wages**
242:7,12 245:18 246:16,18,22 258:19 259:11,17,23 260:3 261:14 275:16
**wait**
254:1,3 260:6,8,8,8 262:5 264:10
**want**
236:16 240:15 242:3 248:2 252:11 253:8 256:15,22 257:2,3,15 257:25 274:19 280:8 282:18 286:6,16
**wasn't**
262:17
**way**
238:6 240:4,18 257:4
**we'll**
266:1 286:21
**we're**
254:15,20,20 284:5 286:7,13
**we've**
286:2
**week**
256:10,12 257:20,21
**week's**
257:24
**went**
226:18
**WHEREOF**
289:3
**wife**
244:22,24 245:15,18 245:24
**wife's**
252:17
**Wireless**
233:4,6 234:22 236:24 237:3,5,24 238:8,18 238:22 239:9,20,20 242:13,16,17,18,19 242:24 243:8,12,17 243:20,20,23,23,24 244:9 246:8,9,11,20 246:23,25 247:4 258:20,21 259:6,20 259:23 263:14,24 264:6 266:13,20 267:12,18,18,19 268:1,1 269:19,20,22 270:8 271:20 272:6 272:13 273:11,22 274:23 275:4,18,20 276:10 283:21
**WirelessPCS**
220:11 221:16 224:6 243:17 259:12 264:18 265:5,15 266:6 275:14,18,21 276:10 283:25
**withdraw**
240:15
**witness**
224:14,19,24 226:13 227:7,18,22,24 228:16 229:17 230:5 231:14 232:1,5,8,16 232:19 233:12 234:7 234:10,13,15,18 235:9,22 236:6 237:13,16,18 238:13 238:15,25 239:3,6 240:4,21,23 241:24 242:24 243:1,4,6,8 243:14 244:4,12,14 244:18 245:5,10,15 245:21 247:9 249:16 249:21 250:2,8,20 251:5,7,11,16,22 252:3,14,19,22 253:7 254:2,19 257:1,23 258:5,14,25 259:3 260:7,12,23 261:16 261:19 262:19 263:9 263:18,20 264:2,9,11 264:15,22 265:2,8,18 266:9,16,23 267:4,6 267:15 268:8,12,14 268:17,19,25 270:3 270:10,16,18 271:13 271:22 272:2,8,22 273:2,16,24 274:1,6 275:24 276:4,12,14 276:19 278:6,14,18 279:3,10,18 280:7,23 280:25 281:6,12,17 282:3,25 283:4,18,23 284:3,24 285:17 286:6,18 288:5,10,14 289:2
**witness's**
260:24
**word**
231:13 268:24 269:1 273:1
**words**
262:18
**work**
244:22 273:20 277:19
**worked**
244:25 270:14
**working**
245:11,15 253:17
**would've**
254:23,23 262:13
**wow**
281:25
**written**
267:17 276:8,16 277:4
**wrong**
255:20,25 280:3,10

**X**

**Y**

**yeah**
227:12 228:10 229:17 236:20 237:2,17,18 238:19 241:24 242:15 252:22 255:16 257:13 259:5 259:20 262:17 267:6 268:25 271:14 278:9 280:7,9,23 282:18
**year**
285:17
**years**
244:24 250:16,16,21

