UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

Hunter, et al.,

Plaintiffs,

vs. Case Number 1:2018cv00980

WirelessPCS Chicago LLC et al.,

Defendants.

---

Continued Deposition of Saed Saen Khalil
Tuesday
November 9th, 2021

-Video Recorded Remotely by-

In Demand Video Court Reporting
216 South Jefferson Street
Suite 103
Chicago, Illinois 60661



APPEARANCES

For the Plaintiffs:

Bradley S. Levison
Herschman Levison Hobfoll, PLLC
401 South LaSalle Street
Suite 1302G
Chicago, Illinois 60605-1061

Antoinette Choate
Choate Law
1932 South Louie Parkway
Chicago, Illinois 60616

For the WirelessPCS Defendants, SkyNet Defendants, Khalil Defendants:

Aaron B. Maduff
Daniel S. Gajda
Maduff & Maduff, LLC
3295 Arlington Heights Road
Suite 104
Arlington Heights, Illinois 60004



APPEARANCES (Continued)

Also present:

Fatin Ittayem

EXHIBIT
4



EXAMINATION INDEX

| DIRECT | CROSS | REDIRECT | RECROSS |
| --- | --- | --- | --- |
| 150 | -- | -- | -- |

CERTIFIED QUESTION INDEX

| PAGE NUMBER | LINE NUMBER |
| --- | --- |
| 209 | 11 |
| 209 | 24 |
| 210 | 9 |

EXHIBIT INDEX

| EXHIBIT NUMBER | PAGE NUMBER |
| --- | --- |
| 1 - | 150 |
| 2 - | 166 |
| 3 - | 201 |

THE RECORDER: Good morning. We are now on record on Monday, November 9th, 2021. The time is 11:49 a.m. By agreement of all parties, we are convened via remote videoconference for the video-recorded deposition in the matter of Hunter, et al., versus WirelessPCS Chicago, LLC, et al., Case No. 2018cv00980, before the United States District Court for the Northern District of Illinois, Eastern Division. 0:00:28

This deposition -- this -- this deposition is being recorded remotely by In Demand Court Reporting, located at 216 South Jefferson Street, Chicago, Illinois 60661, on behalf of the plaintiff and being taken at the instance of the plaintiff. The witness today is Saed Khalil. 0:00:42

Mr. Khalil, my name is Christina Kollintzas. I'm a notary public and the video-recording device operator for this deposition. At this time, would you please raise your right hand for the oath? 0:00:50

(Witness sworn.)

THE RECORDER: Thank you.

Would the attorneys please state their appearances for the record? 0:01:00

MR. MADUFF: Aaron Maduff on behalf of all defendants, including the witness.

149

MR. GAJDA: Daniel Gajda on behalf of the same. 0:01:07

MR. LEVISON: Bradley Levison on behalf of plaintiffs.

MS. CHOATE: Antoinette Choate on behalf of plaintiffs.

MR. MADUFF: And we are joined by the corporate representative, Fatin Ittayem. 0:01:15

MR. LEVISON: Let the record reflect that this is the continued deposition of Saed Khalil taken pursuant to Court order.

DIRECT EXAMINATION

BY MR. LEVISON:

**Q. Mr. Khalil, I'm going to show you what we are going to mark as Exhibit 1 in your deposition, which I will represent to you is a Court ordered entered in this case as Document 257, dated October 5, 2021. 0:01:44**

**(Exhibit No. 1 marked for identification.)**

BY MR. LEVISON:

**Q. Have you read this order before today?**

A. Have I read this order. I only see the front page. I don't see the rest of it. 0:01:56

**Q. It's -- as you can see, it's 15 pages. I'm just showing the first page. I'm just asking if you've read this order before today. 0:02:03**

150

A. No, I don't recall.

**Q. No, you did not, or no, you do not recall?**

A. I don't recall reading this order, no. 0:02:12

**Q. Have you read any Court orders related to this case in the month of October of this year?**

MR. MADUFF: Objection. Form. 0:02:23

THE WITNESS: I'm sorry. Just -- I'm just moving around. The sun is in my eyes. Give me a second.

Can you repeat that question again? 0:02:32

BY MR. LEVISON:

**Q. Have you read any Court orders in this case in the month of October 2021?**

MR. MADUFF: Objection. Form. 0:02:42

THE WITNESS: No.

BY MR. LEVISON:

**Q. Have you read any Court orders in this case in this month, November 2021? 0:02:51**

MR. MADUFF: Objection. Form.

THE WITNESS: No.

BY MR. LEVISON:

**Q. Does Sky Net Wireless IL, LLC, have any money left in any bank account? 0:03:05**

A. No.

MR. MADUFF: Objection. Well beyond the

151

scope.

BY MR. LEVISON:

**Q. Does WirelessPCS Chicago, LLC, currently have any money left in any bank account? 0:03:18**

A. As far as I know, no.

**Q. Does either Sky Net Wireless IL, LLC, or WirelessPCS Chicago, LLC, presently have any assets? 0:03:34**

MR. MADUFF: Objection. Form.

THE WITNESS: As far as I know, no.

BY MR. LEVISON:

**Q. If they have no assets, who is going to be paying the sanctions that were ordered by the Court on October 5, 2021, against those two corporate defendants? 0:03:48**

MR. MADUFF: Object, beyond scope. Objection, form.

THE WITNESS: I don't understand this question. 0:03:53

BY MR. LEVISON:

**Q. You understand that those two corporations were sanctioned to pay attorneys' fees and Court costs in the October 5, 2021, order. 0:04:03**

MR. MADUFF: Objection, form. Objection, beyond scope.

THE WITNESS: I don't understand, though.

152

BY MR. LEVISON:
**Q. So you understand that there was a sanction entered by the Judge against the two corporate defendants in this case. 0:04:14**
MR. MADUFF: Objection. Form.
THE WITNESS: I -- I don't understand these things. That's why there's a lawyer. 0:04:20
BY MR. LEVISON:
**Q. Or do you understand that those companies have been ordered to pay my legal fees related to the motion practice that led to that Order as well as costs to redepose the corporate reps for those two corporations? 0:04:34**
MR. MADUFF: Objection. Form.
THE WITNESS: No, I don't know that. I don't understand. I don't understand these things. 0:04:39
BY MR. LEVISON:
**Q. Were you ever told about there being sanctions entered in this case?**
MR. MADUFF: Okay. Now I'm going to object on the basis of attorney-client privilege. 0:04:46
Any discussions that you've had with me on these things, do not answer. Beyond that, you can answer the question. 0:04:54
BY MR. LEVISON:

153

**Q. Are you refusing to answer the question?**
A. I don't understand the question. 0:05:02
**Q. Do you know what a sanction is?**
A. No.
**Q. Do you know what a money penalty is? 0:05:08**
MR. MADUFF: Objection. Form.
THE WITNESS: I don't understand --
MR. MADUFF: This line of questioning is well beyond the scope. 0:05:14
THE RECORDER: Can you repeat, Mr. Khalil, what you just said?
THE WITNESS: I don't understand what he's asking.
BY MR. LEVISON:
**Q. The word sanction. I'm just asking. You ever use that word in your common usage? 0:05:26**
A. Yeah, but not in a legal term. I don't know what that means in a legal term.
**Q. Do you know you -- the corporations were ordered to pay the plaintiffs' attorneys' legal fees related to a motion? 0:05:39**
**Were you aware of that?**
MR. MADUFF: Objection. Form.
THE WITNESS: I'm -- I'm -- no. 0:05:44
BY MR. LEVISON:

154

**Q. Do you understand that you are personally named as a defendant in this lawsuit?**
A. Yes. 0:05:51
**Q. Who is paying your legal fees to defend yourself personally in this case?**
MR. MADUFF: Objection. Beyond scope. 0:06:00
THE WITNESS: Yeah, that's -- I don't understand this, what this has to do with this. I don't understand.
MR. MADUFF: I can't --
BY MR. LEVISON:
**Q. Are you refusing to answer the question? 0:06:08**
MR. MADUFF: I can't instruct you not to answer the questions. It's inappropriate, it's beyond the scope, but I can't instruct you not to answer the questions. 0:06:15
MR. LEVISON: Aaron, I'm going to ask you once nicely to please stop having talking objections and please to stop telling your client -- giving him cues on what to do. 0:06:25
MR. MADUFF: I'm not --
MR. LEVISON: So again --
MR. MADUFF: -- giving him cues except to --
MR. LEVISON: -- and again --
MR. MADUFF: -- say answer the questions --

155

MR. LEVISON: -- I again -- I again am going to repeat -- 0:06:30
MR. MADUFF: Okay. Brad
MR. LEVISON: -- my question --
MR. MADUFF: -- I'm not going --
MR. LEVISON: -- I wasn't --
MR. MADUFF: -- argue with you
MR. LEVISON: -- finished with --
MR. MADUFF: -- Brad, if you've got --
MR. LEVISON: -- I wasn't finished, Aaron. 0:06:33
MR. MADUFF: -- a question --
MR. LEVISON: Aaron --
MR. MADUFF: -- ask -- ask --
MR. LEVISON: -- Aaron --
MR. MADUFF: -- your question.
MR. LEVISON: -- I -- I am. I -- I -- I'm trying to ask my question. I was moving on. 0:06:39
BY MR. LEVISON:
**Q. I am again asking you who is paying for your lawyers to defend you in this lawsuit?**
MR. MADUFF: Standing objection to scope. Objection to form. 0:06:49
THE WITNESS: I -- I borrowed money to pay. Yes.
BY MR. LEVISON:

156

**Q. Have you written checks from a -- from one of your personal accounts to pay for the lawyers in this lawsuit? 0:07:01**
A. Yes? I'm sorry.
THE RECORDER: Sorry. Can you -- 0:07:11
MR. LEVISON: Chris- --
THE RECORDER: -- repeat that? And do you mind uncovering your mouth so I can hear you --
THE WITNESS: Yeah.
THE RECORDER: -- clearly? 0:07:15
THE WITNESS: No --
MR. LEVISON: Christina --
THE WITNESS: -- I --
MR. LEVISON: -- will you read --
BY MR. LEVISON:
**Q. So you have not written any personal checks to the lawyers in this lawsuit to defend -- 0:07:22**
MR. MADUFF: Objection --
THE WITNESS: No --
BY MR. LEVISON:
**Q. -- yourself; is that correct?**
A. No. 0:07:25
**Q. That's correct. You have not written any checks.**
A. I have not written any checks. I don't think

157

so. 0:07:31
**Q. Has -- who -- what entity or what person has been writing checks to the lawyers defending you in this case?**
MR. MADUFF: Objection, scope. Objection, form. 0:07:45
THE WITNESS: I don't -- I don't know.
BY MR. LEVISON:
**Q. You said you had taken out a loan. Was this a personal loan you took out related to this lawsuit? 0:07:55**
A. That's my business. I'm not going to answer that question.
**Q. So you're refusing to answer the question about the loan. 0:08:01**
A. Yes.
MR. MADUFF: Sam -- Saed, again, I -- I'm not instructing you not to answer these questions.
THE WITNESS: Mm-hmm. Yeah, I understand. I don't want him to get into my personal business. 0:08:11
He did that last time and he asked me and I'm not going to allow him to ask me this time. I'm --
MR. MADUFF: All right --
THE WITNESS: -- sorry. Even if you tell me to answer him, I'm not going to answer him because he's -- he -- he already had asked me about my personal

158

stuff. 0:08:21
I'm not going to allow that today. Ask --
BY MR. LEVISON:
**Q. So --**
A. -- me about Chicago, ask me about the -- the stuff that has to do with Chicago case. 0:08:28
Don't ask me anything about personally.
MR. MADUFF: Saed, the -- the -- the Court has reopened the deposition as to certain questions. I recognize that some of them -- 0:08:37
THE WITNESS: Yeah, but is --
MR. MADUFF: -- might --
THE WITNESS: -- going beyond his --
MR. MADUFF: -- I cannot instruct you --
THE WITNESS: -- questions.
MR. MADUFF: -- not to --
THE RECORDER: Don't --
MR. MADUFF: -- answer questions. So you -- never mind. 0:08:42
MR. LEVISON: Aaron --
THE RECORDER: Please do not speak over each --
MR. LEVISON: -- since I --
THE RECORDER: -- other.
MR. LEVISON: -- have a limited time, if you

159

would like to take a break to talk to your client off the record, which would not be privileged, you may do that. 0:08:52
Otherwise, I'm going to ask you to stop having talking objections because I --
MR. MADUFF: All right. 0:08:56
MR. LEVISON: -- have a limited time.
BY MR. LEVISON:
**Q. Sir --**
MR. MADUFF: That --
BY MR. LEVISON:
**Q. -- so it's my --**
MR. MADUFF: That was my effort to get an answer. Never mind. Go ahead. 0:09:02
MR. LEVISON: I -- I appreciate that.
BY MR. LEVISON:
**Q. My -- so sir, if I understand you correctly, you're not going to answer any questions about your personal finances. Correct? 0:09:12**
A. Unless they have something to do with this case.
**Q. Okay. Sir, do you own any residential properties? 0:09:19**
A. I'm not going to --
MR. MADUFF: Standing --

160

THE WITNESS: -- answer that question.
MR. MADUFF: -- objection. Standing objection to scope. 0:09:24
BY MR. LEVISON:
**Q. So you're refusing to answer my question about personal properties.**
A. Yes. It has nothing to do with Chicago. 0:09:28
**Q. Sir, do you own any commercial properties?**
A. No.
**Q. Sir, do you have any mortgages currently outstanding? 0:09:40**
A. I'm not going to answer that question.
**Q. Sir, in your household, other than yourself, do you declare anyone as a source of income for your household on your tax returns? 0:09:53**
A. I'm not going to answer the questions. That's -- that's my personal stuff.
**Q. Sir, what is your Social Security number? 0:10:00**
A. No, you're not going to get my Social Security.
**Q. If we go off the record, sir, so it's not on the record, would you provide me your Social Security number? 0:10:08**
A. No.
**Q. Sir, in -- since 2015, have you received any**

161

**W-2 wages?**
A. I don't recall. 0:10:19
**Q. Sir, what have been your sources of income since 2015?**
A. I invest and I get dividends if the company makes money. 0:10:31
**Q. Do you not get any W-2 wages?**
A. Maybe back in the days. I'm not sure.
**Q. You currently are not receiving any W-2 wages. 0:10:39**
A. From Mad Wireless, yes.
**Q. From Mad Wireless?**
A. Yes.
**Q. Is that the same as Mad Concepts Wireless? 0:10:48**
A. Yes.
**Q. For how long have you been receiving W-2 wages from Mad Concept Wireless?**
A. I don't know. 0:10:59
**Q. How much in 2020 did you receive in W-2 wages from Mad Concept Wireless?**
A. I don't recall. I don't know. 0:11:08
**Q. Who sets the salaries for Mad Concepts?**
MR. MADUFF: Objection. Form.
THE WITNESS: For -- for who? 0:11:22
BY MR. LEVISON:

162

**Q. For anyone that -- whoever Mad Concept pays a salary to. Who would be the person setting that salary?**
MR. MADUFF: Objection. Form. 0:11:29
THE WITNESS: That's the people who manage them.
BY MR. LEVISON:
**Q. And who manages Mad Concepts?**
A. Norbert. 0:11:36
**Q. So Norbert would be the person who set the salaries for people receiving salaries from Mad Concepts, LLC?**
MR. MADUFF: Objection. Form. 0:11:44
THE WITNESS: If -- well, if -- depending on also -- another manager, which is my sister. She handles that.
BY MR. LEVISON:
**Q. Okay. Well, so did Norbert and your sister -- were they setting your salary that you were receiving from Mad Concepts, LLC? 0:12:00**
A. Yes.
**Q. Was those wages more than a hundred thousand dollars in 2020?**
A. I'm not going to answer that. 0:12:10
**Q. Sir, was your wages in 2020 more than**

