**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DATISHA HUNTER, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-980 |
| | ) | |
| WIRELESSPCS CHICAGO LLC, et al., | ) | Honorable Judge Beth Jantz |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS MOEEN HASAN KHALIL'S AND SAED HASAN KHALIL'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Moeen Hasan Khalil and Saed Hasan Khalil, by and through their attorney, Daniel S. Gajda, of The Law Office of Daniel S. Gajda, pursuant to Fed. R. Civ. Pro. 56(b), respectfully move this Court to enter partial judgment in their favor and dismiss them as Defendants in the instant case..

Summary judgment is appropriate because there is no genuine dispute of material fact as to the above issues

The basis for this motion is set forth more fully in the accompanying Memorandum in Support of Their Motion for Summary Judgment. This motion is also based on the exhibits and deposition transcripts in Defendants' Local Rule 56.1 Statement of Undisputed Material Facts, attached hereto.

**WHEREFORE**, Defendants, Moeen Hasan Khalil and Saed Hasan Khalil, respectfully request that this Honorable Court GRANT Defendants' motion for summary judgment and enter judgment in their favor.

Respectfully submitted,

Moeen Hasan Khalil and
Saed Hasan Khalil

By: s/ Daniel Gajda
One of Defendants' Attorneys

Daniel Gajda
Attorney No. 6328491
The Law Office of Daniel S. Gajda
630-639-6214
danielgajda@gmail.com