**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DATISHA HUNTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:18-cv-980 |
| | ) | |
| v. | ) | Honorable Judge Beth W. Jantz |
| | ) | |
| WIRELESSPCS CHICAGO LLC, et al., | ) | **Jury Demanded** |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs and Opt-In Plaintiffs, by their attorneys, along with Defendants, by their attorneys, respectfully request that this Honorable Court approve settlement in this matter, and in support thereof, state as follows:

This matter was brought as a collective action under the FLSA, 29 U.S.C. § 216. [Dkt. 194]. The Court approved conditional certification of the collective action. [Dkt. 299]. Two opt-in plaintiffs jointed this action as a result of that certification: Tyawna Cagle [Dkt. 319] and Abigail Gonzalez [Dkt. 326].

Parties, with direct assistance and participation of the Court, reached a settlement to resolve both the individual plaintiffs' claims and the opt-in plaintiffs' claims. [Dkt 441].

As part of that settlement, payments will be made over time to plaintiffs, opt-in plaintiffs, and their counsel. The first of those payments is due July 15, 2026 and the final payment is to be issued by March 15, 2027. The Court agreed retain jurisdiction of this matter until full payment of all amounts received and cleared. Plaintiffs shall effectuate a withdrawal of the Action with prejudice within fourteen (14) days of issuance of the final payment owed under this Settlement Agreement.

The Court is privy to the negotiations, helping the parties reach resolution and is aware of the fairness of the resolution. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

WHEREFORE, Plaintiffs, Opt-In Plaintiffs, and Defendants respectfully request this Court enter an order finding the settlement to be fair and granting their Joint Motion for Approval of Settlement.

Dated: July 16, 2026

Respectfully,

By: /s/ *Bradley Levison*
One of Plaintiffs' Attorneys

Bradley Levison
Herschman Levison
401 S. LaSalle St., Suite 1302G
Chicago, IL 60605

Antoinette Choate
Choate Law
5145 S. University Ave.
Chicago, IL 60615

By: /s/ *Christopher Ward* (with consent)
One of Defendants' Attorneys

Christopher Ward
Foley & Lardner LLP
321 N. Clark Street, Suite 3000
Chicago, Illinois 60654

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for Northern District of Illinois, using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users were served by the CM/ECF system.

By: /s/ *Bradley Levison*