**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Datisha Hunter, et al.

Plaintiff,

v.

Case No.: 1:18−cv−00980
Honorable Beth W. Jantz

Wirelesspcs Chicago LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2026:

MINUTE entry before the Honorable Beth W. Jantz: The Court GRANTS the parties' Joint Motion for Approval of Settlement [448]. Having assisted in the parties' settlement efforts, the Court finds the settlement to be a fair and reasonable resolution of the litigation. The Court further approves the parties' plan for sending settlement payments, as described in the Motion [448]. In light of the parties' approved settlement, the case is dismissed without prejudice, with leave to reinstate on or before 3/30/2027. If the case is not reinstated by that date, the dismissal shall automatically convert to one with prejudice without further order of the Court. Civil case terminated. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.