**Z**

**0**

**0:00:29**
224:9

**0:00:43** 224:14
**0:00:50** 224:18
**0:01:03** 224:22
**0:01:11** 225:1
**0:01:19** 225:6
**0:01:26** 225:10
**0:01:36** 225:13
**0:01:57** 225:20
**0:02:09** 225:25
**0:02:22** 226:3
**0:02:36** 226:8
**0:02:47** 226:12
**0:02:57** 226:16
**0:03:14** 226:21
**0:03:26** 226:24
**0:03:48** 227:4
**0:03:55** 227:8
**0:04:06** 227:13
**0:04:23** 227:21
**0:04:31** 227:25
**0:04:40** 228:4
**0:04:47** 228:7
**0:04:57** 228:10
**0:05:11** 228:15
**0:05:32** 228:22
**0:05:54** 229:4
**0:06:09** 229:9
**0:06:16** 229:16
**0:06:24** 229:21
**0:06:37** 230:2
**0:06:52** 230:8
**0:07:09** 230:11
**0:07:23** 230:16
**0:07:42** 230:20
**0:08:01** 231:1
**0:08:13** 231:5
**0:08:21** 231:10
**0:08:27** 231:13
**0:08:37** 231:16
**0:08:48** 231:20
**0:09:02** 231:24
**0:09:10** 232:4
**0:09:20** 232:7
**0:09:34** 232:12
**0:09:55** 232:20
**0:10:10** 232:24
**0:10:31** 233:4
**0:10:42** 233:8
**0:10:52** 233:13
**0:10:58** 233:16
**0:11:17** 233:25
**0:11:35** 234:6
**0:11:42** 234:11
**0:11:48** 234:17
**0:12:01** 234:23
**0:12:14** 235:2
**0:12:26** 235:7
**0:12:38** 235:13
**0:12:48** 235:18
**0:12:55** 235:25
**0:13:10** 236:4
**0:13:23** 236:10
**0:13:34** 236:15
**0:13:41** 236:19
**0:13:50** 236:23
**0:14:10** 237:2
**0:14:24** 237:6
**0:14:37** 237:10
**0:15:00** 237:14
**0:15:04** 237:17
**0:15:14** 237:25
**0:15:37** 238:6
**0:15:48** 238:9
**0:16:00** 238:14
**0:16:07** 238:18
**0:16:13** 238:23
**0:16:27** 239:1
**0:16:34** 239:5
**0:16:45** 239:10
**0:16:58** 239:14
**0:17:25** 239:21
**0:18:01** 240:3
**0:18:09** 240:7
**0:18:17** 240:13
**0:18:30** 240:19
**0:18:42** 240:24
**0:18:48** 241:3
**0:19:02** 241:7
**0:19:14** 241:11
**0:19:23** 241:15
**0:19:36** 241:18
**0:19:43** 241:23
**0:19:48** 242:2
**0:20:03** 242:7
**0:20:13** 242:12
**0:20:31** 242:16
**0:20:47** 242:23
**0:20:52** 243:3
**0:20:54** 243:7
**0:21:15** 243:12
**0:21:25** 243:17
**0:21:37** 243:21
**0:21:57** 243:25
**0:22:12** 244:5
**0:22:25** 244:10
**0:22:28** 244:15
**0:22:37** 244:20
**0:22:47** 244:23
**0:23:02** 245:3
**0:23:14** 245:5
**0:23:20** 245:11
**0:23:24** 245:16
**0:23:35** 245:20
**0:23:49** 246:1
**0:24:01** 246:4
**0:24:11** 246:8
**0:24:32** 246:12
**0:24:48** 246:16
**0:25:05** 246:21
**0:25:17** 246:25
**0:25:24** 247:4
**0:25:28** 247:8
**0:25:35** 247:12
**0:25:43** 247:15
**0:25:57** 247:21
**0:26:06** 248:1
**0:26:15** 248:5
**0:26:21** 248:10
**0:26:29** 248:13
**0:26:36** 248:18
**0:26:42** 248:21
**0:26:53** 249:1
**0:27:12** 249:7
**0:27:27** 249:11
**0:27:38** 249:15
**0:27:45** 249:19
**0:27:51** 249:24
**0:28:02** 250:5
**0:28:10** 250:9
**0:28:17** 250:13
**0:28:30** 250:17
**0:28:39** 250:22
**0:28:48** 251:1
**0:29:02** 251:5
**0:29:08** 251:9
**0:29:23** 251:14
**0:29:30** 251:18
**0:29:40** 251:21
**0:29:44** 252:1
**0:29:49** 252:6
**0:29:59** 252:13
**0:30:09** 252:17
**0:30:25** 252:21
**0:30:31** 253:4
**0:30:53** 253:14
**0:31:07** 253:18
**0:31:20** 253:23
**0:31:24** 254:4
**0:31:29** 254:7
**0:31:36** 254:11
**0:31:42** 254:16
**0:31:56** 254:24
**0:32:01** 255:4
**0:32:05** 255:8
**0:32:09** 255:11
**0:32:15** 255:17
**0:32:24** 255:21
**0:32:29** 256:1
**0:32:34** 256:8
**0:32:43** 256:11
**0:32:53** 256:14
**0:33:01** 256:18
**0:33:10** 256:21
**0:33:18** 256:25
**0:33:28** 257:5
**0:33:37** 257:10
**0:33:50** 257:16
**0:34:01** 257:20
**0:34:10** 258:1
**0:34:17** 258:4
**0:34:28** 258:9
**0:34:36** 258:13
**0:34:45** 258:17
**0:35:13** 258:22
**0:35:20** 259:2
**0:35:29** 259:6
**0:35:33** 259:10
**0:35:46** 259:15
**0:35:54** 259:18
**0:36:04** 259:21
**0:36:20** 259:25
**0:36:28** 260:4
**0:36:34** 260:10
**0:36:38** 260:14
**0:37:12** 260:17
**0:37:18** 260:21
**0:37:27** 261:1
**0:37:35** 261:5
**0:37:45** 261:10
**0:37:53** 261:14
**0:38:05** 261:18
**0:38:14** 261:21
**0:38:37** 262:2
**0:38:42** 262:6
**0:38:49** 262:11
**0:38:57** 262:15
**0:39:03** 262:18
**0:39:20** 262:23
**0:39:31** 263:2
**0:39:42** 263:7
**0:39:54** 263:11
**0:40:07** 263:17
**0:40:12** 263:21
**0:40:21** 264:1
**0:40:35** 264:3
**0:40:43** 264:11
**0:40:48** 264:14
**0:40:59** 264:19
**0:41:05** 264:21