163

**200,000?**
A. I'm not going to answer that.
**Q. In 2019, were you also receiving wages from Mad Concepts? 0:12:21**
A. I am not sure.
**Q. If you were receiving wages from Mad Concept in 2019, was that more than a hundred thousand dollars? 0:12:31**
A. I'm -- I'm not sure. I'm not going to answer that anyway.
**Q. Sir, what is ACO Wireless, LLC? 0:12:40**
A. It's a management company.
**Q. What does ACO Wireless, LLC, manage?**
A. Manages -- 0:12:49
MR. MADUFF: Form.
THE WITNESS: I'm sorry?
MR. MADUFF: Objection. Form.
Go ahead. Answer. 0:12:54
THE WITNESS: Oh.
It manages some businesses.
BY MR. LEVISON:
**Q. What businesses specifically? 0:13:00**
A. Well, the --- our business now, like the -- you know, stuff that -- wireless business.
**Q. Did ACO Wireless, LLC, ever manage Sky Net Wireless IL, LLC? 0:13:15**

164

MR. MADUFF: Objection. Form.
THE WITNESS: I -- I assume so. I'm not sure.
BY MR. LEVISON:
**Q. Did ACO Wireless, LLC, ever manage WirelessPCS Chicago, LLC? 0:13:30**
MR. MADUFF: Objection --
THE WITNESS: I --
MR. MADUFF: -- form.
THE WITNESS: I am not sure. 0:13:33
BY MR. LEVISON:
**Q. What is your connection through ownership or control to ACO Wireless, LLC?**
MR. MADUFF: Objection. Form. 0:13:41
THE WITNESS: I'm a -- a -- I'm a owner.
BY MR. LEVISON:
**Q. You're an owner. Are you an owner directly of ACO Wireless, LLC, or are you an owner through another company of ACO Wireless, LLC? 0:13:55**
MR. MADUFF: Objection --
THE WITNESS: I don't --
MR. MADUFF: -- form.
THE WITNESS: -- I don't know. I don't handle the paperwork. 0:13:59
BY MR. LEVISON:

165

**Q. Did -- what is Khalil Enterprises, LLC?**
A. I don't know. 0:14:08
**Q. Who is Michael Merino?**
A. He's a -- he's a lawyer.
**Q. Does Michael Merino perform any services for you? 0:14:20**
A. He did -- in the past, he did one thing for me, I think, yeah.
**Q. What was the one thing he did for you? 0:14:27**
A. That's my business. I'm not going to answer.
**Q. I'm going to show you what we will mark as Exhibit 2.**
**(Exhibit No. 2 marked for identification.)**
BY MR. LEVISON:
**Q. I'm on -- do -- do you see the first page of Exhibit 2? 0:14:49**
A. Are you asking me?
**Q. Yes. I'm asking you, sir.**
A. Yeah.
**Q. Okay. I'm going to go to page 2 of that. Do you see the cover letter there where it says cover letter? 0:15:01**
A. I -- yeah.
**Q. You -- can you read it? Do you want me -- enlarge it, since I control it? I want to make sure you can read this. 0:15:11**

166

A. I don't read documents. I let my lawyer read. I don't -- I'm not good in English. 0:15:16
MR. MADUFF: I would like it drawn up that this has never been provided to us in discovery, so I don't know what it is. Can you zoom in a little bit more, please? 0:15:24
MR. LEVISON: Yeah. I'll tell you.
BY MR. LEVISON:
**Q. It's a filing for -- it's a registration section. It's a Division of Corporations from Florida for ACO Wireless by Michael Merino that was completed in September 2021. 0:15:40**
**It is a articles -- amendment to articles of incorporation for it, showing a new registered agent on page 3. It's signed by Mr. Merino and identifying the managers of ACO Wireless as Mad Concepts, LLC, and Khalil Enterprises, LLC. And the document is at the bottom dated September 21, 2021.**
**Did you ask Mr. Merino to become the registered agent for ACO Wireless in September 2021? 0:16:19**
MR. MADUFF: Standing objection to scope. Objection --
THE WITNESS: I don't --
MR. MADUFF: -- form.

167

THE WITNESS: I -- I don't know what this has to do with Chicago. This has nothing to do with Chicago. 0:16:27
BY MR. LEVISON:
**Q. Are you refusing --**
MR. MADUFF: Can you --
BY MR. LEVISON:
**Q. -- to answer my question? 0:16:29**
MR. MADUFF: Brad, can you --
THE WITNESS: Yes, I am.
MR. MADUFF: -- just answer -- okay.
BY MR. LEVISON:
**Q. Do you know why you changed registered agents for ACO Wireless in September 2021? 0:16:40**
**Are you refusing to answer my -- did you hear my question, sir?**
A. No. What do you say? 0:16:52
**Q. My question was, do you know why you changed registered agents for ACO Wireless in September 2021?**
MR. MADUFF: Objection. Form. 0:17:02
THE WITNESS: I don't understand the question really.
BY MR. LEVISON:
**Q. Sir, does your spouse work outside the home? 0:17:12**
MR. MADUFF: Objection --

168

THE WITNESS: I'm not going --
MR. MADUFF: -- beyond the --
THE WITNESS: -- to answer that.
MR. MADUFF: -- scope --
Wait.
Objection. Oppressive to this witness, personal and not relevant. 0:17:23
You may answer --
THE WITNESS: Yeah --
MR. MADUFF: -- the question.
THE WITNESS: -- I am --
MR. MADUFF: But --
THE WITNESS: -- not going to answer --
MR. MADUFF: -- but you should --
THE WITNESS: -- that question. 0:17:25
MR. MADUFF: -- but you should answer the questions.
THE WITNESS: I'm not going to answer that question.
MR. MADUFF: You should answer the question, Saed, so that we can get through this deposition. 0:17:32
THE WITNESS: I'm sorry. He does -- he -- he gets in my ear --
MR. MADUFF: Okay.
THE WITNESS: -- on personal business. I am

169

not going to answer to him what my wife does for a living. 0:17:38
BY MR. LEVISON:
**Q. Does your wife receive W-2 wages from any business?**
A. I don't --
MR. MADUFF: Beyond --
THE WITNESS: -- know.
MR. MADUFF: -- the scope. Form. 0:17:46
BY MR. LEVISON:
**Q. Sir, does your wife receive W-2 wages from any business?**
A. I don't know. 0:17:54
**Q. Sir, has any business that you invested in ever paid wages to your wife?**
A. I don't know. 0:18:04
**Q. Who would know?**
A. Accountants maybe.
**Q. What accountants?**
A. Well, Norbey. 0:18:14
**Q. Norbey. And is Norbey an outside accountant for you?**
A. He's my bookkeeper actually. 0:18:27
**Q. And bookkeeper for what and specifically, sir?**

170

A. For my business. Mad Wireless.
**Q. Mad Wireless. What is the connection between Mad Wireless and Smart Net Wireless? 0:18:44**
A. Who is Smart Net Wireless? I don't know who Smart Net Wireless.
THE RECORDER: I'm sorry. Can you --
BY MR. LEVISON:
**Q. Have you ever --**
THE RECORDER: -- repeat that and remove your hand from your face, please? 0:18:51
THE WITNESS: Oh. I'm not -- I'm not -- I'm not familiar with Smart Net Wireless.
BY MR. LEVISON:
**Q. Who works for Mad Concept Wireless? 0:19:03**
MR. MADUFF: Objection. Form.
THE WITNESS: The people who work for Mad Concept Wireless.
BY MR. LEVISON:
**Q. Can you name them, please? 0:19:13**
A. No. Because I don't know them by heart. It's --
**Q. Can you name any person that works for Mad Concepts? 0:19:21**
A. Yes. Norbey. Other than that, Norbey and Saidah, which is my sister. Other than that, I don't

171

know any of them. 0:19:26
THE RECORDER: Repeat your sister's name?
MR. MADUFF: Saidah --
THE WITNESS: Norbey.
MR. MADUFF: -- his sister. 0:19:31
THE WITNESS: Norbey and my sister.
BY MR. LEVISON:
**Q. Does your sister have any ownership in Mad Concepts?**
A. No. 0:19:38
MR. MADUFF: Beyond the scope.
BY MR. LEVISON:
**Q. Has Mad Concept paid any of the legal fees in this case? 0:19:51**
A. No.
**Q. Has Mad Concept ever paid wages or W-2 salary to Fatin Ittayem?**
A. I don't recall. 0:20:10
**Q. Do you have any personal loans?**
A. That's my --
MR. MADUFF: Objection --
THE WITNESS: -- business. 0:20:18
MR. MADUFF: -- beyond scope. Objection --
THE WITNESS: I'm not going to answer that.
MR. MADUFF: -- form.

172

THE RECORDER: Please --
BY MR. LEVISON:
**Q. Are you -- 0:20:21**
THE RECORDER: -- repeat -- please repeat your answer. You spoke --
THE WITNESS: I'm not going to answer that. 0:20:25
BY MR. LEVISON:
**Q. Since May 27, 2021, have you spoken with Aaron Maduff?**
A. Aaron my lawyer, you mean? 0:20:41
**Q. Yes.**
A. Yes.
**Q. How many times have you spoken to your lawyer, Aaron Maduff, since May 27, 2021? 0:20:50**
A. I don't recall.
**Q. More than once?**
A. Probably more than once, but I don't -- I don't recall how many. 0:20:58
**Q. More than five times?**
A. I don't know.
**Q. More than ten times?**
A. I don't know. 0:21:04
**Q. More than 20 times?**
A. I don't think so, but I don't know.
**Q. And were these conversations on the phone? 0:21:15**

173

A. Yes.
**Q. Were any of them on videoconference?**
A. I think one or two. I'm not really sure. I can't recall. 0:21:27
**Q. Were any of them in person?**
A. No.
**Q. And what did you discuss with Mr. Maduff during these meetings and -- 0:21:35**
MR. MADUFF: All right --
BY MR. LEVISON:
**Q. -- conversations?**
MR. MADUFF: -- I'm going to object to the question as clearly violating attorney-client privilege. 0:21:41
To the extent that there's anything that relates directly to these depositions, that you can answer. But anything else is -- is -- goes to attorney-client privilege for the case, and I'm going to instruct the witness not to answer. 0:21:52
THE WITNESS: Okay.
I --
BY MR. LEVISON:
**Q. Were --**
A. Go ahead. Ask me. 0:21:58
**Q. Were any of the conversations that you had with Aaron Maduff related to this deposition?**
A. Yes. That's related to this case. Yes. 0:22:09
**Q. And what were you told about these depositions during those conversations with Mr. Maduff?**
A. I don't recall. 0:22:17
**Q. Who else was involved in those conversations with Mr. Maduff?**
A. Me and him.
**Q. No one else was on them? 0:22:26**
A. I think Fatin was on a couple of them, but I'm not sure. I don't recall.
**Q. Did you review any documents in preparation for today? 0:22:35**
A. Did I prepare any documents?
**Q. Review.**
A. Did I review any documents? No. 0:22:42
MR. MADUFF: All right, stop. I'm sorry. I -- Brad, the questions that were posed in the last deposition, which the Judge ordered, were sent to him. 0:22:51
I -- I don't want to --
THE WITNESS: Yeah, those -- those --
MR. MADUFF: -- have improper answers.
THE WITNESS: -- I did -- I did receive those questions. 0:22:54
BY MR. LEVISON:

174

175

**Q. And -- and I -- okay. So you reviewed questions that your attorney identified in this. Is that correct? 0:23:06**
A. He tell me the questions that you were going to ask today.
**Q. Okay. And what were those questions that he said I was going to ask today? 0:23:11**
A. You have them. You sent them.
**Q. I have sent no such questions to your attorney.**
A. Okay.
**Q. So I don't -- I don't know what -- I'm asking you to sort of figure it out. 0:23:21**
A. Well, they are really -- I don't actually remember them really. They all pointless questions, but you could ask whatever you want.
**Q. Okay. Sir, have you ever received any wages from Sky Net Wireless, LLC, a Florida company? 0:23:49**
A. No.
**Q. Have you ever received any wages from ACO Wireless, LLC?**
A. No.
**Q. Have you ever received any wages from Sky Net Wireless IL, LLC? 0:24:03**
A. The Illinois? No.

176

**Q. Have you ever received any wages from WirelessPCS Chicago, LLC?**
A. No. 0:24:15
**Q. What did you do with the $135,000 from the sale of the Chicago stores?**
MR. MADUFF: Objection. Form. 0:24:22
THE WITNESS: I didn't receive 135,000. Those money went to pay all the loans or the -- the debt on the company.
BY MR. LEVISON:
**Q. And what loans and debt were on the company that needed to be paid off? 0:24:34**
A. Well, MetroPCS owns the merchandise, and we had to pay them everything for it.
**Q. So how -- you had $135,000 in merchandise that you owed to MetroPCS in June 2018? 0:24:53**
A. I don't know the numbers, but we had a -- we had an outstanding balance with Metro beyond the 135,000 that we had to pay them. 0:25:04
If I recall right. This is what my memory tells me, but I'm not sure. It's been --
**Q. How would --**
A. -- a while. 0:25:10
**Q. -- I -- how would I go figure out what was actually owed for the Chicago stores from --**

177

A. The Metro --
**Q. -- MetroPCS? 0:25:17**
MR. MADUFF: Objection. Form.
THE WITNESS: We -- we could ask them.
BY MR. LEVISON:
**Q. Ask MetroPCS? 0:25:23**
A. Yes.
**Q. Where do you bank?**
MR. MADUFF: Objection, well beyond scope. Objection, form. 0:25:33
THE WITNESS: I didn't even hear the question. Sorry. What was that?
BY MR. LEVISON:
**Q. Where do you bank? 0:25:37**
MR. MADUFF: Same objections.
THE WITNESS: Where do I bank?
BY MR. LEVISON:
**Q. Correct. 0:25:42**
A. You mean where is my bank accounts?
**Q. Correct.**
A. That's my personal stuff. I'm not answering where's my bank -- my personal accounts. 0:25:52
**Q. Do you have any -- strike that.**
**From 2015 to present, have you had any mortgages on any real estate? 0:26:01**

178

MR. MADUFF: Beyond scope.
THE WITNESS: That's personal. I'm not going to answer that.
BY MR. LEVISON:
**Q. Since 2015, have you taken out any type of loans? 0:26:16**
A. I'm not going to answer that.
**Q. Since 2015, have you loaned any money to any persons or businesses?**
A. I am not going to answer that either. 0:26:33
**Q. Have you ever attended a annual meeting of directors, managers, and officers for Mad Concept?**
MR. MADUFF: Objection. Form. 0:26:47
THE WITNESS: I don't understand the question anyway. What was the question again?
BY MR. LEVISON:
**Q. Have you ever attended an annual meeting of directors, managers, and officers for Mad Concept? 0:26:55**
THE RECORDER: I need you to take your hand off your face before you answer.
THE WITNESS: Oh. Sorry. 0:27:00
I still don't understand the question. Speak -- can you speak slowly, please, because you say -- are saying too many names at the same time. 0:27:08
What was the --

179

BY MR. LEVISON:
**Q. I --**
A. -- question?
**Q. Are you -- I'm -- I'll ask you a different question. Are you -- 0:27:13**
A. Okay.
**Q. -- you a member of Mad Concepts?**
MR. MADUFF: Objection. Form.
THE WITNESS: I -- I don't know what the member means, but... 0:27:21
BY MR. LEVISON:
**Q. Are you an owner of Mad Concepts?**
A. Yes.
**Q. Are you the only owner of Mad Concepts? 0:27:27**
A. Yes.
**Q. ACO Wireless, LLC. Are you an owner?**
A. Yes.
**Q. Are there any other owners of ACO Wireless? 0:27:37**
A. Far as I know, no.
**Q. How -- who keeps the corporate books and records for Mad Concepts? 0:27:47**
MR. MADUFF: Objection. Form.
THE WITNESS: Repeat the question again, just to make sure I understood you right. Who keeps --
BY MR. LEVISON:

180

**Q. Who --**
A. -- what? 0:27:56
**Q. -- keeps the corporate records for Mad Concepts?**
A. I keep them.
**Q. Okay. So in those records that you keep, are there any records reflecting meetings related to the business? 0:28:10**
MR. MADUFF: Objection. Form.
THE WITNESS: Okay. I maybe misunderstood the question before. Repeat that again. What does that mean? 0:28:17
Not this question, the one -- the question before. Repeat that again, just to --
BY MR. LEVISON:
**Q. I --**
A. -- make sure I understand correctly. 0:28:21
**Q. Are -- you understand how corporations run. Do you?**
MR. MADUFF: Objection --
THE WITNESS: Not --
MR. MADUFF: -- form.
THE WITNESS: -- not -- not 100 percent, no. I don't understand. 0:28:29
THE RECORDER: Sorry --