**0:41:10**
264:25
**0:41:21**
265:6
**0:41:35**
265:11
**0:41:49**
265:16
**0:41:56**
265:22
**0:42:03**
265:25
**0:42:09**
266:3
**0:42:16**
266:8
**0:42:26**
266:14
**0:42:41**
266:21
**0:42:45**
266:25
**0:42:51**
267:5
**0:42:58**
267:9
**0:43:08**
267:13
**0:43:26**
267:19
**0:43:31**
267:24
**0:43:55**
268:5
**0:44:07**
268:11
**0:44:10**
268:16
**0:44:32**
268:23
**0:44:45**
269:3
**0:44:52**
269:7
**0:44:55**
269:11
**0:45:03**
269:16
**0:45:18**
269:20
**0:45:33**
269:24
**0:46:03**
270:6
**0:46:10**
270:9
**0:46:25**
270:14
**0:46:42**
270:24
**0:46:50**
271:3
**0:47:01**
271:6
**0:47:13**
271:12
**0:47:21**
271:15
**0:47:33**
271:20
**0:47:42**
271:25
**0:47:51**
272:3
**0:47:58**
272:7
**0:48:18**
272:14
**0:48:24**
272:17
**0:48:37**
272:24
**0:48:44**
273:3
**0:49:01**
273:11
**0:49:13**
273:15
**0:49:22**
273:19
**0:49:33**
273:23
**0:49:37**
274:2
**0:49:45**
274:7
**0:49:57**
274:11
**0:50:03**
274:16
**0:50:24**
274:23
**0:50:31**
275:1
**0:50:41**
275:4
**0:50:56**
275:7
**0:51:09**
275:11
**0:51:21**
275:14
**0:51:39**
275:18
**0:51:56**
275:22
**0:52:04**
276:1
**0:52:17**
276:6
**0:52:28**
276:10
**0:52:32**
276:14
**0:52:37**
276:18
**0:52:55**
277:2
**0:53:00**
277:5
**0:53:08**
277:10
**0:53:29**
277:16
**0:53:35**
277:19
**0:53:43**
277:23
**0:53:49**
278:2
**0:53:57**
278:5
**0:54:00**
278:8
**0:54:06**
278:13
**0:54:18**
278:17
**0:54:25**
278:21
**0:54:39**
279:1
**0:54:50**
279:3
**0:55:01**
279:8
**0:55:10**
279:14
**0:55:32**
279:17
**0:55:36**
279:20
**0:55:45**
279:23
**0:55:49**
280:1
**0:55:57**
280:6
**0:56:07**
280:11
**0:56:23**
280:15
**0:56:31**
280:19
**0:56:40**
280:24
**0:56:50**
281:3
**0:57:02**
281:10
**0:57:15**
281:15
**0:57:23**
281:21
**0:57:36**
281:24
**0:57:44**
282:3
**0:57:50**
282:9
**0:57:52**
282:13
**0:57:58**
282:17
**0:58:07**
282:20
**0:58:26**
282:24
**0:58:37**
283:3
**0:58:48**
283:8
**0:59:03**
283:11
**0:59:14**
283:14
**0:59:24**
283:18
**0:59:35**
283:22
**0:59:44**
284:1
**0:59:54**
284:6

**1**

**1**
223:8,12 225:19,21
**1:00:19**
284:12
**1:00:24**
284:15
**1:00:46**
284:20
**1:00:54**
284:23
**1:01:08**
285:3
**1:01:14**
285:7
**1:01:25**
285:12
**1:01:35**
285:16
**1:01:46**
285:21
**1:01:55**
286:3
**1:02:02**
286:7
**1:02:13**
286:10
**1:02:23**
286:14
**1:02:36**
286:18
**1:02:45**
286:23
**1:02:50**
287:1
**1:2018cv00980**
220:9
**10:03**
224:3
**103**
220:24
**104**
221:23
**11:05**
287:2
**13**
236:8
**1302G**
221:8
**135,000**
261:23 278:2
**14**
236:8
**16**
283:13
**17**
283:13
**18**
283:13
**1932**
221:13

**2**

**2**
223:13 284:6,7
**200,000**
247:17
**2014**
245:19 246:1 272:13
**2015**
250:25 259:17,22 260:5 261:14 283:13
**2018**
272:14
**2018cv00980**
224:7
**2019**
246:16,19,22 247:7,13 248:1,5,20,25
**2020**
228:20 242:7,12 244:10 246:3,5,7 249:3,5,5,6,10
**2021**
220:18 224:2 225:20 225:24 226:19,23 228:12,21,25 230:11 231:21 258:7 284:12 284:12,22 285:14 288:9 289:8
**21**
228:12,20 285:17
**216**
220:23 224:11
**224**
223:8
**225**
223:4,12
**257**
225:20
**27**
226:22 230:11
**27th**
226:19,23 228:21,25 231:21
**284**
223:13

**3**

**30(b)(6)**
240:3,21
**3295**
221:22

**4**

**401**
221:7

**5**

**5**
225:20 289:8
**50,000**
268:21,22

**6**

**60004**
221:24
**60605-1061**
221:9
**60616**
221:14
**60661**
220:25 224:12

**7**

**8**

**9**

**9**
288:9
**9th**
220:18 224:2