181

BY MR. LEVISON:
**Q. Okay.**
THE RECORDER: -- was there an objection? 0:28:30
BY MR. LEVISON:
**Q. So --**
THE RECORDER: Was there an objection in there?
MR. MADUFF: Form.
THE RECORDER: We have to be careful not to speak over each other. We're kind of -- we're doing it a lot today. Let's slow down. 0:28:39
THE WITNESS: Okay. So can you go back, please, and repeat your question? Not the last question, the one before, because I think I misunderstood it and I answered it wrong. 0:28:47
Just to make sure. Can you repeat that?
BY MR. LEVISON:
**Q. In the -- I'm -- I'm going to ask a different question. In the last -- 0:28:51**
A. No --
**Q. -- ten years --**
A. -- we need to correct that question first. Go back --
**Q. I'm --**
A. -- and correct the -- because she have it on

182

record, I'm -- I might under- -- I -- I -- I misunderstood it and answered it -- 0:29:00
MR. MADUFF: Okay --
THE WITNESS: -- wrong. Go back and --
MR. MADUFF: Saed --
THE WITNESS: -- ask it --
MR. MADUFF: -- Saed, Saed, if -- if -- if -- 0:29:02
THE WITNESS: Yeah.
MR. MADUFF: -- you -- if -- if -- you said that you didn't understand the question, it's wrong. That's fine. If he wants to clarify, he'll clarify it. 0:29:08
If not, we'll stand on that. But let's try and get through the deposition.
THE WITNESS: Okay. That's fine with me. Yeah. 0:29:14
BY MR. LEVISON:
**Q. In the last ten years, how many businesses have you incorporated?**
MR. MADUFF: Object --
THE WITNESS: I don't recall. 0:29:19
MR. MADUFF: -- to form.
THE RECORDER: Was that form?
BY MR. LEVISON:
**Q. Have you incorporated more than five businesses? 0:29:27**

183

A. Possibly, but I'm not sure.
**Q. Have you incorporated more than ten businesses?**
MR. MADUFF: Standing -- 0:29:33
THE WITNESS: I'm --
MR. MADUFF: -- objection to form.
THE WITNESS: I'm -- I'm not -- I'm not sure.
BY MR. LEVISON:
**Q. Have you incorporated more than 20 businesses? 0:29:40**
A. I don't think so, no. Not --
**Q. And --**
A. -- I don't -- I don't know. 0:29:46
**Q. How did you learn how to incorporate a business?**
A. I don't do it myself. My --
**Q. Who does? 0:29:54**
A. -- lawyers -- my lawyers submit to whatever they submit to and they make --- incorporate business.
**Q. And who told you that you needed to incorporate all these businesses? 0:30:08**
MR. MADUFF: Okay. Now I'm going to --
THE WITNESS: Nobody.
MR. MADUFF: -- object --
Wait.

184

THE WITNESS: Just -- I'm sorry, but -- 0:30:14
MR. MADUFF: Wait, wait, wait --
THE WITNESS: But --
MR. MADUFF: -- wait, wait, wait, wait. I -- I've gotta object. I've gotta object -- 0:30:17
THE WITNESS: Yeah.
MR. MADUFF: -- to the extent -- to the extent that you sought legal advice from an attorney, and -- and I'm not the attorney so I have no idea, but to the extent that you sought legal advice from an attorney, that is a privileged communication. 0:30:27
THE WITNESS: Okay.
MR. MADUFF: But answer the question to the best of your ability because I don't know where it goes. 0:30:32
THE WITNESS: Yeah.
BY MR. LEVISON:
**Q. Why do you incorporate so many businesses?**
THE RECORDER: Please remove your hand from your face. 0:30:39
THE WITNESS: Sorry. I'm sorry.
Why do I incorporate so many businesses? Because I am a businessman. I try to invest in businesses. 0:30:52
That's what people do, I guess.

185

BY MR. LEVISON:
**Q. Yeah. And what money have you received from those businesses in 2020? 0:30:59**
MR. MADUFF: Objection. Form.
THE WITNESS: What money I received from those businesses in 2020. Hardly none. 0:31:09
BY MR. LEVISON:
**Q. Okay. How do you support yourself?**
MR. MADUFF: Objection. Well beyond scope. Standing objection to scope, form. 0:31:19
THE WITNESS: I'm not going to answer that.
MR. MADUFF: Saed, please answer the questions if you can. 0:31:25
THE WITNESS: Okay.
BY MR. LEVISON:
**Q. Other --**
A. I -- I -- I took loans.
**Q. Personal loans or business loans? 0:31:32**
A. Both.
**Q. And when did you -- strike that.**
**Did you take out any new loans in 2020? 0:31:44**
A. I am not going to answer that. That's my personal problem.
**Q. Did you take out any new loans in 2019? 0:31:54**
A. I'm not going to answer that.

186

**Q. Did you take out any personal loans in 2018?**
A. I'm not going to answer that. 0:32:01
**Q. Did you take out any loans in 2017?**
A. Not going to answer that.
**Q. Did you take out any loans in 2016? 0:32:13**
A. You're going too back far which is I don't know.
**Q. Did Chicago -- I'm sorry. Did WirelessPCS Chicago, LLC, take out any loans? 0:32:25**
A. I don't recall.
**Q. Did you loan any money to WirelessPCS Chicago, LLC?**
A. No. 0:32:34
**Q. Did you loan any money to Sky Net Wireless IL, LLC?**
A. No.
**Q. Did Sky Net Wireless IL, LLC, take out any loans? 0:32:46**
A. I don't recall.
**Q. Has ACO Wireless, LLC, taken out any loans?**
A. I don't recall, no. 0:32:55
**Q. Who would know if ACO Wireless, LLC, took out any loans?**
A. Accountant. Or bookkeeping.
**Q. And that would be Norbey for the bookkeeping**

187

**aspect of it? 0:33:07**
A. Yeah.
**Q. Who would be the accountant?**
A. Norbey will do -- will do.
**Q. Have you made any personal undertakings on behalf of ACO Wireless? 0:33:18**
MR. MADUFF: Objection --
THE WITNESS: No.
MR. MADUFF: -- form.
BY MR. LEVISON:
**Q. For Mad Concept, has Mad Concept taken out any loans? 0:33:24**
A. I am not going to answer that question. That's different business.
**Q. What is the relationship between ACO Wireless and Sky Net Wireless, LLC, the Florida company? 0:33:42**
A. I don't know.
**Q. They share office?**
A. Okay. Repeat that question, the name of the -- you get me confused with the name of the corporation. Repeat that question again just to -- 0:33:55
**Q. I appreciate -- I appreciate it. It's confusing to me too. There is a Sky Net Wireless, LLC. It's a Florida company. Are you familiar with that? 0:34:03**
A. No. I'm not familiar with that. Maybe

188

that's Moeen's company? That's what he calls it? I'm not sure. 0:34:11
**Q. What is the business relationship between you and your brother related to cell phone businesses?**
MR. MADUFF: Objection. Form. 0:34:23
THE WITNESS: We're not partners anymore.
BY MR. LEVISON:
**Q. When were you last partners? 0:34:29**
A. I -- I don't recall.
THE RECORDER: Sorry. You need --
BY MR. LEVISON:
**Q. Were you part- --**
A. I don't recall. I don't recall. 0:34:35
**Q. Were you partners with your brother in 2015 in cell phone business?**
A. I don't know if you want to call it partners. I invest in companies. He invest in companies. 0:34:46
You know. That's -- that's how it works.
**Q. How did you divide up profits? 0:34:52**
MR. MADUFF: Objection. Form.
THE WITNESS: Depending on the shares.
BY MR. LEVISON:
**Q. And how did you determine who put what shares in the business? 0:35:00**
MR. MADUFF: Objection. Form.

189

THE WITNESS: We agree.
BY MR. LEVISON:
**Q. Is there anything in writing showing this agreement? 0:35:07**
A. Depending on which business.
MR. MADUFF: Objection. Form.
BY MR. LEVISON:
**Q. For Sky Net Wireless IL, LLC, is there anything in writing showing the shares that you owned versus the shares your brother owned? 0:35:20**
A. The Illinois one?
**Q. Correct.**
A. I think there's corporate papers that shows. I think so. Back in the days. Yes. 0:35:31
**Q. Okay. And if those documents existed, where would they be?**
A. I don't know. I have to look them up. 0:35:38
**Q. Have you ever attempted to look them up?**
A. No.
**Q. For WirelessPCS Chicago, LLC, how did you determine what shares you owned versus what shares your brother owned? 0:35:50**
A. I recall -- which ones again? Wireless --
**Q. WirelessPCS.**
A. I -- I -- I don't know. 0:36:04

190

MR. MADUFF: Objection, form. Objection to different question.
THE WITNESS: I don't recall a -- a -- how that was working at that time. It's been a while. 0:36:13
BY MR. LEVISON:
**Q. Would there have been documents which would lay out how that worked related to WirelessPCS Chicago, LLC?**
A. Yeah. 0:36:21
**Q. Have you ever looked for those documents?**
A. No.
**Q. Other than yourself and your brother, which -- we're talking about Moeen, correct? 0:36:33**
A. Yes.
**Q. Because you have more than just one brother, correct?**
A. That's my business to know. 0:36:40
MR. MADUFF: Saed, you have more than one brother. You can -- answer the question?
THE WITNESS: Yeah, but I don't want to give him the -- to get into my personal business. He keep doing that. I -- it gets me frustrated. 0:36:50
Yes, I do have other brothers.
BY MR. LEVISON:
**Q. Are any of the other brothers other than**

191

**Moeen invest with you in any businesses? 0:36:59**
A. No.
**Q. Are any of your other brothers other than Moeen on payroll for any company which you own or invest in? 0:37:09**
A. No.
**Q. Other than your sister, Saidah, are there any other family members which are on payroll for any company which you own or invested in? 0:37:21**
A. I'm not going to answer that.
(Cell phone rang.)
THE WITNESS: Sorry.
BY MR. LEVISON:
**Q. Does Mad -- strike that. 0:38:02**
**What was your greatest source of income in 2014?**
A. I don't recall.
**Q. What was your greatest source of income in 2015? 0:38:12**
A. I don't recall.
**Q. What was your greatest source of income in 2016?**
A. I don't recall. 0:38:21
**Q. What was your greatest source of income in 2017?**

192

A. I don't recall that either.
**Q. What was your greatest source of income in 2018? 0:38:29**
A. I don't know by heart, no.
**Q. What is the most profitable business that you had in 2014?**
MR. MADUFF: Objection. Form. 0:38:40
THE WITNESS: I don't recall.
BY MR. LEVISON:
**Q. How many businesses did you own in 2014? 0:38:45**
A. I don't know. That's --
**Q. Is there a way for us to find that out?**
MR. MADUFF: Well, let him finish his answer, please. He's -- 0:38:50
THE WITNESS: That's ten years ago you're asking me. I don't know -- I don't remember that far back.
BY MR. LEVISON:
**Q. Are there any records that you could look at that would figure out how many businesses you owned in 2014? 0:38:59**
A. Ten years ago, probably, but I don't -- I don't know.
**Q. How much did you invest in order to open the stores in Chicago? 0:39:10**

193

MR. MADUFF: Objection. Form.
THE WITNESS: I don't recall how much.
BY MR. LEVISON:
**Q. Was it more than $5,000? 0:39:16**
A. I don't recall how did we invest at that time. It's been, what, six, seven years? I don't recall. 0:39:26
**Q. Would there have been documents which would've shown what you invested in the stores in Chicago?**
A. Yes, possibly. 0:39:33
**Q. Would these investments be made from your personal accounts in the store -- the Chicago stores?**
A. MetroPCS I explained to you last time just if I remember now, --- if I remember MetroPCS opens the stores for us. They invest. 0:39:49
They -- they the one who spend the money to open the stores. We run the business, okay?
**Q. There -- but there are costs for like leases when you start a new business, correct? 0:39:59**
A. Yeah, they -- they provide all this costs. Metro --
**Q. So --**
A. -- PCS provide --
**Q. -- so they pay -- sorry. So they pay -- 0:40:07**

194

A. They bill the store from A to Z --
**Q. -- the rent --**
A. No. The rent is paid by the profit from store.
**Q. Okay. But in year -- in the first month of operation of Chicago stores, how was the rent being paid?**
A. I don't know. I -- 0:40:20
**Q. Did you --**
A. -- don't know that -- I -- I don't deal with this stuff. I am an investor again. Like I told you, I don't deal with this stuff. 0:40:27
**Q. If you're an investor, you must keep track of your investments and know how much money you're making.**
A. Yes. By looking at profit and loss statements every year. That's what I do. 0:40:37
**Q. Okay. So in 2020, what were your most profitable businesses?**
MR. MADUFF: Objection. Form. 0:40:42
THE WITNESS: I'm not going to answer that.
BY MR. LEVISON:
**Q. In 2021, what is your most profitable business? 0:40:46**
A. I'm not going to answer that.
**Q. In 2019, what was your most profitable**

195

**business?**
A. I'm not going to answer that. 0:40:51
**Q. In 2018, what was your most profitable business?**
A. I'm not going to answer that.
**Q. In 2017, what was your most profitable business? 0:40:59**
A. I'm not going to answer that.
**Q. In 2016, what was your most profitable business?**
A. I'm not going to answer that. 0:41:05
**Q. In 2015, what was your most profitable business?**
A. I am not going to answer that. Because I don't even know that. 0:41:12
**Q. Who was responsible for payroll shortages in 2015 for the Chicago stores?**
MR. MADUFF: Objection. Form. 0:41:21
THE WITNESS: I'm -- I'm not sure.
BY MR. LEVISON:
**Q. Did the stores in Chicago earn enough money to cover all salaries for employees? 0:41:32**
A. I don't --
MR. MADUFF: Objection --
THE WITNESS: -- know.

196

MR. MADUFF: -- form.
BY MR. LEVISON:
**Q. How about in 2016? Did the Chicago stores earn enough money to cover salaries for all employees? 0:41:42**
A. I'm not sure.
**Q. Who would know that information?**
A. 2016? I don't even remember who was handling that at that time. I don't know. 0:41:56
**Q. How about in 2017? The Chicago stores earn enough money to cover the salaries of its employees?**
MR. MADUFF: Objection -- 0:42:04
THE WITNESS: I'm not sure.
MR. MADUFF: -- form.
BY MR. LEVISON:
**Q. Did the Chicago stores ever have employees based in Florida? 0:42:12**
A. Repeat again? Chicago what?
MR. LEVISON: Christina, can you play it back?
(Recording replayed.)
THE WITNESS: Okay. Did I understand it -- can you repeat it just to make sure you understand? 0:42:38
Did Chicago business have employees in Florida? Is that's what's your question?
BY MR. LEVISON:

197

**Q. Correct. 0:42:42**
A. I don't know. I don't deal with employees.
**Q. Who is ultimately responsible to make sure that the businesses in Chicago had sufficient funding to operate? 0:42:54**
MR. MADUFF: Objection. Form.
THE WITNESS: Accountant. Or bookkeeping, I guess. You know.
BY MR. LEVISON:
**Q. That's the mathematical. If there was a shortfall, as the investor, would you be contributing money to cover a shortfall for the businesses? 0:43:10**
MR. MADUFF: Objection. Form.
THE WITNESS: We will borrow money.
BY MR. LEVISON:
**Q. And --**
A. For the business. 0:43:18
**Q. So the businesses would take out loans?**
A. That's the common practice. I don't recall what we did at that -- then, but that's the common practice. 0:43:26
**Q. That's your common practice or a common practice?**
A. That's a common practice.
**Q. What is your common practice? 0:43:33**

198

A. Take out loan for the business.
**Q. Do you know how many loans you had taken out for your businesses in 2015? 0:43:45**
MR. MADUFF: Objection --
THE WITNESS: No --
MR. MADUFF: -- form.
BY MR. LEVISON:
**Q. Do you need my question read back? 0:43:52**
A. No. I said no.
**Q. You did not take out any loans for the businesses in 20- --**
MR. MADUFF: Objection --
THE WITNESS: Wait.
MR. MADUFF: -- form. Objection, asked and answered -- 0:44:01
THE WITNESS: Wait.
MR. MADUFF: -- harassing.
THE WITNESS: One second. Repeat that question. Because I said "no" for another question. Repeat that question again. 0:44:06
BY MR. LEVISON:
**Q. Okay. Did your businesses take out any loans in 2015?**
MR. MADUFF: Form.
THE WITNESS: I don't -- I don't know. 0:44:14

199

BY MR. LEVISON:
**Q. If they took out loans, would you have to personally guarantee those loans?**
MR. MADUFF: Form. 0:44:21
THE WITNESS: I'm not sure. I don't think so.
BY MR. LEVISON:
**Q. Have you in the last five years personally guaranteed any loan for business which you invested in? 0:44:32**
A. I --
MR. MADUFF: Form.
THE WITNESS: -- don't -- I don't recall.
BY MR. LEVISON:
**Q. Where do you get the money for the initial investments to start a new business? 0:44:40**
MR. MADUFF: Form.
THE WITNESS: Do I get the money. From a loan.
BY MR. LEVISON:
**Q. So you take out loans to start businesses? 0:44:52**
A. Yes.
MR. MADUFF: Form.
BY MR. LEVISON:
**Q. Did you have to take out a loan to Chicago -- to start the Chicago stores? 0:44:59**

200

A. I don't recall that.
**Q. Did you have to take out any loans to start Mad Concept, LLC?**
A. I don't recall. 0:45:09
**Q. How does Mad Concept, LLC, earn money in order to pay you W-2 wages?**
A. The business. Make -- they make money. 0:45:21
**Q. What -- doing what?**
A. Retail. They sell cell phones.
**Q. So Mad Concept owns retail stores? 0:45:30**
A. Yes.
**Q. Does Mad Concept provide any management services for any other businesses other than the retail stores it owns?**
A. Far as I know, no, but I don't get involved in day-to-day operation. 0:45:44
**Q. I'm going to show you what we're going to mark as Exhibit 3.**
**(Exhibit No. 3 marked for identification.)**
BY MR. LEVISON:
**Q. The Mad Concepts, LLC. I'm showing a printout from the Division of Corporations for the State of Florida. 0:46:07**
**Is this the business which you're discussing that owns cellular stores?**

201

MR. MADUFF: Going to object again that this is a document that's never been provided. 0:46:15
THE WITNESS: I'm assuming yes. If you pulled that off some base, yeah.
BY MR. LEVISON:
**Q. It seems to be that you created Mad Concepts in approximately December 2018. What business were you paid out of before the -- by -- for wages before the creation of Mad Concepts in 2018? 0:46:42**
MR. MADUFF: Objection. Form.
THE WITNESS: I don't recall.
BY MR. LEVISON:
**Q. Is it possible you were paid wages from ACO Wireless at some point? 0:46:50**
A. I'm not sure.
**Q. Do you review your tax returns before you file them?**
MR. MADUFF: Objection -- 0:47:03
THE WITNESS: My --
MR. MADUFF: -- argumentative.
THE WITNESS: My accountant does.
BY MR. LEVISON:
**Q. But do you -- do you yourself review them before your accountant --**
A. I --

202

**Q. -- submits them? 0:47:11**
A. -- I don't -- I don't deal with numbers. There -- there -- there's a reason there's accountants. They take care of that. 0:47:17
**Q. So you wouldn't -- strike that.**
**Have you ever set your -- your own salary for one of the businesses that you own or invest in? 0:47:30**
A. Have I ever set my own salary?
**Q. Correct.**
A. Usually management does that. 0:47:39
**Q. And who would be the management who does that?**
A. My sister. She manages the business. She put an appropriate salary that the business can afford. 0:47:51
**Q. So your sister would be the best source to know what salaries Mad Concept paid.**
A. Yes.
**Q. Did she have a similar role related to either Sky Net Wireless IL or for WirelessPCS Chicago? 0:48:14**
A. Does she what again?
**Q. Does she have -- did she have a similar role for one of those Illinois businesses as what you're -- 0:48:22**
MR. MADUFF: Objection. Form.
BY MR. LEVISON:
**Q. -- describing as Mad Concepts?**

203

MR. MADUFF: Form. 0:48:25
THE WITNESS: No.
BY MR. LEVISON:
**Q. What work did you perform for Mad Concepts?**
A. What she performed or I -- what I performed? 0:48:32
**Q. What work do you perform?**
A. I'm a consultant. I don't really do that much work. I am an investor. 0:48:39
I -- I consult with them when I'm investing something. That's about it. I don't do day-to-day operation. 0:48:46
**Q. Okay. So what are you -- why are you paid wages through Mad Concept?**
A. Why do I get wages from Mad Concept. Because I get wages from Mad Concept. 0:48:57
**Q. Do you work in any of the retail stores for Mad Concept?**
A. No.
**Q. Do you work in the operation side of Mad Concept? 0:49:10**
A. No.
**Q. Has any business that you owned or invested ever pay wages to your brother, Moeen?**
MR. MADUFF: Objection. Form. 0:49:25
THE WITNESS: No. I don't think -- I don't

204

recall, no.
BY MR. LEVISON:
**Q. What is your wife's name?** **0:49:33**
MR. MADUFF: Objection --
THE WITNESS: I'm not answering that.
MR. MADUFF: -- harass- -- objection. Oppressive, harassing, and irrelevant. 0:49:39
You may answer the question.
BY MR. LEVISON:
**Q. Did you refuse to answer that --**
A. Yes --
**Q. -- information?**
A. -- I refuse -- I refuse to answer that, yes. 0:49:47
**Q. Since May 27, 2021, have you had any conversations with Dan Gajda?**
A. With who? 0:49:57
**Q. Dan Gajda.**
A. I don't know who that is.
MR. LEVISON: Dan, did I correctly pronounce your last name? If I didn't, I apologize, but I -- 0:50:07
MR. MADUFF: Dan --
MR. LEVISON: -- think I --
MR. MADUFF: -- Gajda is --
MR. LEVISON: -- corrected my -- 0:50:08
MR. MADUFF: -- is one of the two attorneys



working for you. His communication's been primarily with me.
I don't believe he's actually worked directly with Dan. 0:50:16
You can answer the question.
THE WITNESS: No. Don't recall ever speaking to him. Don't recall. 0:50:24
BY MR. LEVISON:
**Q. Have you had email communications with any of your lawyers related to this lawsuit since May 27, 2021?**
A. Couple -- couple of emails he sent me, yes. 0:50:42
**Q. Have you sent your lawyer any documents since May 27, 2021?**
A. No.
**Q. And what documents have your lawyers sent to you since May 27, 2021?** **0:50:56**
MR. MADUFF: All right. That I'm going to object to as invading the attorney-client privilege.
Anything that is directly related to the deposition you can answer. But there's a lot of stuff that goes toward the management of this case that is privileged and I'm directing you not to answer those questions. 0:51:11
BY MR. LEVISON:



**Q. Are you not answering -- going to answer my question?**
MR. MADUFF: Saed, are you there?
THE WITNESS: Yeah. Oh. I thought he spoke -- he's speaking to me or to you? 0:51:28
BY MR. LEVISON:
**Q. I'm asking you. These questions -- I'm only asking you questions.**
A. Oh. Okay. So --
**Q. You're not going to answer that question?** **0:51:33**
A. Repeat that question again. I can't remember now. We --- what is that question again?
**Q. Your lawyer has said -- do you understand what the difference is between conversations related to this deposition versus conversations related to general management of the case?** **0:51:51**
**Do you understand that distinction?**
A. I don't understand.
MR. MADUFF: Okay. Then what I mean is, is that if there is -- 0:51:59
MR. LEVISON: I'm -- I'm -- I'm --
MR. MADUFF: -- communication --
MR. LEVISON: -- not -- please, no speaking objections. You made your -- 0:52:02
MR. MADUFF: No, this --



MR. LEVISON: -- objection --
MR. MADUFF: -- but I gotta --
MR. LEVISON: -- for the record --
MR. MADUFF: -- this is not an objection. It's an instruction to the witness not to answer, and I'm going to tell him what not to answer. And -- 0:52:07
MR. LEVISON: I -- I haven't -- I've asked him -- his question was did he -- I haven't asked anything. I asked him if he understood the difference. 0:52:13
MR. MADUFF: Clearly he --
MR. LEVISON: And --
MR. MADUFF: -- didn't. That's why I need to --
MR. LEVISON: --- that's --
MR. MADUFF: instruct him properly.
MR. LEVISON: -- correct. That's the answer. You -- you do need to coach a witness. 0:52:20
And again, I'm going to --
MR. MADUFF: No --
MR. LEVISON: -- instruct you --
MR. MADUFF: -- I need to instruct --
MR. LEVISON: -- to stop coaching --
MR. MADUFF: Okay.
MR. LEVISON: -- the witness. 0:52:23
MR. MADUFF: I don't take instructions from

you, Brad. I take instructions from the Rules of Civil Procedure.
So I am instructing the witness not to answer as to privileged communications which go to how we're going to manage the case, settlement discussions, things like that. 0:52:37
To the extent that the question, Saed, relates to questions that are going to be in this deposition, when this deposition is, that you can answer. 0:52:47
(Certified question.)
BY MR. LEVISON:
**Q. Sir, have you had any conversations with your brother about settling this case?**
MR. MADUFF: I'm going to object to that as also calling for privileged communications. Those are internal to the client. 0:52:59
BY MR. LEVISON:
**Q. Are you refusing to answer my question?**
A. Yes. I am refusing to answer your question. 0:53:07
**Q. Have you talked to your brother about this lawsuit just between the two of you?**
A. Yes.
(Certified question.)
BY MR. LEVISON:

209

**Q. And during those conversations, have you discussed settling this case? 0:53:19**
MR. MADUFF: I'm going to --
THE WITNESS: No --
MR. MADUFF: -- object to that question and instruct the witness not to answer. 0:53:22
THE WITNESS: Then I'm not going to answer that.
(Certified question.)
BY MR. LEVISON:
**Q. And have you had conversations with Fatin Ittayem by herself related to this lawsuit? 0:53:33**
MR. MADUFF: I'm going to object to the question as calling for privileged communications to the extent that it is stuff that is coming through counsel and not directly related to this deposition. 0:53:45
THE WITNESS: Yeah, I'm --
BY MR. LEVISON:
**Q. Are you --**
A. -- not going to --
**Q. -- going to answer --**
A. -- answer that question. I'm not going to answer that question. 0:53:51
MR. LEVISON: We're going to certify this whole series of questions in which he's refused to

210

answer.
BY MR. LEVISON:
**Q. What companies have you invested in since 2014? 0:54:04**
A. 2014. I mean, you showed me a long list last time. You have them. 0:54:18
**Q. You refused to answer it last time, so I'm asking you if you have a --**
A. Yeah.
**Q. -- list that you -- do you keep a list of what you -- businesses you invest in? 0:54:26**
A. I could -- I could look them up. I know I invested in the Chicago companies. Okay. And I invested in Wireless Concepts. 0:54:40
And that's it. For now. And, oh, yeah, Pita Zone, which is a -- a -- a restaurant. I invested in that. Okay. 0:54:49
**Q. So the only ones you remember investing is the Chicago stores, Pita Zone, and Mad Concepts.**
A. Yes. And I had another restaurant I invested in. I can't recall the name, and that got shut down. 0:54:59
THE RECORDER: Sorry. What is it called?
THE WITNESS: I can't recall the name, but we shut -- I shut it -- I shut it down. You know. So. Yeah, those are the ones I remember right now. 0:55:10

211

BY MR. LEVISON:
**Q. Are you aware that the plaintiffs made a settlement demand in May 2021?**
MR. MADUFF: I'm going to object to the question insofar as it calls for privileged communications, but all settlement demands have been provided to the clients. 0:55:27
THE WITNESS: Yes.
BY MR. LEVISON:
**Q. Were you aware of a demand being made in October 2021?**
MR. MADUFF: Same objection. 0:55:35
THE WITNESS: Yes.
BY MR. LEVISON:
**Q. Have you ever reviewed a letter written on Herschman Levison Hobfoll, PLLC, letterhead? 0:55:50**
MR. MADUFF: I'm going to object to that question as necessarily it would've had to have come from counsel, and that goes to privileged communications that are not directed to this deposition. 0:55:59
And I'm going to instruct the witness not to answer.
THE WITNESS: Okay.
BY MR. LEVISON:

212

**Q. Sir, you're refusing to answer whether or not you'd seen a letter from my office. 0:56:07**
A. Yes. I'm refusing to answer.
**Q. How many personal bank accounts do you maintain?**
MR. MADUFF: Objection. Well beyond scope. Form. 0:56:24
THE WITNESS: I'm not going to answer that question.
BY MR. LEVISON:
**Q. Do you ever use bank accounts from one of your businesses to pay any household expenses? 0:56:32**
A. I have my own personal bank account, so no.
**Q. And do you write checks from your business accounts to your personal accounts? 0:56:41**
A. No.
**Q. So how do you get money from your businesses to yourself?**
A. I get -- if the company makes money, I get dividends. 0:56:52
**Q. Okay. And how -- who determines the dividends that you get paid?**
A. Depending on the profit of the company.
**Q. What dividends did you receive in 2020? 0:57:06**
MR. MADUFF: Objection --

213

THE WITNESS: I'm not going --
MR. MADUFF: -- form.
THE WITNESS: -- to answer that. 0:57:09
THE RECORDER: Sorry --
BY MR. LEVISON:
**Q. What dividends did you receive --**
THE RECORDER: I'm sorry --
BY MR. LEVISON:
**Q. -- in 2019?**
THE RECORDER: -- one -- one minute. I -- he spoke over the objection. Please repeat. 0:57:13
MR. MADUFF: My objection -- unless I go on, it's always form.
THE RECORDER: But I need -- I need Mr. Khalil's answer, please. 0:57:20
BY MR. LEVISON:
**Q. Are you refusing to answer who -- what dividends you received in --**
A. Oh.
**Q. -- 2020? 0:57:25**
A. I'm not going to answer that.
**Q. What dividends did you receive in 2019?**
A. I'm not going to answer that. 0:57:31
**Q. What dividends did you receive in 2018?**
A. I'm not going to answer that.

214

**Q. What dividends did you receive in 2017? 0:57:38**
A. I'm not going to answer that.
**Q. What dividends did you receive in 2016?**
A. I'm not going to answer that. 0:57:46
**Q. What dividends did you receive in 2015?**
A. I'm not going to answer that.
**Q. Who had signing authority for the bank account owned and maintained by Sky Net Wireless IL, LLC? 0:58:03**
A. I don't recall. It's been a while.
**Q. Who -- who had signing authority for the bank accounts owned and maintained by WirelessPCS Chicago, LLC? 0:58:14**
A. I don't recall. I don't know.
**Q. Who has signing authority for the bank accounts maintained or held by ACO Wireless, LLC? 0:58:22**
A. I don't know.
**Q. Do you have signing authority for checks written from accounts held by ACO Wireless, LLC? 0:58:33**
MR. MADUFF: Form.
THE WITNESS: I don't have checks. No. I don't deal with that stuff.
BY MR. LEVISON:
**Q. Do you have signing authority for the checks, though? 0:58:39**

215

A. If I --
MR. MADUFF: Objection --
THE WITNESS: -- wanted to.
MR. MADUFF: -- form.
THE WITNESS: I'm the owner, yes. But I don't -- I don't do it. 0:58:43
BY MR. LEVISON:
**Q. Did you have signing authority for checks off of Mad Concepts, LLC's accounts?**
MR. MADUFF: Objection. Form. 0:58:49
THE WITNESS: I don't -- I -- I don't sign checks.
BY MR. LEVISON:
**Q. Who opened up the bank accounts for ACO Wireless, LLC? 0:58:57**
A. Norbey.
**Q. Where'd the money come --**
A. Hold on --
**Q. -- to open --**
A. -- which -- which company again? 0:59:04
**Q. ACO Wireless, LLC.**
A. I don't recall that. That's a long time ago.
**Q. Where did the money come from to open the bank account for ACO Wireless, LLC? 0:59:12**
A. You don't need money to open a bank account.

216

**Q. Where did the money come from to open up the bank account for Sky Net Wireless IL, LLC? 0:59:24**
A. I don't recall.
**Q. At any point did Sky Net Wireless IL, LLC, and WirelessPCS Chicago, LLC, merge? 0:59:36**
MR. MADUFF: Objection. Form.
THE WITNESS: I don't recall that.
BY MR. LEVISON:
**Q. As the investor, would you be involved in making the decision about merging two businesses? 0:59:47**
MR. MADUFF: Objection. Form.
THE WITNESS: Hmm. Not necessarily.
BY MR. LEVISON:
**Q. Sir, did you read any of the deposition transcript in this matter? 1:00:11**
A. No.
**Q. Sir, did you speak with Mr. Trujillo following his deposition?**
A. No. 1:00:26
**Q. Sir, did you talk to your brother about his deposition?**
A. No.
**Q. In between the break between your brother's deposition and this deposition, did you speak to anyone? 1:00:38**

217

A. No. Did I speak to anyone between -- repeat that again.
**Q. In the last -- since the start of this deposition, who have you spoken -- 1:00:49**
A. Yeah.
**Q. -- to today?**
A. My lawyer --
THE RECORDER: I'm sorry --
THE WITNESS: -- so he tells --
THE RECORDER: -- can you --
THE WITNESS: -- me what -- my lawyer so he tells me what time to get on the -- on the -- on the phone. Yes. 1:00:57
BY MR. LEVISON:
**Q. You discuss anything else with your lawyers during that conversation?**
A. No. 1:01:01
**Q. Did you talk to your brother?**
A. No.
**Q. Have you talked to Fatin today? 1:01:08**
A. Yes.
**Q. What did you and Fatin discuss?**
A. It was a personal issue. It's not -- had -- had nothing to do with this case. 1:01:17
**Q. Did the personal issue have anything to do**

218

**with your other businesses?**
A. No. It's -- I said personal. I can't say it. 1:01:29
**Q. I understand, but I -- you --**
A. Okay.
**Q. -- told me that talking about your other businesses is personal, so I just want to make sure it's not related to business. 1:01:37**
MR. MADUFF: Objection. Mischaracterizes his statements.
BY MR. LEVISON:
**Q. Do you invest in any stocks or any other type of money market or anything like that? 1:02:01**
MR. MADUFF: Objection.
THE WITNESS: I'm not going --
MR. MADUFF: Oppressive --
THE WITNESS: -- to answer that.
MR. MADUFF: -- to the witness and not relevant. 1:02:06
But you can answer the question.
THE WITNESS: No, I'm not going to answer that.
BY MR. LEVISON:
**Q. Sir, are you currently or are you contemplating filing for bankruptcy? 1:02:15**

219

MR. MADUFF: Objection. Well beyond scope, oppressive, not relevant.
THE WITNESS: Everything's possible, but I don't -- I don't -- I'm not going to answer that. 1:02:24
BY MR. LEVISON:
**Q. Have you ever declared bankruptcy?**
A. I'm not going to --
MR. MADUFF: Objection --
THE WITNESS: -- answer that. 1:02:29
MR. MADUFF: -- not relevant, oppressive.
Go ahead and answer.
THE WITNESS: I'm not --
BY MR. LEVISON:
**Q. I think you --**
A. -- going to --
**Q. -- refused to answer that question. Is that correct? 1:02:37**
A. Yeah.
MR. MADUFF: Christina, how long --
BY MR. LEVISON:
**Q. Sir, if --**
MR. MADUFF: -- have we been --
BY MR. LEVISON:
**Q. -- I understand --**
MR. MADUFF: -- on the record with the -- 1:02:47

220

BY MR. LEVISON:
**Q. -- you correctly --**
MR. MADUFF: -- witness answering --
BY MR. LEVISON:
**Q. -- the --**
MR. MADUFF: -- questions?
BY MR. LEVISON:
**Q. -- only thing that you reviewed in preparation today was questions that your attorney said would be asked. 1:02:58**
**Is that correct?**
A. The only --- repeat that. I -- I --
**Q. The only thing that you reviewed today were a list of questions that your lawyer said you would be asked today. Is that correct? 1:03:10**
A. Correct.
**Q. Was this a -- a -- a separate document that you reviewed or is this just part of an -- in an email communication? 1:03:21**
A. What separate document? What's a --
**Q. Meaning --**
A. -- separate --
**Q. -- was it an attachment or was it a -- just an email that said here's question 1, here's question 2, or was it, see attachments, and you had to read a separate document? 1:03:38**
A. I don't know. I don't recall what -- how -- how did he send.
**Q. So how did you know what questions were going to be asked today? 1:03:47**
A. I read them.
**Q. So -- and that's what I'm trying to ask you. What was the format? Was it a PDF or was it part of an email? 1:03:55**
A. I don't -- I don't recall. It's a -- it's an email. Was it PDF or a part of email? I don't -- I didn't pay attention. I didn't -- I don't recall. 1:04:02
**Q. But it definitely was not a Court order that you read.**
MR. MADUFF: Objection. Form.
THE WITNESS: I don't know what's a Court order and what's not a Court order. I don't know. 1:04:13
BY MR. LEVISON:
**Q. And I just want to get back that -- you had said you know what a penalty is, right?**
MR. MADUFF: Objection, mischaracterizes testimony. Objection, form. 1:04:24
BY MR. LEVISON:
**Q. Do you understand that the Court has brought -- issued a penalty against the corporate defendants in this matter?**
MR. MADUFF: Objection. Form. 1:04:36
THE WITNESS: I don't understand.
BY MR. LEVISON:
**Q. Are you going to be personally responsible for any money that the corporate defendants have to pay in this matter? 1:04:48**
MR. MADUFF: Objection, form. Objection, well beyond scope.
THE WITNESS: I don't understand the question.
MR. MADUFF: Okay. I think we're done. We're beyond an hour. 1:04:56
Thank you, Saed.
THE WITNESS: All right. Thank you.
MR. LEVISON: Go off the record. 1:05:02
THE RECORDER: Off the record, 12:54 p.m.
(Off the record.)

CERTIFICATION

I, Christina Kollintzas, do hereby certify that the foregoing transcript of said deposition is a true, complete and correct report of the entire testimony so given by said witness, together with such other matters and things as counsel for the parties present at the taking of said deposition desire to have appear of record.

I further certify that on November 9, 2021 said witness, SAED HASAN KHALIL was first duly sworn to testify to the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then was recorded by audio/visual recording device, by me in the presence of said witness and thereafter transcribed into typewriting under my direction and control.

I further certify that I am not counsel for, nor attorney for any of the parties to the aforesaid cause, nor am I related to any of the parties to the aforesaid cause, nor am I interested in any manner in the said cause or in its outcome.

I further certify that the signature to the foregoing deposition was reserved by the witness.

IN TESTIMONY WHEREOF: I have hereunto set my hand and affixed my notarial seal:

Christina Kollintzas

December 4, 2021

**A**

**a.m** 149:3
**Aaron** 146:19 149:24 155:17 156:10,12,14 159:20 173:9,10,14 175:1
**ability** 185:14
**account** 151:23 152:4 213:13 215:8 216:24,25 217:2
**accountant** 170:21 187:24 188:3 198:7 202:21,24
**accountants** 170:18,19 203:3
**accounts** 157:2 178:19,22 194:13 213:4,11,15 213:15 215:12,16,19 216:9,14
**ACO** 164:10,12,24 165:5,13 165:18,19 167:12,17 167:21 168:14,19 176:20 180:16,18 187:20,22 188:6,15 202:13 215:16,19 216:14,21,24
**advice** 185:8,10
**affixed** 225:4
**afford** 203:14
**aforesaid** 224:12,18,20
**agent** 167:15,21
**agents** 168:13,19
**ago** 193:15,22 216:22
**agree** 190:1
**agreement** 149:3 190:4
**ahead** 160:14 164:17 174:24 220:11
**al** 145:5,11 149:6,6
**allow** 158:21 159:2
**amendment** 167:14
**annual** 179:11,17
**answer** 153:23,24 154:1 155:12,14,15,25 158:11,13,17,24,24 159:18 160:14,18 161:1,5,12,16 163:24 164:2,8,17 166:10 168:8,11,15 169:3,8 169:13,16,18,20 170:1 172:24 173:5,6 174:17,19 179:3,7,10 179:20 185:13 186:11,12,22,25 187:2,4 188:13 191:19 192:10 193:13 195:20,24 196:2,5,8,11,14 205:8,10,13 206:5,21 206:23 207:1,10 208:5,6,16 209:3,10 209:19,20 210:6,7,21 210:22,23 211:1,7 212:23 213:1,3,8 214:3,15,17,21,23,25 215:2,4,6 219:17,20 219:21 220:4,9,11,16
**answered** 182:15 183:2 199:15
**answering** 178:21 205:5 207:1 221:3
**answers** 175:22
**Antoinette** 146:11 150:5
**anymore** 189:6
**anyway** 164:9 179:15
**apologize** 205:20
**appear** 224:8
**appearances** 146:1 147:1 149:23
**appreciate** 160:15 188:22,22
**appropriate** 203:14
**approximately** 202:7
**argue** 156:7
**argumentative** 202:20
**Arlington** 146:22,24
**articles** 167:14,14
**asked** 158:20,25 199:14 208:7,8,9 221:10,15 222:5
**asking** 150:24 154:13,15 156:19 166:17,18 176:12 193:16 207:7 207:8 211:8
**aspect** 188:1
**assets** 152:7,11
**assume** 165:2
**assuming** 202:3
**attachment** 221:23
**attachments** 221:25
**attempted** 190:18
**attended** 179:11,17
**attention** 222:12
**attorney** 176:2,10 185:8,9,11 221:9 224:18
**attorney-client** 153:21 174:13,18 206:19
**attorneys** 149:22 205:25
**attorneys'** 152:21 154:20
**audio/visual** 224:13
**authority** 215:7,11,15,18,24 216:8
**aware** 154:22 212:2,10

**B**

**B** 146:19
**back** 162:8 182:12,23 183:4 187:6 190:14 193:17 197:19 199:8 222:19
**balance** 177:18
**bank** 151:23 152:4 178:8,14 178:16,19,22 213:4 213:11,13 215:7,11 215:15 216:14,24,25 217:2
**bankruptcy** 219:25 220:6
**base** 202:4
**based** 197:16
**basis** 153:21
**behalf** 149:13,24 150:1,3,5 188:6
**believe** 206:3
**best** 185:14 203:15
**beyond** 151:25 152:15,24 153:23 154:9 155:6 155:14 159:13 169:2 170:7 172:11,23 177:18 178:9 179:1 186:9 213:6 220:1 223:9,13
**bill** 195:1
**bit** 167:6
**bookkeeper** 170:23,24
**bookkeeping** 187:24,25 198:7
**books** 180:20
**borrow** 198:14
**borrowed** 156:23
**bottom** 167:19
**Brad** 156:3,9 168:9 175:18 209:1
**Bradley** 146:5 150:3
**break** 160:1 217:23
**brother** 189:4,14 190:10,22 191:12,15,19 204:23 209:14,21 217:20 218:18
**brother's** 217:23
**brothers** 191:23,25 192:3
**brought** 222:24
**business** 158:11,19 164:22,23 166:10 169:25 170:5 170:12,14 171:1 172:22 181:8 184:15 184:19 186:18 188:14 189:3,15,24 190:5 191:17,21 193:5 194:18,20 195:23 196:1,4,7,10 196:13 197:23 198:17 199:1 200:9 200:15 201:7,24 202:7 203:13,14 204:22 213:14 219:8
**businesses** 164:19,21 179:9 183:17,25 184:3,10 184:21 185:18,22,24 186:3,6 189:4 192:1 193:10,20 195:18 198:4,12,18 199:3,11 199:22 200:20 201:13 203:7,22 211:11 213:12,17 217:10 219:1,7
**businessman** 185:23
**by-** 145:19

**C**

**call** 189:16
**called** 211:22
**calling** 209:16 210:14
**calls** 189:1 212:5
**care** 203:4
**careful** 182:9
**case** 145:9 149:6 150:17 151:5,12,17 153:4,19 155:5 158:4 159:6 160:21 172:14 174:18 175:2 206:22 207:16 209:5,14 210:2 218:24
**cause** 224:12,19,20,21
**cell** 189:4,15 192:11 201:9 201:25
**cellular**
**certain** 159:9
**CERTIFICATION** 224:1
**Certified** 148:6 209:11,24 210:9
**certify** 210:24 224:2,9,17 225:1
**changed** 168:13,18
**checks** 157:1,16,24,25 158:3 213:14 215:18,21,24 216:8,12
**Chicago** 145:11,24 146:9,14 149:6,12 152:3,7 159:5,6 161:7 165:6 168:2,3 177:2,5,25 187:8,9,12 190:20 191:7 193:25 194:10 194:13 195:6 196:17 196:21 197:3,9,15,17 197:23 198:4 200:24 200:25 203:19 211:13,19 215:12 217:5
**Choate** 146:11,12 150:5,5
**Chris-** 157:6
**Christina** 149:16 157:12 197:18 220:19 224:2 225:7
**Civil** 209:1
**clarify** 183:11,11
**clearly** 157:10 174:13 208:10
**client** 155:19 160:1 209:17
**clients** 212:7
**coach** 208:17
**coaching** 208:22
**come** 212:18 216:17,23 217:1
**coming** 210:15
**commercial** 161:8
**common** 154:16 198:19,20,22 198:22,24,25
**communication** 185:11 207:22 221:19
**communication's** 206:1
**communications** 206:9 209:4,16 210:14 212:6,20
**companies** 153:9 189:17,17 211:3 211:13
**company** 162:5 164:11 165:19 176:18 177:9,11 188:16,24 189:1 192:4,9 213:19,23 216:20
**complete** 224:4
**completed** 167:12
**Concept** 162:17,20 163:1 164:6 171:14,17 172:13,16 179:12,18 188:11,11 201:3,5,10,12 203:16 204:13,14,15,17,20
**Concepts** 162:14,22 163:8,12,20 164:4 167:17 171:23 172:9 180:7,12,14,21 181:4 201:21 202:6,9 203:25 204:4 211:14 211:19 216:9
**confused** 188:20
**confusing** 188:23
**connection** 165:12 171:2
**consult** 204:9
**consultant** 204:7
**contemplating** 219:25
**continued** 145:15 147:1 150:10
**contributing** 198:11
**control** 165:13 166:25 224:16
**convened** 149:4
**conversation** 218:16
**conversations** 173:25 174:11,25 175:4,6 205:15 207:14,15 209:13 210:1,11
**corporate** 150:8 152:13 153:3,12 180:20 181:3 190:13 222:25 223:6
**corporation** 188:21
**corporations** 152:20 153:13 154:19 167:11 181:18 201:22
**correct** 157:21,23 160:19 176:3 178:18,20 182:22,25 190:12 191:13,16 194:20 198:1 203:9 208:16 220:17 221:11,15,16 224:4
**corrected** 205:24
**correctly** 160:17 181:17 205:19 221:2
**costs** 152:21 153:11 194:19

194:21
**counsel**
210:16 212:19 224:6 224:17
**couple**
175:10 206:12,12
**Court**
145:1,21 149:7,11 150:11,16 151:4,12 151:17 152:12,21 159:8 222:13,16,17 222:24
**cover**
166:21,21 196:22 197:4,10 198:12
**created**
202:6
**creation**
202:9
**CROSS**
148:3
**cues**
155:20,23
**currently**
152:3 161:10 162:9 219:24

**D**

**Dan**
205:15,17,19,21 206:4
**Daniel**
146:20 150:1
**dated**
150:17 167:19
**day-to-day**
201:16 204:10
**days**
162:8 190:14
**deal**
195:10,12 198:2 203:2 215:22
**debt**
177:9,11
**December**
202:7 225:8
**decision**
217:10
**declare**
161:14
**declared**
220:6
**defend**
155:4 156:20 157:17
**defendant**
155:2
**defendants**
145:13 146:16,16,17 149:25 152:14 153:4 222:25 223:6
**defending**
158:3
**definitely**
222:13
**demand**
145:21 149:11 212:3 212:10
**demands**
212:6
**depending**
163:14 189:21 190:5 213:23
**deposition**
145:15 149:5,10,10,18 150:10,15 159:9 169:21 175:1,19 183:13 206:21 207:15 209:9,9 210:16 212:21 217:14,18,21,24,24 218:4 224:3,7 225:2
**depositions**
174:16 175:4
**describing**
203:25
**desire**
224:7
**determine**
189:23 190:21
**determines**
213:21
**device**
149:17 224:13
**difference**
207:14 208:9
**different**
180:4 182:18 188:14 191:2
**DIRECT**
148:3 150:12
**directed**
212:20
**directing**
206:23
**direction**
224:15
**directly**
165:17 174:16 206:3 206:20 210:16
**directors**
179:12,18
**discovery**
167:5
**discuss**
174:7 218:15,22
**discussed**
210:2
**discussing**
201:24
**discussions**
153:22 209:5
**distinction**
207:17
**District**
145:1,2 149:7,8
**divide**
189:19
**dividends**
162:5 213:20,22,24 214:6,18,22,24 215:1 215:3,5
**Division**
145:3 149:9 167:11 201:22
**document**
150:17 167:18 202:2 221:17,20 222:1
**documents**
167:2 175:12,14,16 190:15 191:6,10 194:8 206:13,16
**doing**
182:10 191:22 201:8
**dollars**
163:23 164:7
**drawn**
167:4
**duly**
224:10

**E**

**ear**
169:23
**earn**
196:21 197:4,9 201:5
**Eastern**
145:3 149:8
**effort**
160:13
**either**
152:6 179:10 193:1 203:18
**email**
206:9 221:18,24 222:9 222:11,11
**emails**
206:12
**employees**
196:22 197:4,10,15,23 198:2
**English**
167:3
**enlarge**
166:25
**entered**
150:16 153:3,19
**Enterprises**
166:1 167:18
**entire**
224:4
**entity**
158:2
**estate**
178:25
**et**
145:5,11 149:5,6
**Everything's**
220:3
**EXAMINATION**
148:1 150:12
**Exhibit**
148:13,15 150:15,18 166:12,13,16 201:18 201:19
**existed**
190:15
**expenses**
213:12
**explained**
194:14
**extent**
174:15 185:7,8,10 209:7 210:15
**eyes**
151:8

**F**

**face**
171:10 179:20 185:20
**familiar**
171:12 188:24,25
**family**
192:8
**far**
152:5,9 180:19 187:6 193:16 201:15
**Fatin**
147:5 150:8 172:17 175:10 210:11 218:20,22
**fees**
152:21 153:10 154:20 155:4 172:13
**figure**
176:13 177:24 193:20
**file**
202:17
**filing**
167:10 219:25
**finances**
160:19
**find**
193:12
**fine**
183:11,14
**finish**
193:13
**finished**
156:8,10
**first**
150:24 166:15 182:22 195:5 224:10
**five**
173:19 183:24 200:8
**Florida**
167:11 176:18 188:16 188:24 197:16,24 201:23
**following**
217:18
**foregoing**
224:3 225:2
**form**
151:6,14,19 152:8,16 152:23 153:5,14 154:6,23 156:22 158:6 162:23 163:4 163:13 164:14,16 165:1,9,14,22 167:25 168:20 170:9 171:15 172:25 177:6 178:3 178:10 179:13 180:8 180:22 181:9,22 182:8 183:21,22 184:6 186:4,10 188:9 189:5,20,25 190:6 191:1 193:7 194:1 195:19 196:18 197:1 197:13 198:6,13 199:6,14,24 200:4,11 200:16,22 202:10 203:23 204:1,24 213:7 214:2,13 215:20 216:4,10 217:6,11 222:15,22 223:2,8
**format**
222:8
**front**
150:21
**frustrated**
191:22
**funding**
198:4
**further**
224:9,17 225:1

**G**

**Gajda**
146:20 150:1,1 205:15 205:17,23
**general**
207:15
**give**
151:8 191:20
**given**
224:5
**giving**
155:19,23
**go**
160:14 161:21 164:17 166:20 174:24 177:24 182:12,23 183:4 209:4 214:12 220:11 223:16
**goes**
174:17 185:15 206:22 212:19
**going**
150:14,15 152:11 153:20 155:17 156:1 156:5 158:11,21,24 159:2,13 160:4,18,24 161:12,16,19 163:24 164:2,8 166:10,11,20 169:1,13,18 170:1 172:24 173:6 174:12 174:18 176:4,7 179:2 179:7,10 182:18 184:22 186:11,22,25 187:2,4,6 188:13 192:10 195:20,24 196:2,5,8,11,14 201:17,17 202:1 206:18 207:1,10 208:6,18 209:5,8,15 210:3,7,13,20,21,22 210:24 212:4,17,22 213:8 214:1,21,23,25 215:2,4,6 219:15,21 220:4,7,15 222:4 223:5
**good**
149:1 167:3
**gotta**
185:5,5 208:2
**greatest**
192:15,18,21,24 193:2
**guarantee**
200:3
**guaranteed**
200:9
**guess**
185:25 198:8

**H**

**hand**
149:19 171:10 179:19 185:19 225:4
**handle**
165:24
**handles**
163:16
**handling**
197:7
**harass-**
205:6
**harassing**
199:17 205:7
**HASAN**
224:10
**he'll**
183:11
**hear**
157:8 168:15 178:11
**heart**
171:20 193:4
**Heights**
146:22,24
**held**
215:16,19
**hereunto**
225:3
**Herschman**
146:6 212:16
**Hmm**
217:12
**Hobfoll**
146:6 212:16
**Hold**
216:18
**home**
168:24
**hour**
223:13
**household**
161:13,15 213:12
**hundred**
163:22 164:7
**Hunter**
145:5 149:5

**I**

**idea**
185:9
**identification**
150:18 166:13 201:19
**identified**
176:2
**identifying**
167:16
**IL**
151:22 152:6 164:25 176:24 187:15,17 190:8 203:19 215:8 217:2,4
**Illinois**
145:2,24 146:9,14,24 149:8,13 176:25 190:11 203:22
**improper**
175:22
**inappropriate**
155:14
**including**
149:25
**income**
161:14 162:3 192:15 192:18,21,24 193:2
**incorporate**
184:14,19,21 185:18 185:22
**incorporated**
183:18,24 184:2,9
**incorporation**
167:15
**INDEX**
148:1,6,13
**information**
197:6 205:12
**initial**
200:14
**insofar**
212:5
**instance**
149:14
**instruct**
155:13,15 159:14 174:19 208:15,20,21

210:6 212:22
**instructing** 158:17 209:3
**instruction** 208:5
**instructions** 208:25 209:1
**interested** 224:20
**internal** 209:17
**invading** 206:19
**invest** 162:5 185:23 189:17 189:17 192:1,5 193:24 194:5,16 203:7 211:11 219:12
**invested** 170:14 192:9 194:9 200:9 204:22 211:3 211:13,14,16,20
**investing** 204:9 211:18
**investments** 194:12 195:14 200:15
**investor** 195:11,13 198:11 204:8 217:9
**involved** 175:6 201:15 217:9
**irrelevant** 205:7
**issue** 218:23,25
**issued** 222:25
**Ittayem** 147:5 150:8 172:17 210:12

**J**

**Jefferson** 145:22 149:12
**joined** 150:7
**Judge** 153:3 175:19
**June** 177:16

**K**

**keep** 181:5,6 191:21 195:13 211:10
**keeps** 180:20,24 181:3
**Khalil** 145:15 146:17 149:15 149:16 150:10,14 154:10 166:1 167:18 224:10
**Khalil's** 214:15
**kind** 182:10
**know** 152:5,9 153:15 154:3,5 154:17,19 158:7 162:18,21 164:23 165:23 166:2 167:6 168:1,13,18 170:8,13 170:16,17 171:4,20 172:1 173:20,22,24 176:12 177:17 180:9 180:19 184:13 185:14 187:7,22 188:17 189:16,18 190:17,25 191:17 193:4,11,16,23 195:8 195:10,14 196:15,25 197:6,8 198:2,8 199:2,25 201:15 203:16 205:18 211:12,24 215:14,17 222:2,4,16,17,20
**Kollintzas** 149:16 224:2 225:7

**L**

**LaSalle** 146:7
**Law** 146:12
**lawsuit** 155:2 156:20 157:3,17 158:10 206:10 209:22 210:12
**lawyer** 153:7 166:4 167:2 173:10,14 206:13 207:13 218:7,11 221:14
**lawyers** 156:20 157:2,17 158:3 184:18,18 206:10,16 218:15
**lay** 191:7
**learn** 184:14
**leases** 194:19
**led** 153:11
**left** 151:23 152:4
**legal** 153:10 154:17,18,20 155:4 172:13 185:8 185:10
**let's** 182:11 183:12
**letter** 166:21,22 212:15 213:2
**letterhead** 212:16
**Levison** 146:5,6 150:3,3,9,13 150:19 151:11,16,21 152:2,10,19 153:1,8 153:17,25 154:14,25 155:11,17,22,24 156:1,4,6,8,10,12,14 156:16,18,25 157:6 157:12,14,15,20 158:8 159:3,20,23,25 160:7,8,11,15,16 161:4 162:25 163:7 163:17 164:20 165:4 165:11,16,25 166:14 167:8,9 168:4,7,12 168:23 170:3,10 171:7,13,18 172:7,12 173:2,7 174:10,22 175:25 177:10 178:5 178:13,17 179:4,16 180:1,11,25 181:15 182:1,4,17 183:16,23 184:8 185:17 186:1,7 186:15 188:10 189:7 189:11,22 190:2,7 191:5,24 192:13 193:9,18 194:3 195:21 196:20 197:2 197:14,18,25 198:9 198:15 199:7,21 200:1,7,13,19,23 201:20 202:5,12,22 203:24 204:3 205:2,9 205:19,22,24 206:8 206:25 207:6,21,23 208:1,3,7,11,14,16 208:20,22,24 209:12 209:18,25 210:10,18 210:24 211:2 212:1,9 212:14,16,25 213:10 214:5,8,16 215:23 216:7,13 217:8,13 218:14 219:11,23 220:5,13,20,23 221:1 221:4,7 222:18,23 223:4,16
**limited** 159:25 160:7
**line** 148:8 154:8
**list** 211:5,10,10 221:14
**little** 167:6
**living** 170:2
**LLC** 145:11 146:21 149:6 151:22 152:3,6,7 163:12,20 164:10,12 164:24,25 165:5,6,13 165:18,19 166:1 167:17,18 176:18,21 176:24 177:2 180:16 187:9,12,15,17,20,22 188:16,23 190:8,20 191:8 201:3,5,21 215:9,13,16,19 216:15,21,24 217:2,4 217:5
**LLC's** 216:9
**loan** 158:9,10,14 187:11,14 199:1 200:9,18,24
**loaned** 179:8
**loans** 172:19 177:8,11 179:6 186:17,18,18,21,24 187:1,3,5,9,18,20,23 188:12 198:18 199:2 199:10,22 200:2,3,20 201:2
**located** 149:12
**long** 162:16 211:5 216:22 220:19
**look** 190:17,18 193:19 211:12
**looked** 191:10
**looking** 195:15
**loss** 195:15
**lot** 182:11 206:21
**Louie** 146:13

**M**

**Mad** 162:11,12,14,17,20,22 163:1,8,11,20 164:4 164:6 167:17 171:1,2 171:3,14,16,22 172:8 172:13,16 179:12,18 180:7,12,14,21 181:3 188:11,11 192:14 201:3,5,10,12,21 202:6,9 203:16,25 204:4,13,14,15,17,19 211:19 216:9
**Maduff** 146:19,21,21 149:24 149:24 150:7 151:6 151:14,19,25 152:8 152:15,23 153:5,14 153:20 154:6,8,23 155:6,10,13,21,23,25 156:3,5,7,9,11,13,15 156:21 157:18 158:5 158:16,22 159:8,12 159:14,16,18 160:6 160:10,13,25 161:2 162:23 163:4,13 164:14,16 165:1,7,9 165:14,20,22 167:4 167:22,25 168:6,9,11 168:20,25 169:2,4,10 169:12,14,16,20,24 170:7,9 171:15 172:3 172:5,11,21,23,25 173:9,14 174:7,9,12 175:1,4,7,17,22 177:6 178:3,9,15 179:1,13 180:8,22 181:9,20,22 182:8 183:3,5,7,9,19,21 184:4,6,22,24 185:2 185:4,7,13 186:4,9 186:12 188:7,9 189:5 189:20,25 190:6 191:1,18 193:7,13 194:1 195:19 196:18 196:24 197:1,11,13 198:6,13 199:4,6,12 199:14,17,24 200:4 200:11,16,22 202:1 202:10,18,20 203:23 204:1,24 205:4,6,21 205:23,25 206:18 207:3,19,22,25 208:2 208:4,10,12,15,19,21 208:23,25 209:15 210:3,5,13 212:4,12 212:17 213:6,25 214:2,12 215:20 216:2,4,10 217:6,11 219:9,14,16,18 220:1 220:8,10,19,22,25 221:3,6 222:15,21 223:2,8,12
**maintain** 213:5
**maintained** 215:8,12,16
**making** 195:14 217:10
**manage** 163:5 164:12,24 165:5 209:5
**management** 164:11 201:12 203:10 203:11 206:22 207:16
**manager** 163:15
**managers** 167:17 179:12,18
**manages** 163:8 164:13,19 203:13
**manner** 224:20
**mark** 150:15 166:11 201:18
**marked** 150:18 166:13 201:19
**market** 219:13
**mathematical** 198:10
**matter** 149:5 217:15 223:1,7
**matters** 224:6
**mean** 173:10 178:19 181:12 207:19 211:5
**Meaning** 221:21
**means** 154:18 180:10
**meeting** 179:11,17
**meetings** 174:8 181:7
**member** 180:7,10
**members** 192:8
**memory** 177:20
**merchandise** 177:13,15
**merge** 217:5
**merging** 217:10
**Merino** 166:3,5 167:12,16,20
**Metro** 177:18 178:1 194:22
**MetroPCS** 177:13,16 178:2,6 194:14,15
**Michael** 166:3,5 167:12
**mind** 157:8 159:19 160:14
**minute** 214:10
**mischaracterizes** 219:9 222:21
**misunderstood** 181:10 182:15 183:2
**Mm-hmm** 158:18
**Moeen** 191:13 192:1,4 204:23
**Moeen's** 189:1
**Monday** 149:2
**money** 151:22 152:4 154:5 156:23 162:6 177:8 179:8 186:2,5 187:11 187:14 194:17 195:14 196:21 197:4 197:10 198:12,14 200:14,17 201:5,7 213:17,19 216:17,23 216:25 217:1 219:13 223:6
**month** 151:5,13,18 195:5
**morning** 149:1
**mortgages** 161:10 178:25
**motion** 153:11 154:21
**mouth** 157:8
**moving** 151:8 156:17

**N**

**name** 149:16 171:19,22 172:2 188:19,20 205:3,20 211:21,23
**named** 155:2
**names** 179:24
**necessarily** 212:18 217:12
**need** 179:19 182:22 189:10 199:8 208:12,17,21 214:14,14 216:25
**needed** 177:12 184:20
**Net** 151:22 152:6 164:24 171:3,4,5,12 176:18 176:23 187:14,17 188:16,23 190:8 203:19 215:8 217:2,4
**never** 159:19 160:14 167:5 202:2
**new** 167:15 186:21,24 194:20 200:15
**nicely** 155:18
**Norbert** 163:9,10,18
**Norbey** 170:20,21,21 171:24 171:24 172:4,6 187:25 188:4 216:16
**Northern**

145:2 149:8
**notarial**
225:4
**notary**
149:17
**November**
145:17 149:2 151:18 224:9
**number**
145:9 148:8,8,15,15 161:18,23
**numbers**
177:17 203:2

**O**

**oath**
149:19
**object**
152:15 153:20 174:12 183:19 184:24 185:5 185:5 202:1 206:19 209:15 210:5,13 212:4,17
**objection**
151:6,14,19,25 152:8 152:16,23,23 153:5 153:14 154:6,23 155:6 156:21,22 157:18 158:5,5 161:2 161:3 162:23 163:4 163:13 164:16 165:1 165:7,14,20 167:22 167:23 168:20,25 169:6 171:15 172:21 172:23 177:6 178:3,9 178:10 179:13 180:8 180:22 181:9,20 182:3,6 184:6 186:4 186:9,10 188:7 189:5 189:20,25 190:6 191:1,1 193:7 194:1 195:19 196:18,24 197:11 198:6,13 199:4,12,14 202:10 202:18 203:23 204:24 205:4,6 208:1 208:4 212:12 213:6 213:25 214:11,12 216:2,10 217:6,11 219:9,14 220:1,8 222:15,21,22 223:2,8 223:8
**objections**
155:18 160:5 178:15 207:24
**October**
150:17 151:5,13 152:13,22 212:11
**office**
188:18 213:2
**officers**
179:12,18
**oh**
164:18 171:11 179:21 207:4,9 211:15 214:19
**okay**
153:20 156:3 160:22 163:18 166:20 168:11 169:24 174:20 176:1,6,11,17 180:6 181:6,10 182:2 182:12 183:3,14
184:22 185:12 186:8 186:14 188:19 190:15 194:18 195:5 195:17 197:21 199:22 204:12 207:9 207:19 208:23 211:13,17 212:24 213:21 219:5 223:12
**once**
155:18 173:16,17
**ones**
190:23 211:18,25
**open**
193:24 194:18 216:19 216:23,25 217:1
**opened**
216:14
**opens**
194:15
**operate**
198:5
**operation**
195:6 201:16 204:11 204:19
**operator**
149:18
**oppressive**
169:6 205:7 219:16 220:2,10
**order**
150:11,20,21,25 151:3 152:22 153:11 193:24 201:6 222:13 222:17,17
**ordered**
150:16 152:12 153:10 154:20 175:19
**orders**
151:4,12,17
**outcome**
224:21
**outside**
168:24 170:21
**outstanding**
161:11 177:18
**owed**
177:16,25
**owned**
190:9,10,21,22 193:20 204:22 215:8,12
**owner**
165:15,17,17,18 180:12,14,16 216:5
**owners**
180:18
**ownership**
165:12 172:8
**owns**
177:13 201:10,14,25

**P**

**p.m**
223:17
**page**
148:8,15 150:22,24 166:15,20 167:16
**pages**
150:23
**paid**
170:15 172:13,16 177:12 195:3,7 202:8 202:13 203:16 204:12 213:22
**papers**
190:13
**paperwork**
165:24
**Parkway**
146:13
**part**
221:18 222:8,11
**part-**
189:12
**parties**
149:3 224:6,18,19
**partners**
189:6,8,14,16
**pay**
152:21 153:10 154:20 156:23 157:2 177:8 177:14,19 194:25,25 201:6 204:23 213:12 222:12 223:6
**paying**
152:12 155:4 156:19
**payroll**
192:4,8 196:16
**pays**
163:1
**PCS**
194:24
**PDF**
222:8,11
**penalty**
154:5 222:20,25
**people**
163:5,11 171:16 185:25
**percent**
181:23
**perform**
166:5 204:4,6
**performed**
204:5,5
**person**
158:2 163:2,10 171:22 174:5
**personal**
157:2,16 158:10,19,25 160:19 161:6,17 169:7,25 172:19 178:21,22 179:2 186:18,23 187:1 188:5 191:21 194:13 213:4,13,15 218:23 218:25 219:2,7
**personally**
155:1,5 159:7 200:3,8 223:5
**persons**
179:9
**phone**
173:25 189:4,15 192:11 218:13
**phones**
201:9
**Pita**
211:15,19
**plaintiff**
149:13,14
**plaintiffs**
145:7 146:3 150:4,6 212:2
**plaintiffs'**
154:20
**play**
197:18
**please**
149:19,22 155:18,19 159:21 167:7 171:10 171:19 173:1,4 179:23 182:13 185:19 186:12 193:14 207:23 214:11,15
**PLLC**
146:6 212:16
**point**
202:14 217:4
**pointless**
176:15
**posed**
175:18
**possible**
202:13 220:3
**possibly**
184:1 194:11
**practice**
153:11 198:19,21,22 198:23,24,25
**preparation**
175:12 221:9
**prepare**
175:14
**presence**
224:14
**present**
147:3 178:24 224:7
**presently**
152:7
**primarily**
206:1
**printout**
201:22
**privilege**
153:21 174:14,18 206:19
**privileged**
160:2 185:11 206:23 209:4,16 210:14 212:5,19
**probably**
173:17 193:22
**problem**
186:23
**Procedure**
209:2
**profit**
195:3,15 213:23
**profitable**
193:5 195:18,22,25 196:3,6,9,12
**profits**
189:19
**pronounce**
205:19
**properly**
208:15
**properties**
160:23 161:6,8
**provide**
161:22 194:21,24 201:12
**provided**
167:5 202:2 212:7
**public**
149:17
**pulled**
202:4
**pursuant**
150:11
**put**
189:23 203:14

**Q**

**question**
148:6 151:10 152:18 153:24 154:1,2 155:12 156:4,11,15 156:17 158:12,13 161:1,5,12 168:8,16 168:18,21 169:10,15 169:19,20 174:13 178:12 179:14,15,22 180:3,5,23 181:11,13 181:13 182:13,14,19 182:22 183:10 185:13 188:13,19,21 191:2,19 197:24 199:8,19,19,20 205:8 206:5 207:2,10,11,12 208:8 209:7,11,19,20 209:24 210:5,9,14,22 210:23 212:5,18 213:9 219:20 220:16 221:24,24 223:11
**questioning**
154:8
**questions**
155:14,16,25 158:17 159:9,15,18 160:18 161:16 169:17 175:18,24 176:2,4,6 176:9,15 186:13 206:24 207:7,8 209:8 210:25 221:6,9,14 222:4

**R**

**raise**
149:19
**rang**
192:11
**read**
150:20,21,25 151:4,12 151:17 157:14 166:24 167:1,2,3 199:8 217:14 221:25 222:6,14
**reading**
151:3
**real**
178:25
**really**
168:22 174:3 176:14 176:15 204:7
**reason**
203:3
**recall**
151:1,2,3 162:2,21 172:18 173:15,18 174:4 175:5,11 177:20 183:20 187:10,19,21 189:9 189:13,13 190:23 191:3 192:17,20,23 193:1,8 194:2,5,7 198:19 200:12 201:1 201:4 202:11 205:1 206:6,7 211:21,23 215:10,14 216:22 217:3,7 222:2,10,12
**receive**
162:19 170:4,11 175:23 177:7 213:24 214:6,22,24 215:1,3 215:5
**received**
161:25 176:17,20,23 177:1 186:2,5 214:18
**receiving**
162:9,16 163:11,20 164:3,6
**recognize**
159:10
**record**
149:2,23 150:9 160:2 161:21,22 183:1 208:3 220:25 223:16 223:17,18 224:8
**recorded**
145:19 149:11 224:13
**RECORDER**
149:1,21 154:10 157:5 157:7,10 159:17,21 159:24 171:6,9 172:2 173:1,4 179:19 181:25 182:3,6,9 183:22 185:19 189:10 211:22 214:4 214:7,10,14 218:8,10 223:17
**recording**
197:20 224:13
**records**
180:21 181:3,6,7 193:19
**RECROSS**
148:3
**redepose**
153:12
**REDIRECT**
148:3
**reflect**
150:9
**reflecting**
181:7
**refuse**
205:10,13,13
**refused**
210:25 211:7 220:16
**refusing**
154:1 155:12 158:13 161:5 168:5,15 209:19,20 213:1,3 214:17
**registered**
167:15,21 168:13,19
**registration**
167:10
**related**
151:4 153:10 154:21 158:10 175:1,2 181:7 189:4 191:7 203:18 206:10,20 207:14,15 210:12,16 219:8 224:19
**relates**
174:16 209:8
**relationship**
188:15 189:3
**relevant**
169:7 219:19 220:2,10
**remember**
176:15 193:16 194:15

194:15 197:7 207:11 211:18,25
**remote** 149:4
**remotely** 145:19 149:11
**remove** 171:9 185:19
**rent** 195:2,3,6
**reopened** 159:9
**repeat** 151:10 154:10 156:2 157:7 171:9 172:2 173:4,4 180:23 181:11,14 182:13,16 188:19,21 197:17,22 199:18,20 207:11 214:11 218:1 221:12
**replayed** 197:20
**report** 224:4
**Reporting** 145:21 149:11
**represent** 150:16
**representative** 150:8
**reps** 153:12
**reserved** 225:2
**residential** 160:22
**responsible** 196:16 198:3 223:5
**rest** 150:22
**restaurant** 211:16,20
**retail** 201:9,10,13 204:16
**returns** 161:15 202:16
**review** 175:12,15,16 202:16 202:23
**reviewed** 176:1 212:15 221:8,13 221:18
**right** 149:19 158:22 160:6 174:9 175:17 177:20 180:24 206:18 211:25 222:20 223:15
**Road** 146:22
**role** 203:18,21
**Rules** 209:1
**run** 181:18 194:18

**S**

**S** 146:5,20
**Saed** 145:15 149:15 150:10 158:16 159:8 169:21 183:5,7,7 186:12 191:18 207:3 209:7 223:14 224:10
**Saen** 145:15
**Saidah** 171:25 172:3 192:7
**salaries** 162:22 163:11,11 196:22 197:4,10 203:16
**salary** 163:2,3,19 172:16 203:6,8,14
**sale** 177:5
**Sam** 158:16
**sanction** 153:2 154:3,15
**sanctioned** 152:21
**sanctions** 152:12 153:19
**saying** 179:24
**says** 166:21
**scope** 152:1,15,24 154:9 155:6,15 156:21 158:5 161:3 167:22 169:4 170:9 172:11 172:23 178:9 179:1 186:9,10 213:6 220:1 223:9
**seal** 225:4
**second** 151:9 199:18
**section** 167:11
**Security** 161:18,20,22
**see** 150:21,22,23 166:15 166:21 221:25
**seen** 213:2
**sell** 201:9
**send** 222:3
**sent** 175:19 176:8,9 206:12 206:13,16
**separate** 221:17,20,22 222:1
**September** 167:13,19,21 168:14 168:19
**series** 210:25
**services** 166:5 201:13
**set** 163:10 203:6,8 225:3
**sets** 162:22
**setting** 163:2,19
**settlement** 209:5 212:3,6
**settling** 209:14 210:2
**seven** 194:6
**share** 188:18
**shares** 189:21,23 190:9,10,21 190:21
**shortages** 196:16
**shortfall** 198:11,12
**show** 150:14 166:11 201:17
**showed** 211:5
**showing** 150:24 167:15 190:3,9 201:21
**shown** 194:9
**shows** 190:13
**shut** 211:21,24,24,24
**side** 204:19
**sign** 216:11
**signature** 225:1
**signed** 167:16
**signing** 215:7,11,15,18,24 216:8
**similar** 203:18,21
**sir** 160:9,17,22 161:8,10 161:13,18,21,25 162:3 163:25 164:10 166:18 168:16,24 170:11,14,25 176:17 209:13 213:1 217:14 217:17,20 219:24 220:21
**sister** 163:15,18 171:25 172:5,6,8 192:7 203:13,15
**sister's** 172:2
**six** 194:6
**Sky** 151:22 152:6 164:24 176:18,23 187:14,17 188:16,23 190:8 203:19 215:8 217:2,4
**SkyNet** 146:16
**slow** 182:11
**slowly** 179:23
**Smart** 171:3,4,5,12
**Social** 161:18,19,22
**sorry** 151:7 157:4,5 158:23 164:15 169:22 171:6 175:17 178:12 179:21 181:25 185:1 185:21,21 187:8 189:10 192:12 194:25 211:22 214:4 214:7 218:8
**sort** 176:13
**sought** 185:8,10
**source** 161:14 192:15,18,21 192:24 193:2 203:15
**sources** 162:3
**South** 145:22 146:7,13 149:12
**speak** 159:21 179:22,23 182:10 217:17,24 218:1
**speaking** 206:6 207:5,23
**specifically** 164:21 170:24
**spend** 194:17
**spoke** 173:5 207:4 214:11
**spoken** 173:8,13 218:4
**spouse** 168:24
**stand** 183:12
**Standing** 156:21 160:25 161:2 167:22 184:4 186:10
**start** 194:20 200:15,20,25 201:2 218:3
**state** 149:22 201:23
**statements** 195:16 219:10
**States** 145:1 149:7
**stocks** 219:12
**stop** 155:18,19 160:4 175:17 208:22
**store** 194:13 195:1,4
**stores** 177:5,25 193:25 194:9 194:13,16,18 195:6 196:17,21 197:3,9,15 200:25 201:10,14,25 204:16 211:19
**Street** 145:22 146:7 149:12
**strike** 178:23 186:20 192:14 203:5
**stuff** 159:1,6 161:17 164:23 178:21 195:11,12 206:21 210:15 215:22
**submit** 184:18,19
**submits** 203:1
**sufficient** 198:4
**Suite** 145:23 146:8,23
**sun** 151:8
**support** 186:8
**sure** 162:8 164:5,8 165:3,10 166:25 174:3 175:11 177:21 180:24 181:17 182:16 184:1 184:7 189:2 196:19 197:5,12,22 198:3 200:5 202:15 219:7
**sworn** 149:20 224:10

**T**

**take** 160:1 179:19 186:21 186:24 187:1,3,5,9 187:17 198:18 199:1 199:10,22 200:20,24 201:2 203:4 208:25 209:1
**taken** 149:14 150:10 158:9 179:5 187:20 188:11 199:2
**talk** 160:1 217:20 218:18
**talked** 209:21 218:20
**talking** 155:18 160:5 191:13 219:6
**tax** 161:15 202:16
**tell** 158:23 167:8 176:4 208:6
**telling** 155:19
**tells** 177:21 218:9,12
**ten** 173:21 182:21 183:17 184:2 193:15,22
**term** 154:17,18
**testify** 224:11
**testimony** 222:22 224:5,12 225:3
**Thank** 149:21 223:14,15
**thing** 166:7,9 221:8,13
**things** 153:7,16,23 209:6 224:6
**think** 157:25 166:8 173:24 174:3 175:10 182:14 184:11 190:13,14 200:5 204:25 205:22 220:14 223:12
**thought** 207:4
**thousand** 163:22 164:7
**time** 149:2,18 158:20,21 159:25 160:7 179:24 191:4 194:6,14 197:8 211:6,7 216:22 218:12
**times** 173:13,19,21,23
**today** 149:15 150:20,25 159:2 175:13 176:5,7 182:11 218:6,20 221:9,13,15 222:5
**told** 153:18 175:3 184:20 195:11 219:6
**track** 195:13
**transcribed** 224:15
**transcript** 217:15 224:3
**true** 224:4
**Trujillo** 217:17
**truth** 224:11,11,12
**try** 183:12 185:23
**trying** 156:17 222:7
**Tuesday** 145:16
**two** 152:13,20 153:3,12 174:3 205:25 209:22 217:10
**type** 179:5 219:12
**typewriting** 224:15

**U**

**ultimately** 198:3
**uncovering** 157:8
**under-** 183:1
**understand** 152:17,20,25 153:2,6,9 153:16,16 154:2,7,12 155:1,8,9 158:18 160:17 168:21 179:14,22 181:17,18 181:24 183:10 197:21,22 207:13,17 207:18 219:4 220:24 222:24 223:3,10
**understood** 180:24 208:9
**undertakings** 188:5
**United** 145:1 149:7
**usage** 154:16
**use** 154:16 213:11

**Usually**
203:10

**V**

**versus**
149:6 190:10,21 207:15
**Video**
145:19,21
**video-recorded**
149:5
**video-recording**
149:17
**videoconference**
149:4 174:2
**violating**
174:13
**vs**
145:9

**W**

**W-2**
162:1,7,9,16,19 170:4 170:11 172:16 201:6
**wages**
162:1,7,10,17,19 163:22,25 164:3,6 170:4,11,15 172:16 176:17,20,23 177:1 201:6 202:8,13 204:13,14,15,23
**wait**
169:5 184:25 185:2,2,2 185:4,4,4,4 199:13 199:16
**want**
158:19 166:24,25 175:20 176:16 189:16 191:20 219:7 222:19
**wanted**
216:3
**wants**
183:11
**wasn't**
156:6,10
**way**
193:12
**we'll**
183:12
**we're**
182:10,10 189:6 191:13 201:17 209:4 210:24 223:12,13
**went**
177:8
**Where'd**
216:17
**WHEREOF**
225:3
**wife**
170:1,4,11,15
**wife's**
205:3
**wireless**
151:22 152:6 162:11 162:12,14,17,20 164:10,12,23,24,25 165:5,13,18,19 167:12,17,21 168:14 168:19 171:1,2,3,3,4 171:5,12,14,17 176:18,21,24 180:16 180:18 187:14,17,20 187:22 188:6,15,16 188:23 190:8,23 202:14 203:19 211:14 215:8,16,19 216:15,21,24 217:2,4
**WirelessPCS**
145:11 146:16 149:6 152:3,7 165:6 177:2 187:8,11 190:20,24 191:7 203:19 215:12 217:5
**witness**
149:14,20,25 151:7,15 151:20 152:9,17,25 153:6,15 154:7,12,24 155:7 156:23 157:9 157:11,13,19 158:7 158:18,23 159:11,13 159:15 161:1 162:24 163:5,14 164:15,18 165:2,8,10,15,21,23 167:24 168:1,10,21 169:1,3,6,9,11,13,15 169:18,22,25 170:8 171:11,16 172:4,6,22 172:24 173:6 174:19 174:20 175:21,23 177:7 178:4,11,16 179:2,14,21 180:9,23 181:10,21,23 182:12 183:4,6,8,14,20 184:5,7,23 185:1,3,6 185:12,16,21 186:5 186:11,14 188:8 189:6,21 190:1 191:3 191:20 192:12 193:8 193:15 194:2 195:20 196:19,25 197:12,21 198:7,14 199:5,13,16 199:18,25 200:5,12 200:17 202:3,11,19 202:21 204:2,25 205:5 206:6 207:4 208:5,17,24 209:3 210:4,6,7,17 211:23 212:8,13,22,24 213:8 214:1,3 215:21 216:3 216:5,11 217:7,12 218:9,11 219:15,17 219:18,21 220:3,9,12 221:3 222:16 223:3 223:10,15 224:5,10 224:14 225:2
**word**
154:15,16
**work**
168:24 171:16 204:4,6 204:8,16,19
**worked**
191:7 206:3
**working**
191:4 206:1
**works**
171:14,22 189:18
**would've**
194:9 212:18
**wouldn't**
203:5
**write**
213:14
**writing**
158:3 190:3,9
**written**
157:1,16,23,25 212:15 215:19
**wrong**
182:15 183:4,10

**X**

**Y**

**yeah**
154:17 155:7 157:9 158:18 159:11 166:8 166:19,23 167:8 169:9 175:21 183:8 183:15 185:6,16 186:2 188:2 191:9,20 194:21 202:4 207:4 210:17 211:9,15,25 218:5 220:18
**year**
151:5 195:5,16
**years**
182:21 183:17 193:15 193:22 194:6 200:8

**Z**

**Z**
195:1
**Zone**
211:16,19
**zoom**
167:6

**0**

**0:00:28**
149:9
**0:00:42**
149:15
**0:00:50**
149:19
**0:01:00**
149:23
**0:01:07**
150:2
**0:01:15**
150:8
**0:01:44**
150:17
**0:01:56**
150:22
**0:02:03**
150:25
**0:02:12**
151:3
**0:02:23**
151:6
**0:02:32**
151:10
**0:02:42**
151:14
**0:02:51**
151:18
**0:03:05**
151:23
**0:03:18**
152:4
**0:03:34**
152:7
**0:03:48**
152:14
**0:03:53**
152:18
**0:04:03**
152:22
**0:04:14**
153:4
**0:04:20**
153:7
**0:04:34**
153:13
**0:04:39**
153:16
**0:04:46**
153:21
**0:04:54**
153:24
**0:05:02**
154:2
**0:05:08**
154:5
**0:05:14**
154:9
**0:05:26**
154:16
**0:05:39**
154:21
**0:05:44**
154:24
**0:05:51**
155:3
**0:06:00**
155:6
**0:06:08**
155:12
**0:06:15**
155:16
**0:06:25**
155:20
**0:06:30**
156:2
**0:06:33**
156:10
**0:06:39**
156:17
**0:06:49**
156:22
**0:07:01**
157:3
**0:07:11**
157:5
**0:07:15**
157:10
**0:07:22**
157:17
**0:07:25**
157:22
**0:07:31**
158:1
**0:07:45**
158:6
**0:07:55**
158:10
**0:08:01**
158:14
**0:08:11**
158:19
**0:08:21**
159:1
**0:08:28**
159:6
**0:08:37**
159:10
**0:08:42**
159:19
**0:08:52**
160:3
**0:08:56**
160:6
**0:09:02**
160:14
**0:09:12**
160:19
**0:09:19**
160:23
**0:09:24**
161:3
**0:09:28**
161:7
**0:09:40**
161:11
**0:09:53**
161:15
**0:10:00**
161:18
**0:10:08**
161:23
**0:10:19**
162:2
**0:10:31**
162:6
**0:10:39**
162:10
**0:10:48**
162:14
**0:10:59**
162:18
**0:11:08**
162:21
**0:11:22**
162:24
**0:11:29**
163:4
**0:11:36**
163:9
**0:11:44**
163:13
**0:12:00**
163:20
**0:12:10**
163:24
**0:12:21**
164:4
**0:12:31**
164:7
**0:12:40**
164:10
**0:12:49**
164:13
**0:12:54**
164:17
**0:13:00**
164:21
**0:13:15**
164:25
**0:13:30**
165:6
**0:13:33**
165:10
**0:13:41**
165:14
**0:13:55**
165:19
**0:13:59**
165:24
**0:14:08**
166:2
**0:14:20**
166:6
**0:14:27**
166:9
**0:14:49**
166:16
**0:15:01**
166:22
**0:15:11**
167:1
**0:15:16**
167:3
**0:15:24**
167:7
**0:15:40**
167:13
**0:16:19**
167:21
**0:16:27**
168:3
**0:16:29**
168:8
**0:16:40**
168:14
**0:16:52**
168:17
**0:17:02**
168:20
**0:17:12**
168:24
**0:17:23**
169:7
**0:17:25**
169:15
**0:17:32**
169:21
**0:17:38**
170:2
**0:17:46**
170:9
**0:17:54**
170:13
**0:18:04**
170:16
**0:18:14**
170:20
**0:18:27**
170:23
**0:18:44**
171:3
**0:18:51**
171:10
**0:19:03**
171:14
**0:19:13**
171:19
**0:19:21**
171:23
**0:19:26**
172:1
**0:19:31**
172:5
**0:19:38**
172:10
**0:19:51**
172:14
**0:20:10**
172:18
**0:20:18**
172:22
**0:20:21**
173:3
**0:20:25**
173:6
**0:20:41**

173:10
**0:20:50**
173:14
**0:20:58**
173:18
**0:21:04**
173:22
**0:21:15**
173:25
**0:21:27**
174:4
**0:21:35**
174:8
**0:21:41**
174:14
**0:21:52**
174:19
**0:21:58**
174:24
**0:22:09**
175:2
**0:22:17**
175:5
**0:22:26**
175:9
**0:22:35**
175:13
**0:22:42**
175:16
**0:22:51**
175:19
**0:22:54**
175:24
**0:23:06**
176:3
**0:23:11**
176:7
**0:23:21**
176:13
**0:23:49**
176:18
**0:24:03**
176:24
**0:24:15**
177:3
**0:24:22**
177:6
**0:24:34**
177:12
**0:24:53**
177:16
**0:25:04**
177:19
**0:25:10**
177:23
**0:25:17**
178:2
**0:25:23**
178:6
**0:25:33**
178:10
**0:25:37**
178:14
**0:25:42**
178:18
**0:25:52**
178:22
**0:26:01**
178:25
**0:26:16**
179:6
**0:26:33**
179:10
**0:26:47**
179:13
**0:26:55**
179:18
**0:27:00**
179:21
**0:27:08**
179:24
**0:27:13**
180:5
**0:27:21**
180:10
**0:27:27**
180:14
**0:27:37**
180:18
**0:27:47**
180:21
**0:27:56**
181:2
**0:28:10**
181:8
**0:28:17**
181:12
**0:28:21**
181:17
**0:28:29**
181:24
**0:28:30**
182:3
**0:28:39**
182:11
**0:28:47**
182:15
**0:28:51**
182:19
**0:29:00**
183:2
**0:29:02**
183:7
**0:29:08**
183:11
**0:29:14**
183:15
**0:29:19**
183:20
**0:29:27**
183:25
**0:29:33**
184:4
**0:29:40**
184:10
**0:29:46**
184:13
**0:29:54**
184:17
**0:30:08**
184:21
**0:30:14**
185:1
**0:30:17**
185:5
**0:30:27**
185:11
**0:30:32**
185:15
**0:30:39**
185:20
**0:30:52**
185:24
**0:30:59**
186:3
**0:31:09**
186:6
**0:31:19**
186:10
**0:31:25**
186:13
**0:31:32**
186:18
**0:31:44**
186:21
**0:31:54**
186:24
**0:32:01**
187:2
**0:32:13**
187:5
**0:32:25**
187:9
**0:32:34**
187:13
**0:32:46**
187:18
**0:32:55**
187:21
**0:33:07**
188:1
**0:33:18**
188:6
**0:33:24**
188:12
**0:33:42**
188:16
**0:33:55**
188:21
**0:34:03**
188:24
**0:34:11**
189:2
**0:34:23**
189:5
**0:34:29**
189:8
**0:34:35**
189:13
**0:34:46**
189:17
**0:34:52**
189:19
**0:35:00**
189:24
**0:35:07**
190:4
**0:35:20**
190:10
**0:35:31**
190:14
**0:35:38**
190:17
**0:35:50**
190:22
**0:36:04**
190:25
**0:36:13**
191:4
**0:36:21**
191:9
**0:36:33**
191:13
**0:36:40**
191:17
**0:36:50**
191:22
**0:36:59**
192:1
**0:37:09**
192:5
**0:37:21**
192:9
**0:38:02**
192:14
**0:38:12**
192:19
**0:38:21**
192:23
**0:38:29**
193:3
**0:38:40**
193:7
**0:38:45**
193:10
**0:38:50**
193:14
**0:38:59**
193:21
**0:39:10**
193:25
**0:39:16**
194:4
**0:39:26**
194:7
**0:39:33**
194:11
**0:39:49**
194:16
**0:39:59**
194:20
**0:40:07**
194:25
**0:40:20**
195:8
**0:40:27**
195:12
**0:40:37**
195:16
**0:40:42**
195:19
**0:40:46**
195:23
**0:40:51**
196:2
**0:40:59**
196:7
**0:41:05**
196:11
**0:41:12**
196:15
**0:41:21**
196:18
**0:41:32**
196:22
**0:41:42**
197:4
**0:41:56**
197:8
**0:42:04**
197:11
**0:42:12**
197:16
**0:42:38**
197:22
**0:42:42**
198:1
**0:42:54**
198:5
**0:43:10**
198:12
**0:43:18**
198:17
**0:43:26**
198:21
**0:43:33**
198:25
**0:43:45**
199:3
**0:43:52**
199:8
**0:44:01**
199:15
**0:44:06**
199:20
**0:44:14**
199:25
**0:44:21**
200:4
**0:44:32**
200:9
**0:44:40**
200:15
**0:44:52**
200:20
**0:44:59**
200:25
**0:45:09**
201:4
**0:45:21**
201:7
**0:45:30**
201:10
**0:45:44**
201:16
**0:46:07**
201:23
**0:46:15**
202:2
**0:46:42**
202:9
**0:46:50**
202:14
**0:47:03**
202:18
**0:47:11**
203:1
**0:47:17**
203:4
**0:47:30**
203:7
**0:47:39**
203:10
**0:47:51**
203:14
**0:48:14**
203:19
**0:48:22**
203:22
**0:48:25**
204:1
**0:48:32**
204:5
**0:48:39**
204:8
**0:48:46**
204:11
**0:48:57**
204:15
**0:49:10**
204:20
**0:49:25**
204:24
**0:49:33**
205:3
**0:49:39**
205:7
**0:49:47**
205:13
**0:49:57**
205:16
**0:50:07**
205:20
**0:50:08**
205:24
**0:50:16**
206:4
**0:50:24**
206:7
**0:50:42**
206:12
**0:50:56**
206:17
**0:51:11**
206:24
**0:51:28**
207:5
**0:51:33**
207:10
**0:51:51**
207:16
**0:51:59**
207:20
**0:52:02**
207:24
**0:52:07**
208:6
**0:52:13**
208:9
**0:52:20**
208:17
**0:52:23**
208:24
**0:52:37**
209:6
**0:52:47**
209:10
**0:52:59**
209:17
**0:53:07**
209:20
**0:53:19**
210:2
**0:53:22**
210:6
**0:53:33**
210:12
**0:53:45**
210:16
**0:53:51**
210:23
**0:54:04**
211:4
**0:54:18**
211:6
**0:54:26**
211:11
**0:54:40**
211:14
**0:54:49**
211:17
**0:54:59**
211:21
**0:55:10**
211:25
**0:55:27**
212:7
**0:55:35**

212:12
**0:55:50**
212:16
**0:55:59**
212:21
**0:56:07**
213:2
**0:56:24**
213:7
**0:56:32**
213:12
**0:56:41**
213:15
**0:56:52**
213:20
**0:57:06**
213:24
**0:57:09**
214:3
**0:57:13**
214:11
**0:57:20**
214:15
**0:57:25**
214:20
**0:57:31**
214:23
**0:57:38**
215:1
**0:57:46**
215:4
**0:58:03**
215:9
**0:58:14**
215:13
**0:58:22**
215:16
**0:58:33**
215:19
**0:58:39**
215:25
**0:58:43**
216:6
**0:58:49**
216:10
**0:58:57**
216:15
**0:59:04**
216:20
**0:59:12**
216:24
**0:59:24**
217:2
**0:59:36**
217:5
**0:59:47**
217:10

**1**

**1**
148:16 150:15,18 221:24
**1:00:11**
217:15
**1:00:26**
217:19
**1:00:38**
217:25
**1:00:49**
218:4
**1:00:57**
218:13
**1:01:01**
218:17
**1:01:08**
218:20
**1:01:17**
218:24
**1:01:29**
219:3
**1:01:37**
219:8
**1:02:01**
219:13
**1:02:06**
219:19
**1:02:15**
219:25
**1:02:24**
220:4
**1:02:29**
220:9
**1:02:37**
220:17
**1:02:47**
220:25
**1:02:58**
221:10
**1:03:10**
221:15
**1:03:21**
221:19
**1:03:38**
222:1
**1:03:47**
222:5
**1:03:55**
222:9
**1:04:02**
222:12
**1:04:13**
222:17
**1:04:24**
222:22
**1:04:36**
223:2
**1:04:48**
223:7
**1:04:56**
223:13
**1:05:02**
223:16
**1:2018cv00980**
145:9
**100**
181:23
**103**
145:23
**104**
146:23
**11**
148:9
**11:49**
149:3
**12:54**
223:17
**1302G**
146:8
**135,000**
177:4,7,15,19
**15**
150:23
**150**
148:4,16
**166**
148:17
**1932**
146:13

**2**

**2**
148:17 166:12,13,16 166:20 221:25
**20**
173:23 184:9
**20-**
199:11
**200,000**
164:1
**201**
148:18
**2014**
192:16 193:6,10,21 211:4,5
**2015**
161:25 162:4 178:24 179:5,8 189:14 192:19 196:12,17 199:3,23 215:5
**2016**
187:5 192:22 196:9 197:3,7 215:3
**2017**
187:3 192:25 196:6 197:9 215:1
**2018**
177:16 187:1 193:3 196:3 202:7,9 214:24
**2018cv00980**
149:7
**2019**
164:3,7 186:24 195:25 214:9,22
**2020**
162:19 163:23,25 186:3,6,21 195:17 213:24 214:20
**2021**
145:17 149:2 150:17 151:13,18 152:13,22 167:13,19,21 168:14 168:19 173:8,14 195:22 205:14 206:11,14,17 212:3 212:11 224:9 225:8
**209**
148:9,10
**21**
167:19
**210**
148:11
**216**
145:22 149:12
**24**
148:10
**257**
150:17
**27**
173:8,14 205:14 206:10,14,17

**3**

**3**
148:18 167:16 201:18 201:19
**3295**
146:22

**4**

**4**
225:8
**401**
146:7

**5**

**5**
150:17 152:13,22
**5,000**
194:4

**6**

**60004**
146:24
**60605-1061**
146:9
**60616**
146:14
**60661**
145:24 149:13

**7**

**8**

**9**

**9**
148:11 224:9
**9th**
145:17 149:2